THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:            )
                             )  File No. SF-04030-A
THERANOS, INC.               )


WITNESS:  Natalie Ravitz

PAGES:    1 through 91

PLACE:    Securities and Exchange Commission

          44 Montgomery, Suite 2800

          San Francisco, California 94104

DATE:     Monday, April 24, 2017


     The above-entitled matter came on for hearing,

pursuant to notice, at 8:30 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

SEC-TX-000002116

## Page 2

1  APPEARANCES:
2  On behalf of the Securities and Exchange Commission:
3      RAHUL KOLHATKAR, ESQ.
4      JESSICA CHAN, ESQ.
5      Division of Enforcement
6      Securities and Exchange Commission
7      44 Montgomery Street
8      San Francisco, California  94104
9
10
11  On behalf of the Witness:
12      GREG LAUFER, ESQ.
13      DAN KRAMER, ESQ.
14      BEN WEINTRAUB, ESQ.
15      Paul Weiss Rifkind Wharton & Garrison, LLP
16      1285 Avenue of the Americas
17      New York, New York, 10019
18      (via videoconference)
19
20
21
22
23
24
25

## Page 3

1          C O N T E N T S
2  WITNESS                    EXAMINATION
3  Natalie Ravitz                      4
4  EXHIBITS:   DESCRIPTIONS        IDENTIFIED
5  149  Subpoena for the witness            7
6  150  Document, Bates Stamped KRM_SEC, with
7      Bates ending 172 to 175          12
8  151  Document Bates Stamped KRM_SEC-195 through 196    16
9  152  Document Bates Stamped as KRM_SEC-405 through 409  21
10  153  Document Bates Stamped KRM_SEC_938        23
11      (replaced by document Bates Stamped KRM_SEC_1064  25
12      through 1070
13  154  A single-page document that's Bates Stamped
14      SEC-MurdochKR-E, with Bates Stamp ending in 3    55
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1          P R O C E E D I N G S
2      MR. KOLHATKAR:  This is the testimony of
3  Natalie Ravitz.  We are going on the record in San
4  Francisco, California, and via video teleconference to
5  New York at 8:30 Pacific, on April 24th, 2017.
6      Ms. Ravitz, can you please raise your right
7  hand?
8  Whereupon,
9          NATALIE RAVITZ
10  was called as a witness and, having been first duly
11  sworn, was examined and testified as follows:
12      EXAMINATION
13      BY MR. KOLHATKAR:
14      Q  Can you please state and spell your name for
15  the record?
16      A  Natalie Ravitz, N-a-t-a-l-i-e R-a-v-i-t-z.
17      Q  My name is Rahul Kolhatkar and with me are
18  Jessica Chan and Mark Katz.  Ms. Chan and I are staff
19  attorneys and Mr. Katz is a trial attorney in the San
20  Francisco Regional Office of the Securities and Exchange
21  Commission.  Jessica and I are officers of the Commission
22  for the purposes of the proceeding.
23      This is an investigation by the Securities and
24  Exchange Commission in the matter of Theranos, Inc., SF-
25  4030, to determine whether there have been any violations

## Page 5

1  of certain provisions of the federal securities laws.
2  However, the facts developed in this investigation may
3  constitute violations of other federal or state, civil or
4  criminal laws.
5      Prior to the opening of the record, you were
6  provided a copy of the Formal Order of Investigation in
7  this matter.  The Formal Order is available for your
8  examination during the course of this proceeding.
9      Have you had an opportunity to review the
10  Formal Order?
11      A  Yes, I did.
12      Q  Thanks.
13      Prior to the opening of the record, you were
14  also provided with a copy of the Commission's
15  Supplemental Information Form 1662, which is Tabbed 1, I
16  think, in all of your materials, and has previously been
17  marked as Exhibit 1.
18      Have you had the opportunity to review Exhibit
19  1?
20      A  Yes, I did.
21      Q  You also received this Form 1662 with your
22  subpoena for testimony, is that right?
23      A  Correct.
24      Q  Do you have any questions about Form 1662?
25      A  No, not at this time.

SEC-TX-000002117

Page 6

```
 1        Q   Ms. Ravitz, are you represented by counsel
 2   today?
 3        A   I am.
 4            MR. KOLHATKAR:  Can Counsel please identify
 5   themselves?
 6            MR. LAUFER:  This is Greg Laufer from Paul
 7   Weiss Rifkind Wharton & Garrison.  I'm accompanied by
 8   Dan Kramer and Ben Weintraub.
 9            MR. KOLHATKAR:  Can you give us an office
10   phone, as well, Mr. Laufer?
11            MR. LAUFER:  (212) 373-3441.
12        Q   Do you represent Ms. Ravitz in her personal
13   capacity?
14        A   I do.
15            BY MR. KOLHATKAR:
16        Q   So, before we start today, I just want to go
17   over a couple basics.  It's a little awkward by video
18   conference, sometimes with the court reporter, as well.
19   So, the court reporter is writing down everything that we
20   say today, so it's important that we talk only one at a
21   time.  I'll do my very best to not ask my next question
22   until you finish answering and I ask you to just wait
23   until I finish before answering a question.
24            It's also important to answer audibly, rather
25   than responding with gestures or nods.
```

Page 7

```
 1            Even though this is a less -- somewhat less
 2   formal setting, the oath you just made has the same
 3   effect as if you were testifying in Court and carries
 4   with it the same penalties for perjury.  It's also a
 5   crime to knowingly present false information during the
 6   course of this investigation.
 7            Do you understand that?
 8        A   Yes, I do.
 9        Q   Thank you.
10            If there's anything you don't understand or if
11   there's a question you don't understand, please let me
12   know and I'll rephrase the question.  If you just answer
13   the question, I'm just going to assume that you
14   understood the question.  Is that fair?
15        A   Fair, yes.
16        Q   Is there any reason why you can't give full,
17   complete, and truthful testimony today?
18        A   No.
19        Q   I'm also going to mark as Exhibit 149 the
20   subpoena, which is in Tab 2 of your materials.
21            (SEC Exhibit No. 149 was
22            marked for identification.)
23            BY MR. KOLHATKAR:
24        Q   And just for convenience, I'm not going to mark
25   the cover letter.  I'm just going to mark the subpoena
```

Page 8

```
 1   itself, so it's the second page.  This is the subpoena
 2   that we issued for your testimony today.  Do you
 3   understand that you're appearing today pursuant to
 4   subpoena?
 5        A   I do.
 6        Q   Thank you.
 7            So, just -- I want to get a couple, brief
 8   background questions out of the way.  Can you just give
 9   us your highest level of education?
10        A   I have a bachelor's degree from the University
11   of Michigan.
12        Q   And when did you start working at 21st Century
13   Fox?
14        A   About five years ago now.  I'm sorry, I don't
15   have my resume in front of me, the exact date.  I
16   apologize, I don't have it in front of me.  It's about
17   five years ago.
18        Q   In the late 2014, early 2015 time period, what
19   was your role there?
20        A   I was Chief of Staff to the Chairman and Chief
21   Executive Officer, Rupert Murdoch.  I worked directly for
22   him.  I worked primarily at 21st Century Fox, but also
23   News Corporation, technically in a consultant role there,
24   so that I could traverse both organizations with him.
25        Q   And just broadly speaking, what was your role
```

Page 9

```
 1   as Chief of Staff?
 2        A   It could be someone who could help him set
 3   priorities and making sure that he was appropriately
 4   briefed and prepared for meetings, to handle some public
 5   relations, to help manage budgetary priorities, traverse
 6   both of the companies, strategic decisions for both of
 7   the companies.
 8        Q   Did you have any role with respect to Mr.
 9   Murdoch's investments?
10        A   I did.  It began rather informally, but I
11   helped manage his personal investments.  I was also
12   involved in investments made by both of the companies.
13            But with regard to his personal investments, in
14   particular, after his divorce settlement, I managed most
15   of that portfolio in terms of keeping track of it, making
16   sure that we understood where all of his assets were
17   located, that I understood how much liquidity he had and
18   could help advise him on additional investments, whether
19   they could be into companies or real estate transactions.
20        Q   So, briefly describe what your role was in
21   terms of vetting new investments for Mr. Murdoch.
22        A   If it was a new investment, I would do research
23   on something that he was interested in that involved, you
24   know, trying to pick up anything that in the media in the
25   last several years, trying to understand who other
```

SEC-TX-000002118

Page 10

1 investors were in a company that he was interested in,
2 doing some market analysis of a company, who the
3 competitors were, what we thought the trajectory of a
4 company would be.  And then also doing some internal
5 vetting.  So if a company had been presented to him as a
6 personal investment or something for either 21st Century
7 Fox or another connection, then I would run tracks
8 internally to make sure our General Counsels had taken a
9 look at it and we had done all of the necesssary
10 compliance and disclosures there.
11     Q   I want to turn to the potential investment in
12 Theranos.  When did you first hear about Theranos?
13     A   It was some time towards the end of that year.
14 Rupert had met Elizabeth Holmes at year-end honors,
15 through an annual science awards dinner.  They have been
16 seated next to each other.  They are -- I think Yuri had
17 arranged that, because he thought that would be an
18 interesting person for Rupert to meet.  So they had a
19 conversation at dinner that evening that would follow us
20 later, and that was the first that I had heard of her and
21 her company.
22     Q   You said late that year, do you mean late 2014?
23     A   It was sometime -- I think December of 2014
24 would be correct.  Sometime around there.  Sometime
25 between Thanksgiving and Christmas of that year.

Page 11

1     Q   Did you -- so what sort of happened next in
2 terms of Mr. Murdoch as a potential investor?
3     A   I started doing a little bit of research on the
4 company, just to understand who she was.  She was not
5 somebody that had been on my radar previously.  It wasn't
6 a tech company that we were doing any kind of business
7 with.  So I started doing some research.
8        She had been in contact to have him sign an NDA
9 and then to forward along some materials.  He was out of
10 the country, so it was a little bit of a challenge to try
11 to get him the materials and they were very concerned
12 just about where they were in transit.  So he received
13 two binders full materials on the company that were under
14 NDA and some visionary statements, as well, from
15 financial documentation.
16     Q   Did you review those binders and materials
17 before handing them off to Mr. Murdoch?
18     A   No.  He received them personally first.  He was
19 on vacation somewhere.  I wasn't with him when he
20 returned to the office.  He gave them to me to read, as
21 he so often did, and I had them for a period of time
22 before he took them back.
23     Q   Okay.  So, Mr. Murdoch reviewed them first and
24 then you had a chance to review them.  Is that fair?
25     A   Correct.

Page 12

1     Q   Before we go into any documents, what do you
2 recall about what was in those binders?
3     A   I recall that there were certainly some
4 financial projections there on their revenues, what their
5 current ownership structure was, in very vague terms, but
6 just in general, some revenue projections.  Maybe it was
7 only two pages, though.  It was pretty light in terms of
8 details.  I don't really recall the specifics of the rest
9 of what was included in the materials.
10        MR. KOLHATKAR:  I'm going to mark as Exhibit
11 150 what's in your materials as Tab 3.  For the record,
12 Tab -- Exhibit 150 is a document, Bates Stamped KRM_SEC,
13 with Bates ending 172 to 175.
14        THE WITNESS:  Got it.
15        (SEC Exhibit No. 150 was
16        marked for identification.)
17        BY MR. KOLHATKAR:
18     Q   Do you recognize Exhibit 150?
19     A   Yes, I do.
20     Q   What is it?
21     A   I assume by the ones that you're referring to
22 these three pages, but this is the cover letter that was
23 sent to him along with the two binders.
24     Q   Did you review the cover letter as part of your
25 review of the binders?

Page 13

1     A   I believe I did, yes.
2     Q   I wanted to look at a couple of -- and do you
3 have an understanding that this document appears to have
4 some handwriting on it.  Do you know whose that is?
5     A   Rupert Murdoch.  It would have been typical
6 that he would have underlined things and put some check
7 marks on things that he wanted to come back to.
8     Q   The -- if you take a look at the company's --
9 at the letter, there's a couple of areas that I wanted to
10 point your attention to.  If you look at the second page,
11 the second paragraph down, there's a sentence there that
12 begins, "Theranos has grown from cash from its contacts
13 for some time."  What did you understand that to mean?
14     A   I don't remember that sentence specifically.
15     Q   Did -- in reviewing the full set of materials,
16 did you have any sense of what Theranos' revenues had
17 been historically?
18     A   I had a sense that they had not been
19 significant historically.  I can say that with
20 confidence, because it led to my skepticism about their
21 projections for the following year that I didn't think it
22 was realistic that a company was going accelerate at that
23 rate.
24     Q   Great.  And we'll talk about the projections.
25 Did you do anything that sort of verified the statements

SEC-TX-000002119

Page 14

1    that were made in this letter?  I guess, you know, you
2    mentioned the check marks would be areas for follow up.
3    Was there anything specifically you did on the check
4    marks there?
5        A    Obviously, we had some discussions that
6    followed up about the commercial laboratory business.  I
7    did a little bit of remember for Rupert about the other
8    players that were in the market and how they had faired
9    over the years, what their market cash were and how that
10   related to the valuation of Theranos.
11       Q    And at what level -- and what did you learn
12   from that research?
13       A    That this valuation was certainly aggressive by
14   valley standards.  But, frankly, there was a COA on the
15   market, in general.  I looked at, historically, a company
16   like Quest Diagnostics, what their market capital was,
17   how stable it had been over a period of time, and didn't
18   necessarily have confidence that that would be remarkably
19   different for this company.
20            I didn't have confidence that they would exceed
21   what others had done in the market.
22       Q    Did -- I mean going to a meeting at Theranos,
23   did Mr. Murdoch share your view in terms of what
24   somebody's potential is likely going to be?
25       A    He was very interested in whether or not there

Page 15

1    was an additional market for people who wanted to have
2    control over their own health.  That was just something
3    that he was very interested in, in general.  Like how
4    could you take control of your own life and your own
5    health and what kinds of information could you have as an
6    individual or a consumer.  He had always been interested
7    in that as a topic, so I think he saw that as something
8    additional to just nutritional lab work.
9        Q    Did you have an understanding of how he thought
10   was Theranos to play into that patient access information
11   space?
12       A    Just based on his interest in other companies
13   that we had been aware of.  You know, he's somebody who
14   had worn a personal sleep device tracker that we have
15   several listed in the company and we used to talk about
16   those things of what kind of wellness information a
17   person could have.
18            He had had some discussions with Elizabeth
19   about wellness in general and empowering somebody with
20   that type of information, what that would mean for their
21   life.
22       Q    Okay.  I'd like to mark another document.  I
23   think this will be Tab 4 in your materials.
24            MR. KOLHATKAR:  So, I'm marking as Exhibit 151
25   a document Bates Stamped KRM_SEC-195 through 196.

Page 16

1            (SEC Exhibit No. 151 was
2             marked for identification.)
3            BY MR. KOLHATKAR:
4        Q    Do you have that in front of you?
5        A    I do.
6        Q    Do you recognize this document?
7        A    It does look familiar to me, but I haven't
8    looked at it recently.
9        Q    Okay.  It does not stand out in terms of it
10   influenced your view of the company or anything like
11   that?
12       A    No.
13       Q    Did it appear to be something like one of the
14   materials that was included in the binders of materials
15   that Mr. Murdoch received?
16       A    It looks consistent with that.  I don't recall
17   if it was stapled into the binder.  There were a couple
18   of sheets that were stuck into the folder inside of the
19   binder.  I don't know if this was a cover letter or if it
20   was actually included in the binder itself.
21       Q    Did Mr. Murdoch receive anything from Theranos
22   in writing other than what was in those binders, to the
23   best of your knowledge?
24       A    To my knowledge, the only thing we received in
25   writing were the non-disclosure forms that we received

Page 17

1    first, the two binders then the actual investment
2    documents, of which there were several that just
3    described what types of shares they would be and how that
4    would work.
5        Q    Taking a look at the -- taking a look at just
6    the first sentence of the memo here -- or, I'm sorry, the
7    second sentence, it says:
8            "Theranos' clinical laboratory offers comprehensive
9    laboratory tests from samples of small to sea drops of
10   blood at unprecedented low prices."
11           After reviewing the materials, what was your
12   understanding of how Theranos was able to offer low
13   prices?
14       A    My understanding was, first, that because the
15   technology that they had developed enabled them to garner
16   the same amount of information out of a very small sample
17   as of a large sample, that that took less laboratory time
18   and somehow made the process more efficient and less
19   expensive.
20           Second was that they had a market plan that was
21   about getting scale and that they would do that, in part,
22   through cost.
23           They made it a point to say that their
24   competitors were not transparent about the cost of
25   individual tests.  That this was a cost that they could

SEC-TX-000002120

Page 18

1    go into the market with, that they would get scale and
2    eventually take more market share that way.
3        **Q    And the next sentence maybe speaks to the point**
4    **that you were raising earlier that Theranos' mission is**
5    **to make actual health information accessible to people**
6    **everywhere in the world at the time it matters.  Is that**
7    **sort of in line with your comment earlier about Mr.**
8    **Murdoch being interested in patient access and patient**
9    **knowledge involvement?**
10       A    Yes.  So I think he's somebody that's very
11   interested in what information that an individual can
12   have that is going to make them healthier in their life,
13   have them make good decisions, and also be an indicator
14   if there's something on the horizon with regard to their
15   health that they should be aware of.
16       **Q    The phrase about "enabling, accessible to**
17   **people everywhere in the world at the time it matters,"**
18   **what was your understanding of Theranos would make its**
19   **technology available to people broadly?**
20       A    Certainly when we talked about the United
21   States, it was their vision that, you know, within a 15-
22   minute card ID, you should be able to have a place where
23   you could have your blood work done and that you, as the
24   consumer, could have access to that without a doctor's
25   order or prescription.  He -- they represented that, you

Page 19

1    know, in many states, people have to travel longer
2    distances to do that.  They go to a doctor's office
3    separately, and then they have to schedule an appointment
4    at a lab and that's difficult for many people and it
5    causes people to not always actually through in getting
6    their blood work done, either because -- because they're
7    afraid of the process, because they don't like needles,
8    or because it's inconvenient for them and their schedule.
9        BY MS. CHAN:
10       **Q    When you just said "they," who are you**
11   **referring to?**
12       A    I would be referring to the conversations that
13   we had with Elizabeth Holmes and Sunny Balwani, I think
14   is his last name.  I don't know how to pronounce it.
15       BY MR. KOLHATKAR:
16       **Q    Was that at a later meeting you had with them**
17   **in person?**
18       A    Yes, that would be at an in-person meeting.  I
19   never had any conversations with them over the phone,
20   other than to schedule meetings.
21       **Q    Other than that meeting in person with Ms.**
22   **Holmes and Mr. Balwani -- which we'll talk about in a bit**
23   **-- did you have any other discussions with anyone else**
24   **about Theranos?**
25       A    No.  I had two in-person meetings with them

Page 20

1    and, other than that, it was strictly conversations about
2    getting the folders initially to Rupert, where he was in
3    the world, how we would do that, and scheduling the
4    meetings and making sure that all of the NDAs were
5    signed.  So it was purely, pretty much, logistical.
6        **Q    Do you recall when the two meetings took place?**
7        A    Within the two months following his first
8    meeting.  So, at the end of 2014, I believe, and the
9    beginning of 2015.
10       BY MS. CHAN:
11       **Q    Did the first meeting happen before or after**
12   **you received the binder materials from the company?**
13       A    After.
14       **Q    So it would have been sometime in December,**
15   **late December, of 2014?**
16       A    I believe it was the beginning of January.  I
17   say that because of the Christmas calendar and I thought
18   the first meeting happened after a trip to Australia.
19   Rupert was typically in Australia after the Christmas
20   holidays, and I believe it was after that.
21       BY MR. KOLHATKAR:
22       **Q    And then how soon after that first meeting was**
23   **your second meeting?**
24       A    I think within a matter of weeks.
25       **Q    Was there any particular reason for the two**

Page 21

1    meetings?
2        A    The second meeting was meant to introduce
3    Laughlin to the company.  The first meeting, he had not
4    been present at and, so, the second meeting was to
5    introduce him to Elizabeth and give him an opportunity to
6    hear what she had to say and visit with them again.
7        Q    And is Lachlan Mr. Murdoch's son?
8        A    Yes.
9        Q    Okay.  Well, I do want to get to the meeting,
10   but I just want to hand you one more document before --
11   before we get to that.  I'll hand you what's in your
12   binder at Tab 6.  I'm sorry, Tab 7.
13       MR. KOLHATKAR:  So I'm marking as Exhibit 152 a
14   document that's been Bates Stamped as KRM_SEC-405 through
15   409.
16       (SEC Exhibit No. 152 was
17       marked for identification.)
18       BY MR. KOLHATKAR:
19   Q    Do you have that in front of you?
20   A    I do.
21   Q    Do you recognize Exhibit 152?
22   A    I do.
23   Q    What is it?
24   A    This would have been their investment document.
25   This is just the summary of how their valuation had been

SEC-TX-000002121

## Page 22

1  done and the share price to date.
2      Q   And, again, this is another document that has
3  some handwriting and check marks on it.  Do you recognize
4  that handwriting?
5      A   That's Rupert's handwriting.
6      Q   And did you review these, as well, as part of
7  your review of the various materials?
8      A   I discussed this with him, because during a
9  conversation that he had had with her one on one, she had
10  set the valuation and the share prices that the people
11  would be buying out at the last round, but it wouldn't
12  have set higher valuation from what they had been at
13  previously.  They were not looking for an up-round.  They
14  were just looking to buy out existing investors at the
15  previous share price.
16     Q   That was something that you understood from Mr.
17  Murdoch relaying a conversation with Ms. Holmes to you?
18     A   Correct.
19     Q   Did you ever have any conversations with Ms.
20  Holmes and Mr. Balwani about the prior financing
21  valuations or the reason for the share price?
22     A   No, only about who were the existing investors.
23  Now how they had determined the valuation previously.
24     Q   And I think you alluded to this earlier, if you
25  turn to the third page of the materials, you know,

## Page 23

1  there's some question marks around -- some check marks
2  and some questions next to some of the revenues and there
3  are questions about, you know, what's this based on and
4  did you bring these financials to any of the meetings
5  with Theranos to discuss them with Ms. Holmes and Mr.
6  Balwani?
7      A   No, we did not bring the binders with us.
8      Q   Do you know if these projections or similar
9  ones were discussed at the meeting?
10     A   I don't know if it was these exactly.  They
11  look similar, in terms of the percentages that we saw, in
12  terms of the percentage of growth.
13     Q   And by "percentage of growth," you're pointing
14  out the 2015 number being 801.9 percent?
15     A   I'm pointing out where he has check marks and
16  you see the percentage of growth change underneath the
17  2016 numbers, which is very aggressive.
18     Q   Okay.
19     A   So, when you see 425 million to 993 million.
20     Q   In terms of -- just based on your review of the
21  binders, what was your understanding of how Theranos was
22  generating revenue from retail pharmacies?
23     A   My understanding was that they had a
24  partnership with Walgreens, that they were already in
25  some of their stores.  And that that was an area that was

## Page 24

1  growing for them.  And that they had, in particular, made
2  strides in Arizona, where they had a number of
3  laboratories that were doing very well and they were
4  getting a lot of referrals through insurance companies
5  there.
6      Q   I mean, was it your understanding that at the
7  end of the year 2014, Theranos was generating revenues,
8  you know, above a million dollars a year?
9      A   Yes.
10     Q   What --
11     A   Not in revenues, no.
12     Q   Not in terms of revenues.
13     A   What was that based on?
14     Q   Yes, yes.
15     A   It was based on the fact that they were already
16  in some retail locations and, in particular, how they
17  represented their business to be doing in Arizona, given
18  the volume.
19     Q   I want to return to the discussion of
20  financials in a little bit, but I'm going to hand you a
21  document that hopefully pins down the date of the first
22  meeting you alluded to earlier.
23         So if you turn to Tab 8?
24         MR. KOLHATKAR:  I'm going to mark as Exhibit
25  153, a one-page document that's Bates Stamped

## Page 25

1  KRM_SEC_938.
2         (SEC Exhibit No. 153 was
3         marked for identification.)
4         BY MR. KOLHATKAR:
5      Q   Do you have that in front of you?
6      A   I do.
7      Q   Have you had a chance to -- I'm sorry, I marked
8  the wrong document here.  I'm going to remove this label
9  from -- you can put Tab 8 aside and actually turn to Tab
10  9.
11         MR. KOLHATKAR:  And I'm going to mark as
12  Exhibit 153 a document Bates Stamped KRM_SEC_1064 through
13  1069.
14         (SEC Exhibit No. 153 was
15         remarked for identification.)
16         MR. LAUFER:  We actually have it as 1070, but
17  that's fine.
18         MR. KOLHATKAR:  Oh, 1070?
19         MR. LAUFER:  Yeah.
20         MR. KOLHATKAR:  Yes, I see that last page.
21         BY MR. KOLHATKAR:
22     Q   So, if you just take a look at the last emails
23  in this chain?  I just want to have you take a look at
24  those to help refresh your recollection about the timing
25  of the two meetings.

SEC-TX-000002122

Page 26

1    A   Okay.  So, I should look at 1069?
2    Q   If you'd just look at 1064, the bottom -- the
3  first page of the document, the bottom email on that page
4  and there's an email on January 5th from 2015 from Dan
5  Edlin.
6    A   Um-hum.  Yes.
7    Q   Do you recognize Exhibit 153?
8    A   I do.
9    Q   What is it?
10   A   It's an email exchange between myself and
11  Theranos' office about our meeting.
12   Q   Okay.  And taking a look at the email from Mr.
13  Edlin to you on the 5th of January, 2015, do you see he's
14  referencing a list of attendees for tomorrow's meeting?
15   A   Yes.
16   Q   Does that refresh your recollection that your
17  first meeting at Theranos was on the 6th of January 2015?
18   A   I'm not sure if that was my first or second
19  meeting with Theranos.
20   Q   Do you think you met with Theranos on the 6th
21  of January 2015?
22   A   Yes.
23   Q   Who else attended from -- with Mr. Murdoch and
24  yourself?
25   A   Lachlan Murdoch and Paul Cheesbrough, who is

Page 27

1  the Chief Technology Officer at 21st Century Fox.  He was
2  at News Corporation at the time.
3    Q   And do you think Lachlan attended the meeting
4  on the 6th of January?  I guess, from looking earlier at
5  the email chain, at 1:65, you email Mr. Edlin with a list
6  of attendees that includes Rupert, yourself and Mr.
7  Cheesbrough.
8    A   I recall that there was one meeting where it
9  was only myself, Rupert and Paul Cheesbrough and there
10  was a second meeting that involved Lachlan.  I don't
11  recall exactly which was which, on the dates.
12   Q   Sure.  If you look at the very last email in
13  the chain, so the first email that you see on the cover
14  of 153.  There's an email from yourself to Mr. Edlin,
15  dated February 6th, 2015.  And it says, "Rupert is
16  looking forward to seeing Elizabeth later this morning."
17    Just -- so the last -- by the "last email," I
18  mean the very front page of the document.
19   A   Yes.
20   Q   Yes.  And it references Mr. Murdoch attending -
21  - Lachlan attending, Mr. Cheesbrough and yourself.  Do
22  you see that?
23   A   Yes.  So I assume this was the second meeting,
24  because I had already an NDA that had Paul Cheesbrough.
25  And so Lachlan needed to sign, so he had not been there.

Page 28

1    Q   Okay.
2      BY MS. CHAN:
3    Q   Who is Dan Edlin?
4    A   I believe he's the young man who works for
5  Elizabeth Holmes, who sat in on both meetings and took
6  notes at some of the meetings, but I don't know what his
7  actual capacity is with the company.
8    Q   Did he ever speak at the meeting?
9    A   No, he was -- other than to introduce himself,
10  I don't recall him having any substantive role at the
11  meeting.
12   Q   And did he attend both the January 6th meeting
13  and the February 5th meeting?
14   A   Assuming,      have the correct individuals,
15  there was an individual that was in the room.  He was
16  there for the first meeting and, at least, for part of
17  the second.  He did step out for a period of time, but .
18  . .
19      BY MR. KOLHATKAR:
20   Q   Who else attended these meetings from Theranos'
21  side?
22   A   Elizabeth Holmes and Sunny Balwani.
23   Q   Was there anyone else there, other than
24  Elizabeth, Sunny and Dan Edlin?
25   A   No, not for the main meeting in the conference

Page 29

1  room.
2    Q   So, just from your first meeting, what do you
3  recall generally about your meeting at Theranos?
4    A   I recall a rather austere building and a lot of
5  securities walking in and sort of waiting in a lobby to
6  be taken into a conference room.  And just sitting down
7  in a very plan conference room with Elizabeth and Sunny
8  and a third individual, which I assume was Mr. Edlin.
9  And sitting in the conference room for an hour and having
10  a discussion about the company and their vision and what
11  they were doing.
12   Q   And what was your understanding what the
13  purpose was of at least the first meeting at Theranos?
14   A   To have a more sensitive discussion than what
15  she had had with Rupert thus far, to give us an
16  opportunity to both Paul Cheesbrough and myself would
17  often go with Rupert with companies and be able to ask
18  them some additional questions about, you know, what
19  their vision was, how they felt they were disrupting a
20  market, what were their projections for the business, and
21  I think additional information that we would see as
22  relevant to determining whether or not to make an
23  investment.
24   Q   Based on those meetings, how did -- I guess,
25  let me rephrase.

SEC-TX-000002123

## Page 30

1   How did -- how did Elizabeth Holmes describe
2   Theranos' technology at those meetings?
3       A   Well, there was a box sitting in the middle of
4   the table, almost like the size of a large shoebox, that
5   she opened at one point that included a smaller box that
6   she took out that contained small vials.  So she would
7   hold up the vial and talk about the amount of blood that
8   could be taken and the kinds of information that you
9   could get from such a small amount of blood.
10      She said that the technology that they had
11  developed enabled them to get all of the information that
12  you needed from that small amount.  Whereas, in the past,
13  as any of us have been to the doctor, we would have
14  noticed that you had to take a couple of vials of blood,
15  generally, when you go in for medical tests.  So she saw
16  that as fairly revolutionary.
17      And, also, she showed us -- and we passed
18  around the small box and she talked about uses for that
19  in a military situation where if someone was injured in a
20  combat situation, they could have that small amount of
21  blood in this little box which could, basically, be
22  something that they could easily transport and keep the
23  sample in tact for a period of time, so that they could
24  quickly do the assessments and potentially save move
25  lives.

## Page 31

1       Q   So when you're describing like a large box and
2   a small box, was it your understanding that the large box
3   is sort of the machine that did the blood testing?
4       A   No.  It was -- I don't know if it was just for
5   presentation, but the small box seemed to be a piece of
6   the puzzle.  It wasn't something that was actually
7   processing blood samples.  That wasn't around.  It really
8   just the storage of samples that she was showing us.
9       Q   Okay.  And then what was the purpose of the
10  larger shoe box, I guess?
11      A   It was, again, like a black -- almost ceramic
12  box and the small box was just another version of that.
13  I think instead of -- she referenced how you often see
14  people walking around with large coolers and this could
15  replace that and even the small ones could replace that
16  in a particular -- in a combat setting.
17      Q   Based on your discussions with Elizabeth Holmes
18  and Sunny Balwani at Theranos, did you have any
19  understanding of how Theranos was drawing blood for its
20  testing?
21      A   Through a very, very tiny needle and finger
22  prick technology.  She talked about her own experience as
23  a child, being very afraid of needles and that this was
24  something that would help with the physical effects of
25  that, but they could just do this through a finger prick.

## Page 32

1       And that you didn't have to have somebody tie a rubber
2   band around your arm and then taking out a large needle
3   to get significant more blood any more.
4       Q   At any point in your discussions with Theranos
5   did they describe the fact that they were using venus
6   blood draws for commercialized testing?
7       A   They did not.
8       Q   And what was your understanding of -- okay, so
9   the blood is taken into the, you know, small container
10  that was handed around at these meetings.  What was your
11  understanding of how Theranos analyzed the blood in those
12  containers?
13      A   My understanding is that they had developed
14  proprietary technology that had been developed over some
15  period of time that enables them to get the exact same
16  information that the other diagnostic companies were
17  getting.  But having to use significantly less blood to
18  get that same information.
19      Q   Do you have an understanding that --
20      A   You can, in fact, use that same sample, instead
21  of having to use multiple samples.
22      Q   In other words, they can perform multiple tests
23  off that small amount?
24      A   Correct, if the integrity of the sample wasn't
25  compromised.  So that's why they could use such a small

## Page 33

1   amount of blood.
2       Q   Was it your understanding that Theranos,
3   itself, was developing and manufacturing the devices that
4   were analyzing the blood?
5       A   Yes.
6       BY MS. CHAN:
7       Q   What was that understanding based on?
8       A   Based on the fact that they represented that
9   this was their technology that differentiated them in the
10  market.  They never represented that they were using
11  traditional lab equipment in any way.  So we were simply
12  led to believe that that was the technology that they had
13  developed.
14      Q   And, again, when you're referring to "they,"
15  are you referring to Ms. Holmes and --
16      A   I'm referring to Ms. Holmes, yes.
17      BY MR. KOLHATKAR:
18      Q   In terms of who spoke at the meetings, was
19  there -- were you able differentiate at all between what
20  Ms. Holmes talked about and what Mr. Balwani talked
21  about, generally?
22      A   Generally, he talked more about some more of
23  the financial aspects of the business, the share
24  structure, the revenue projections and Elizabeth talked
25  much more about just the vision that she has for the

SEC-TX-000002124

## Page 34

1  company and the different areas that she thought they
2  could disrupt.
3      Q   Just returning to the technology, I mean did
4  you have a sense of the number of tests Theranos was able
5  to perform based on your meetings with Ms. Holmes and Mr.
6  Balwani?
7      A   Well, they had a binder on the table that was
8  filled with patents that we opened briefly and looked at
9  that were for all kinds of different blood tests that
10  they could do or said that they could do with the
11  technology.  Not being -- with none of us being a medical
12  expert or a scientific expert, we really didn't spend
13  much time on that, because we weren't really familiar
14  what patent would look for -- would look like for medical
15  tests.  But they had one sitting on the table that was
16  filled with them.
17      Q   Was it your understanding that Theranos was
18  ready to perform kind of a full range of blood tests on
19  patients at the time that you were meeting with them?
20      A   Yes.  And by "a full range," I would say dozens
21  and dozens of tests.
22          BY MS. CHAN:
23      Q   Was it Ms. Holmes that told you that the
24  Theranos device could conduct a full range of tests?
25      A   I believe it was Ms. Holmes.  I don't believe

## Page 35

1  it was Mr. Balwani.  They produced a document that showed
2  the cost of the test as it related to their competitors.
3  We had a specific discussion about the tests they can
4  perform and how they compare on a market basis.
5          She said that none of their competitors were
6  transparent about their pricing, but they had been able
7  to gather some information to show much book cost the
8  differentiator was, how inexpensive their tests were
9  compared to the average test that a consumer would get.
10      Q   And so on this list that Ms. Holmes gave you,
11  did that list include pretty much all of the tests that
12  you would expect conventional labs would be able to
13  perform?
14      A   Yeah.  They assumed the most common tests that
15  a person would go in for that, you know, I would be
16  familiar with as a consumer.
17      Q   How many tests were on this, if you can just
18  estimate?
19      A   It was one page.  I can't remember if there
20  were 10 or a dozen on there.  More than five, less than
21  20.
22          BY MR. KOLHATKAR:
23      Q   Did the -- when you were at these meetings,
24  were they presenting with a PowerPoint deck or just a
25  conversation?

## Page 36

1      A   No, they're talking and occasionally, you know,
2  pulling something out or producing a document to show us.
3  But there's no PowerPoint.
4      Q   Did you ever take a tour of the Theranos
5  facility beyond sort of that conference room you
6  described?
7      A   We did.  We walked through the next set of
8  doors into what is set up as a sample laboratory
9  environment that was meant to illustrate for us what it
10  would look like or what it did look like in the Walgreens
11  store and you walked into one of their laboratory
12  settings.
13          We also had a tour of the rest of the facility,
14  to see Elizabeth's office, their actual laboratory area
15  where -- and another area where engineers were working on
16  some of the infrastructure for the company.
17      Q   So, just taking those one at a time, the sample
18  lab environment, what did that look like?
19      A   It was a small room that looked a lot like a
20  doctor's office.  It had a big, sort of comfortable chair
21  that a patient would sit in, instead of sitting in a
22  small wooden chair, as one might in a laboratory
23  environment.  A big, comfortable -- I believe it was
24  leather chair that you could sit in.  It had plants and
25  it had Theranos branding and I think was meant to look

## Page 37

1  like a slightly pleasant doctor's office.
2      Q   As there a Theranos machine in the room or was
3  it just sort of a chair and the setting?
4      A   It was fairly sparse.  There was no -- there
5  was no devices or anything in the room.
6      Q   Did you ever seen any Theranos devices in the
7  commercial facility?  I mean, I'm not talking about the
8  small containers.  I'm talking about something larger.
9      A   I don't know that I can identify them as
10  specifically Theranos devices.  We did take a tour of
11  what she described as their laboratory area, that looks
12  like -- almost like a big science lab set-up.  So there
13  were microscopes and other pieces of technology that
14  appear to be medical equipment.  But I can't identify
15  them as being Theranos-specific or any specific piece of
16  technology.
17      Q   And when you toured the lab, was it -- I mean,
18  were there lab technicians on site or was it sort of like
19  a -- were people there or not, I guess?
20      A   It was pretty sparse in terms of individuals.
21  I seem to remember maybe two people being in the
22  environment.  It was a very large room with long tables
23  and different equipment set up in different areas.  It
24  was not, I guess, what one would imagine if one thinks
25  about a laboratory, a big thing with people in white

SEC-TX-000002125

Page 38

1   coats all sitting in little stations.  It was a little
2   bit disorganized.  I wouldn't say it was impressive in
3   terms of trying to look at a sophisticated lab.
4       Q   And in the lab, did they ever demonstrate the
5   cartridges being inserted in any machine?  Was there
6   anything like that?
7       A   No, they didn't.  We spoke briefly to one
8   individual who was working in the lab, just to say
9   "hello."  But we didn't see any demonstrations of the
10  technology.
11      Q   You did, at some point, see a demonstration of
12  Mr. Murdoch getting his blood drawn, is that right?
13      A   Yes.
14      Q   Do you remember whether that was the first or
15  the second meeting?
16      A   I don't remember which meeting it was.  I
17  believe it was the first.  I just don't believe the last
18  one was there.  But I'm not certain of that.
19      Q   So, where did the blood draw take place?
20      A   We did it in their sort of sample laboratory
21  room, the one I described that we walked into that was
22  right on the first floor.  It was right next to the
23  conference room.  We left the conference room, went
24  through another series of doors, and then into this small
25  room that was set up like a sample Theranos lab and he

Page 39

1   sat down in a chair and a technician came in.
2       Q   Do -- was it Mr. Edlin who drew his blood or
3   was it someone else?
4       A   No, it was a woman.  She was like a lab
5   technician in a white coat.  She came in, carrying a
6   little kit, as one sometimes sees a hospital worker or
7   others do.  I don't recall her name.
8       Q   And so what do you recall from -- what the
9   process was for getting his blood drawn?
10      A   I recall he sat in the chair.  The technician
11  put on gloves and took out a very small -- a very small
12  needle.  She took Mr. Murdoch's hand in hers and took his
13  -- the end of his finger and pricked it and started
14  squeezing the end of his finger.  They were having
15  trouble actually getting any blood out of his finger.
16  She noticed that he was cold and the room was a little
17  bit cold, and that was the struggle.
18          We all started laughing that it wasn't exactly
19  a smooth process.  At one point, he sort of winced and
20  said, "Ouch," when she kept pushing at his finger.  She -
21  - he told her she should keep doing it, though.  She
22  shouldn't stop and eventually they were able to get a
23  sample of his blood.
24      Q   Did Ms. Holmes or Mr. Balwani have any reaction
25  to kind of, you know, the demonstration of the products

Page 40

1   not going well?  Did they ever have a reaction or an
2   explanation of why the technology was working the way it
3   was working?
4       A   Only she also commented that it could be harder
5   if a person was cold.  Beyond that, I think she's a
6   nervous person, to begin with, so I think that was her
7   general posture and that's how she seemed in the room.
8       Q   What do you mean by "she's a nervous person"?
9       A   I think she's a person who seems to me just not
10  entirely comfortable in her own skin.  She's not somebody
11  that I think has a lot of natural confidence in that
12  situation.  So it was consistent with how she had been.
13          MR. KOLHATKAR:  I'm sorry, our lights just went
14  off here.  We'll go off the record at 9:24.
15          (Off the record.)
16          MR. KOLHATKAR:  We're back on the record at
17  9:31 a.m., Pacific.
18          BY MR. KOLHATKAR:
19      Q   Ms. Ravitz, just to confirm, we didn't have any
20  substantive discussions about your testimony during the
21  break, is that right?
22      A   No, we did not.
23      Q   Thanks.  It's just a question we ask after
24  breaks, just to make sure you and I weren't talking about
25  what you're about to say.

Page 41

1       So, we were talking a little bit about --
2   before the break about the tech demonstration on Mr.
3   Murdoch.  Did you have an understanding of how -- what
4   tests were being selected to be run on Mr. Murdoch's
5   blood?
6       A   Just that they were very general.  I assume it
7   was cholesterol and other things that one would typically
8   get tested for.  They took the sample out of the room and
9   she said that they would have the results within a day or
10  two.
11      Q   Was that consistent with your understanding of
12  kind of the turn-around time of what Theranos was capable
13  of doing?
14      A   Yes, my understanding was that it was an
15  abbreviated time, compared to if it's an average test, it
16  might have taken a week.  Was that they could turn that
17  around faster.
18      Q   Was it your understanding that Mr. Murdoch's --
19  that the blood that was being drawn on Mr. Murdoch would
20  be run on a Theranos analyzer?
21      A   I assume that it was, since it was just the
22  tiny vial.  It wasn't anything more than that.  So my
23  assumption that they were using their technology and that
24  he would have a copy of their results and he would be
25  able to compare that to his normal blood work.

11  (Pages 38 to 41)

SEC-TX-000002126

1  Q  Did you have any discussions with Mr. Murdoch
2  once he received his results about the tests?
3     A  I asked him if he had received his results.  I
4  believe he followed up with Elizabeth that that's where
5  they were.  They were then sent to him and he forwarded
6  them to send to his personal physician to take a look at
7  and to tell him what they meant and see how it compared
8  to anything that she's done on him.
9     Q  Did you ever have your blood drawn at Theranos?
10    A  No, I did not.  They asked if any of us wanted
11  to, and we politely declined.
12    Q  The -- and was that one demonstration on Mr.
13  Murdoch the only demonstration you saw?
14    A  Yes.
15    Q  So I want to talk about a couple of other areas
16  that may have been discussed at the meetings you had.  Do
17  you recall any discussions of Theranos having contracts
18  with the military?
19    A  I recall a discussion about an eboli test that
20  they had developed that they had filed for a patent on
21  and that they were in some discussions with the US
22  government about -- about the technology.  Eboli was very
23  much in the news at that point and that there might be a
24  need for rapid testing, whether it was something that
25  could be utilized at airports in the US or in other

1  regions in the world where US military might be
2  stationed.
3     Q  Who do you recall speaking on that topic?
4     A  I recall Elizabeth mostly talking about that.
5  She had relationships with a number of at least former
6  government officials at a very high level who had
7  connected her with Defense Department officials.
8     Q  Did she tell you that they had connected her
9  with Defense Department officials?
10    A  Yes.
11    Q  Was it your understanding, based on Ms. Holmes'
12  description, that Theranos had an eboli test ready to go?
13    A  My understanding was that they had a test that
14  they believed worked, but they did not have a patient on
15  it yet, nor did they have any signed agreements with the
16  government.  But that they had developed the test.
17    Q  Did she ever indicate to you that the
18  government had intended on signing a contract for the
19  eboli test?
20    A  She indicated that they were in discussions.
21  She was optimistic about the outcome of the discussions.
22  That was built into their financial projections.  So I
23  think she certainly expressed some confidence that that
24  was something that could very reasonably materialize
25  within a short time frame.

1  BY MS. CHAN:
2     Q  Did Ms. Holmes ever discuss with you any other
3  contracts that Theranos had with other branches of the
4  government?
5     A  I specifically asked her if she had had any
6  discussions with the UK government.  I -- when she
7  mentioned the eboli testing, I suggested to her that it
8  made more sense to me that the first -- the first person
9  that they would have been reaching out to was the UK
10  government, since most of the cases were coming out of
11  Africa into either the UK or France and other countries.
12  So I thought the US market actually would have been a
13  secondary consideration for her.
14     She indicated that it was something that they
15  were, at least, considering, but there was not the same
16  confidence expressed, was her impression, with the US
17  Defense Department.
18    Q  Outside of the eboli context, did Ms. Holmes
19  ever discuss with you deploying Theranos' device on, for
20  instance, medivac helicopters or other -- or other types
21  of military units?
22    A  She did talk about it when they showed us, you
23  know, the box and the small storage cases.  She talked
24  about how it could be used in a combat situation and,
25  sure, medivac, you know, if you have a field hospital

1  where they don't have a laboratory, that they could
2  quickly be moving samples and out of the way and that was
3  a safe way to store them.  And even the small thing was
4  something small enough that a person could carry it on
5  them, versus having to carry a large container around.
6  So it came up in that context.
7     Q  Did she tell you whether she had had
8  discussions with any other branches of the military to
9  actually have a signed contract to deploy these devices?
10    A  No, beyond generally speaking about Department
11  of Defense officials, we didn't get into the specifics of
12  whether that was the Army or the Navy or any specific
13  branch of the government.
14  BY MR. KOLHATKAR:
15    Q  At some point in your meetings with Ms. Holmes
16  and Mr. Balwani, did you discuss Theranos' partnerships
17  with other hospital systems?
18    A  We did.  We talked about -- they represented to
19  us that there was a relationship with the Mayo Clinic.
20  She -- they spoke briefly about Johns Hopkins.  I asked
21  her whether they had any relationship with Kaiser
22  Permanente, them being a very large hospital chain in
23  Northern California.  I thought that would have been a
24  first stop.  She said that they did not have any
25  relationship with Kaiser.

SEC-TX-000002127

Page 46

1      The CEO of Kaiser Permanente was on our Wall
2 Street Journal CEO counsel, so it was someone that we
3 offered to make an introduction, if that was something
4 that she wanted.  Let's say, if she talked about the Mayo
5 Clinic.
6     **Q   And when you said, you know, they said that**
7 **they had a relationship with the Mayo Clinic, are you**
8 **referring to Ms. Holmes?**
9     A   Yes.
10     **Q   And the same with the relationship with Johns**
11 **Hopkins?**
12     A   Correct.
13     **Q   And the same with the relationship with Johns**
14 **Hopkins?**
15     A   Correct.
16     **Q   What was your understanding of Theranos'**
17 **relationship with Johns Hopkins, based on what was all**
18 **said?**
19     A   My understanding was that they were working
20 together on some scientific research.  She talked about
21 how, just in general, the technology could be deployed.
22 But my take-away was that these were obviously very
23 reputable medical organizations that had in some ways
24 affirmed the technology or affirmed the scientific
25 credibility of what they were doing.

Page 47

1     **Q   Did she ever say that Johns Hopkins had**
2 **validated Theranos' technology?**
3     A   I don't believe that she specifically said
4 that.  It was just that there was some kind of a
5 relationship with the university or the hospital system
6 there.
7     **Q   Did you discuss any other -- any relationships**
8 **with insurance providers, other than Kaiser?**
9     A   We talked about in Arizona, that they were --
10 they were performing quite well there, because they had
11 some kind of a relationship, at least, where they were
12 getting a significant number of referrals now from Blue
13 Cross/Blue Shield.  So that was one insurance provider
14 that they were working with.
15     **Q   Okay.  And when you say that they said they**
16 **were performing well, I guess, what does that mean?  How**
17 **did they explain that Theranos was performing well in**
18 **Arizona?**
19     A   I believe that the number was that they were
20 close to a third of the market in Arizona and growing.
21     **Q   Who said that they had a third of the market in**
22 **Arizona?**
23     A   I don't remember if it was Ms. Holmes or Mr.
24 Balwani.  Somebody mentioned that during the meeting.
25     **Q   What about Theranos' partnership with**

Page 48

1 **Walgreens, did that come up in any of your meetings with**
2 **Ms. Holmes and Mr. Balwani?**
3     A   It did.  My understanding was that they weren't
4 in a business relationship or partnership there.  They
5 talked about they already being in several of the
6 Walgreens stores.  I believe it was in Texas.  We asked
7 them about the capital costs and how significant they
8 would be in building out these laboratories within their
9 different stores.
10     I don't know if it was Mr. Balwani or Ms.
11 Holmes, but they suggested that Walgreens had already
12 planned to add to them in any new stores that they built
13 and that they would be taking care of the capital costs -
14 - "they" being Walgreens -- that that was not something
15 that Theranos was going to have to pay for.  So that was
16 significantly reducing their capital allocation.
17     **Q   Did Ms. Holmes or Mr. Balwani ever explain sort**
18 **of gaiting items in the Walgreens expansion, wherever**
19 **they had to meet certain targets or certain technology**
20 **milestones?**
21     A   Not that I recall.
22     **Q   Did they discuss where they planned on**
23 **increasing their geographic footprint with Walgreens?**
24     A   We talked at some length about New York state
25 for two reasons.  One was it was a state that they were

Page 49

1 looking at in terms of their laws here in New York and
2 whether an individual has the right to request their own
3 medical test without a doctor's order.  And, two, they
4 thought New York is a really important piece of their
5 puzzle, because of the density of the population and the
6 number of the stores that we have here in New York.  And
7 they thought if they were able to take significant shares
8 here in the New York market, that would be a significant
9 model on which to build another state.
10     **Q   Did you have an impression on when they were**
11 **planning on expanding to the New York area?**
12     A   My understanding was that it was a top target
13 for the coming year to try and get into the New York
14 market.
15     **Q   So, that would be 2015?**
16     A   2015 to 2016.
17     **Q   What about -- anything else that you recall**
18 **being discussed about the Walgreens relationship?**
19     A   I can't recall anything specific to add.
20     **Q   Did you discuss Theranos' relationship with**
21 **Safeway at any point in time?**
22     A   Yes, we did.  She talked about how a person
23 could also use their technology to really make positive
24 decisions about their health and welness through
25 nutrition.  They represented to us that they had

SEC-TX-000002128

## Page 50

1  information on, you know, several thousand of Safeway's
2  products, nutritional information related to that and
3  that would be valuable information in the hands of a
4  consumer.
5       I asked her more questions about that, because
6  we had a company in Australia called pace.com, which is
7  primarily a recipes company, but we've partnered with
8  supermarkets there to give people healthy eating options,
9  and I thought that that would be a valuable commercial
10  relationship for her to explore in general.
11       **Q   And was it again your understanding that the --**
12  **that -- did they discuss anything -- sorry, let me**
13  **rephrase that.**
14       **Did Ms. Holmes ever describe any sort of**
15  **gaiting items for expansion into the Safeway stores in**
16  **terms of milestones there that Theranos had achieved in**
17  **terms of technology or otherwise?**
18       A   No, there were no gaiting items.  Just more of
19  why it would make sense, given the number of Safeways in
20  the country and making that a pleasant experience, where
21  if you walk into a Walgreens or a Safeway, that much like
22  you see something an eyeglass store in a market, that
23  that was something that they wanted to replicate with a
24  blood testing facility.
25       **Q   We talked a little earlier about the financials**

## Page 51

1  **that you reviewed in the binder.  Were -- did you ever**
2  **discuss any of the financials in either of the meetings**
3  **with Theranos?**
4       A   Rupert asked a question about the potential
5  downside that was in the numbers.  Again, we thought they
6  were a little bit aggressive in their revenue
7  projections, how quickly they could ramp up.  And Mr.
8  Balwani responded that the maximum downside that was in
9  the next year's revenue projections was 30 percent.
10       **Q   Did he explain why that was his estimate of the**
11  **downside risks?**
12       A   As I remember, it was a vague answer about it
13  follows the government contracts that didn't come
14  through.
15       **Q   Okay.  And you mentioned earlier that -- and**
16  **that was Mr. Balwani making the comments about the**
17  **projections, is that right?**
18       A   Yes.
19       **Q   Did Ms. Holmes speak about the revenue**
20  **projections at all?**
21       A   She deferred to him on specifics about the
22  revenue projections.
23       **Q   You mentioned earlier that someone said that**
24  **the eboli contract was sort of built into their financial**
25  **projections, is that right?**

## Page 52

1       A   Yes.
2       **Q   Do you recall who said that?**
3       A   It was something that I had noticed in
4  reviewing the materials.  I had, per Rupert's direction,
5  given the materials to Dave DeBoies, Sr., who had been
6  the CFO, for a news corporation for a long time.  He's
7  also a trustee on -- for Mr. Murdoch's youngest two
8  daughters.  Rupert had considered at the very beginning
9  whether this was an investment that might be appropriate
10  for them to make via that trust.  So I shared the
11  materials with Mr. DeBoies and he and I spoke about them
12  afterwards.  And it was one of the things that he also
13  noted in the materials, that the eboli testing as built
14  into their financial projections.
15       **Q   Was there ever any description to you by Mr.**
16  **Balwani or Ms. Holmes of what was sort of driving the**
17  **growth?  I mean, what -- how would -- was it in**
18  **particular Walgreens, was it in particular Safeway --**
19  **what was going to present their avenue for expanding**
20  **likely projections?**
21       A   My understanding was it was a combination of
22  things.  It was some government contracts.  It was
23  relationships with pharmaceutical companies and research
24  that they could help pharmaceutical companies to do at a
25  much reduced cost, as well as expansion into new states.

## Page 53

1  So that they would -- like, in particular, the New York
2  market, to be able to come into a market like this with
3  the density of stores.  To have that level of consumer
4  access would be significant in their business plan.
5       **Q   And when you're talking about expanding into**
6  **new stores, was it your understanding that they were**
7  **going to put the Theranos, kind of, lab device in a**
8  **stores and have it run in each individual store or did**
9  **you have some other understanding of how it was**
10  **operating?**
11       A   My understanding was certainly that it was
12  still somewhat regional and that they would have, you
13  know, laboratory centers that were regional where they
14  would actually process the results.  But in a store, you
15  would -- that was separate.  You would actually have your
16  blood drawn and then there would be a very quick turn-
17  around with it, with these regional labs that they would
18  build.
19       **Q   And did they ever describe any challenges to**
20  **expand the regional labs that they operated?**
21       A   Not that I recall, specifically.
22       **Q   When discussing the financials, we also talked**
23  **a little bit about the -- some of the other investors.**
24  **What were you told about who the other investors of**
25  **Theranos were?**

SEC-TX-000002129

A Mr. Murdoch asked the question. It was very common for him to want to understand who the other investors were, both who the original VCs were and then who else she was targeting to come in and invest.

He had had some previous conversations with Ms. Holmes about what her goal was in terms of buying out a number of the VCs over a period of time. And that she was mostly interested in families coming in and taking over large portions of those shares, so that she had a substantially fewer number of investors.

**Q So, was it your understanding that the purpose of the capital raise was to buy out earlier investors?**

A Yes, my understanding was that it wasn't -- like I said, it wasn't an up-round, that it was a decision that she had made, given the pressure in Silicon Valley to make a company profitable or to take it public. That that was not something that she wanted to do. That this was a company that she wanted to lead for the rest of her life and certainly had no intention of taking public any time soon. So she felt that there was value in family offices that often invest for a much longer period of time. They're not looking for a quick return on their investment.

**Q Did she explain why she wanted to remain private and not become an IPO?**

A She just expressed a very grand vision for -- again, the way that this could really transform a person's life if they had information that was actionable with regard to their health. And that was something that would continue to develop as the market changed, as consumers became more aware of what they could do with that type of information.

**Q Following -- I want to hand you another document in your material as Tab 10.**

MR. KOLHATKAR: I'm marking as Exhibit 154 a single-page document that's Bates Stamped SEC-MurdochKR-E, with Bates Stamp ending in 3.

(SEC Exhibit No. 154 was marked for identification.)

BY MR. KOLHATKAR:

**Q Do you have that document in front of you?**

A I do.

**Q Do you recognize Exhibit 154?**

A I do.

**Q What is it?**

A This is -- I had handwritten my notes from one of the meetings that I had at Theranos, and this is -- I typed them up and sent them to Michael Bunder, who is a Deputy Counsel at 21st Century Fox. It may be a new corporation now, but he was -- he was the person that was

charged with reviewing the actual investment documents that had been sent over and he asked me for any information that I had about the meetings. So I typed up my notes and emailed them to him.

**Q So, you think you created -- this document doesn't have a date on its face, but do you think you created it soon after one of the meetings that you had at Theranos?**

A I don't know how soon after it was. I had handwritten my notes and those were in my office at the time. So when he asked me for it, rather than -- rather than scan it in, I just retyped them off of my handwritten notes.

**Q Do you think he was -- do you recall if he was asking for these before or after Mr. Murdoch made his investment?**

A This was before Mr. Murdoch actually signed the investment papers. So, Michael, his only interaction would have been to review the actual investment documents and the share structure, and he just asked me for any materials that I had that I was able to share with him.

**Q And if you look about two-thirds down the page, there's a reference to some of those investors we were talking about. There's a reference there to the Walton family, the Oppenheimer family, the Cox family, the DeVos**

**family? Who at Theranos explained that those were families investing in the company?**

A Ms. Holmes listed them off. When Mr. Murdoch asked, she listed six or seven different families. I didn't recognize all of the names offhand, so it's a little bit hard for me to be sure that I have them correct. This is when he had asked her about who the investors were, so those were the names that I was able to write down.

**Q The -- and to the best of your knowledge, I mean, was her providing these names helpful or not to Mr. Murdoch in deciding whether or not to make the investment?**

A I think it was exhibiting to him the seriousness of her commitment to looking for family offices, as these are some people that he knows personally and certainly would have some respect for. So, I think he just viewed it in that context.

**Q Was there any discussion of the amounts -- the investment amounts were made by these people? I see most are investing around $100 million. Was there any suggestion by Theranos about how much Mr. Murdoch should invest?**

A When he -- when Mr. Murdoch and Elizabeth had spoken before I became involved in that, what he related

Page 58

1  to me was that no one was investing less than $100
2  million.  That he might not be able to make the
3  investment, as he was looking to do less than that.  So,
4  that was what -- as he said to me, everyone else was
5  doing.
6      I did ask a question of whether or not the
7  Walton family was investing together or if it was through
8  one of the children, specifically.  My understanding was
9  it was the children together.
10     Q   How did you develop the understanding that it
11  was the children together?
12     A   I asked the question and my concern was that we
13  were thinking of Mr. Murdoch's investment was, how
14  important was it to them that we planned for how his
15  investment might be passed down in his estate planning.
16  So, was there an issue for them with whether or not it
17  was something that was something that was being
18  distributed equally amongst Mr. Murdoch's children or did
19  he need to designate one person.
20         The Walton family was an example that there
21  were several of the Walton family members that were
22  involved, so that was less of an issue for them.
23     Q   And did Ms. Holmes explain that to you, that it
24  was multiple Waltons or?
25     A   I believe it was Ms. Holmes, but I can't be

Page 59

1  certain if it was Ms. Holmes or Mr. Balwani.
2      Q   Just a little further down, there's also -- I
3  think we discussed this point in the next paragraph about
4  the downside of the risk being 30 percent for 2015.  The
5  next paragraph says, "Their 2016 financial projections
6  only include a roll-up in New York.  That is their main
7  goal for the year, because of the density in the
8  metropolitan area."
9          Do you see that?
10     A   Yes.
11     Q   Do you recall who said that at the meeting?
12     A   I don't recall whether it was Elizabeth or Mr.
13  Balwani.  We had a discussion about being the voice and
14  his role in this and helping them go through, state-by-
15  state, and pick the states that they thought were the
16  best targets to want for changes to the ability of a
17  consumer to get the tests and do it from a market
18  perspective.
19     Q   Can you explain what your understanding was of
20  David DeBoies' role was with the company?
21     A   My understanding was that he was helping them
22  with their legislative strategy.
23     Q   So, other than the main areas that we've talked
24  about so far, do you recall any other areas that were
25  discussed at either of the meetings with Ms. Holmes and

Page 60

1  Mr. Balwani?
2      A   The only other area that we really haven't
3  covered is -- is their relationship with pharmaceutical
4  companies and how this technology would be utilized for
5  drug trials.  If they thought that whether or not their
6  market that they could be in, they mentioned some
7  relationship with a company in Europe.  I believe it was
8  either in Germany or Switzerland, where they were already
9  working together on some clinical trials that, instead of
10  the traditional way of a clinical trial and taking
11  several years, that the tests enabled them to iterate in
12  a new way where it could potentially move through a drug
13  trial much faster.
14     Q   And was your understanding that Theranos was,
15  at that time, assisting pharmaceutical companies in drug
16  trials?
17     A   Yes.
18     Q   And I think we talked about it a little bit in
19  terms of the financial projections.  Was it your
20  understanding that their work with pharmaceutical
21  companies would be built into their revenue and
22  projection models?
23     A   My understanding was that it was a little
24  further out, in terms of their priorities, but it was
25  certainly something that they mentioned.  They brought it

Page 61

1  up at the meeting.
2      Q   Did you ever have any understanding of why it
3  was a little further out than the commercial lab space?
4      A   My sense was just that they talked about a few
5  priorities for the coming year and New York being one of
6  them at the time, and that relationships related to
7  clinical trials would take a little bit longer because of
8  the regulations around them.
9      Q   I guess, generally, did they explain whether
10  there were any regulatory barriers to Theranos operating
11  commercially?
12     A   They just -- they talked a little bit about
13  licensing in different states, relationships with
14  insurance companies, and then, specifically attempting to
15  change state laws, so that a consumer could voluntarily
16  request blood work without a doctor's order.
17     Q   Did Ms. Holmes or Mr. Balwani ever describe
18  Theranos' status with the FDA?
19     A   Not that I can recall specifically.  There was
20  a discussion only of the patents that were filed.  I
21  think Mr. Murdoch may have asked them about that, because
22  he had been an investor at one point in "23 and Me,"
23  which had run into some issues with the FDA.  So, my
24  recollection is that it would have been a very brief
25  discussion where they said the FDA wasn't an issue for

SEC-TX-000002131

Page 62

1    them.  That was the reason why he would have been aware
2    of that.
3        Q   Do you recall who said that the FDA wasn't an
4    issue for them?
5        A   I do not, I'm sorry.
6        BY MS. CHAN:
7        Q   And just to be clear, so was this a discussion
8    between Ms. Holmes, Mr. Balwani, and Mr. Murdoch or were
9    you in one the meeting when --
10       A   This was in the actual meeting.  I had brought
11   it up with Mr. Murdoch previously, because since "23 and
12   Me" and documents, we had assumed had no value any more,
13   just by the fact that it sat on his books and in a
14   portfolio.  He had just assumed since they had had so
15   many issues with the FDA, that it had zeroed out, just in
16   terms of thinking about his liquidity.  So -- but it did
17   come up in the room and he asked whether or not she had
18   been following the work of "23 and Me," and whether they
19   would have similar issues with the FDA.
20   But I don't recall any specifics, really, beyond that.
21       Q   And your recollection is that somebody --
22   either Ms. Holmes or Mr. Balwani -- said something to the
23   effect that the FDA wouldn't be an issue here?
24       A   Correct.
25       BY MR. KOLHATKAR:

Page 63

1        Q   So, we've talked, you know, kind of generally
2    about your memory about both of those meetings.  Do you
3    have any memory of the two meetings being different in
4    substance?  I mean, when Lachlan Murdoch came to be
5    introduced to the company, was it sort of a repeat of the
6    earlier meeting or were there different topics discussed?
7        A   My recollection was that it was basically a
8    repeat of the earlier meeting.  We mostly sat back and
9    let Elizabeth deliver her pitch to Lachlan.  It just gave
10   him an opportunity to hear first hand and ask questions
11   that he wanted.
12       Q   Did he have any questions of Theranos?
13       A   I don't remember specifically what the
14   questions were.  I know he had a couple, but I don't
15   remember what the substance of the questions were.  It
16   was a briefer meeting than the one that we had had the
17   first time.
18       Q   And following those meetings, what was -- I
19   guess, you know, you expressed some skepticism about the
20   market place before the meetings.  What was your
21   impression of the company after those two meetings?
22       A   My impression was still skepticism, in
23   particular about the government contracts aspect of it.
24   I just -- my experience coming out of government is that
25   the government normally doesn't act that quickly, in

Page 64

1    terms of approval processes or granting a private company
2    the types of contracts.
3        I expressed some skepticism still of their
4    ability to change state laws.  That's an incredibly
5    complicated venture with a lot of interested parties.
6    That there would be, certainly, the competitors in the
7    states.  Quest Diagnostics and others would not go down
8    easily without a fight in terms of trying to retain their
9    market share in the current structure.
10       I also expressed that there would probably be
11   some resistance from the medical community and from
12   doctors about people trying to order their own blood
13   work.  That that would probably be something that would
14   be met with resistance.
15       So, my general take-away that this was a lot
16   much more complicated than the time table that they had
17   laid out.
18       Q   What was the time table that they had laid out?
19       A   That this is something that would certainly be
20   moving in the next few years.  Certainly, New York State
21   was something that they had targeted for the next year,
22   but they felt once they had a couple of states that were,
23   perhaps, a little bit more liberal in their thinking
24   about this, that they would be able to move through other
25   states more quickly.

Page 65

1        Q   So you kind of described the areas of
2    skepticism that you had leaving the meeting.  Did you
3    have any skepticism about the viability of the technology
4    after meeting with Elizabeth and Sunny?
5        A   No, I didn't have any reason to have skepticism
6    about that, since I hadn't seen it first hand.  And, you
7    know, as I noted to Mr. Murdoch, this was an area that
8    was outside of our expertise.  It was very different from
9    other companies that he was invested in, where we would
10   have some knowledge base, whether it was a social media
11   company or, you know, something that operated in the
12   media space.  This was just not something that we were
13   able to make those types of judgments on.
14       Q   Can we turn back -- if you have it in front of
15   you, Exhibit 152?
16       A   What is the number or the tab?
17       Q   Yeah.  It's in your materials at Tab 7.  And
18   it's KRM-SEC-405 to 409.
19       BY MS. CHAN:
20       Q   SO, just a few more questions for you.  Are you
21   familiar with Mr. Murdoch's handwriting?
22       A   I am.
23       Q   Okay.  So on the first page on 405, what is
24   that word that he writes there?
25       A   I'm going to be honest and say I don't know,

SEC-TX-000002132

Page 66

1    even though I have deciphered much of his handwriting for
2    years.  I can't tell you what that is.
3        Q   Okay.  And there's a check mark on that page
4    and on 407, if you flip the page.  What was his general
5    practice when he was reviewing documents?  What was the
6    significance of placing check marks next to a text?
7        A   In general, it would have been either something
8    that he had heard verbally before in a confirmation of
9    something that he had heard or something that he was
10   interested in.  I assume that when I saw this, he had
11   spoken to her about she had said that she was going to
12   have people buy out of the previous investment round,
13   that she was not increasing the valuation.  So I assume
14   that this was the share price that he would be quoted.
15   That there would not be an increase and a new share
16   price, because she was not trying to bring in additional
17   money.  She was just trying to buy out existing
18   investors.
19       Q   Okay.  And you're referring here to the check
20   mark next to $17 per share, on 405?
21       A   Correct.
22       Q   Okay.  And if you turn the page, then, to 407,
23   there are a couple of check marks there.  What did you
24   understand the significance of those check marks to be?
25       A   I just understood him to be reading those

Page 67

1    numbers and noting them in his head, but then putting a
2    question mark next to the percentage in increases.  You
3    know, if it's just in a budget that had come to us from
4    these corporations or Fox, there would be some context
5    with regard to a percentage increase of this size.
6        So he was probably making a mental note to
7    himself to ask about how those projections were -- what
8    they were based on.
9        Q   Okay.  And the phrase that's on top of 2015, is
10   that "based on"?
11       A   That's what it looks like, yes.
12       Q   Okay.  So was his question, you know, what were
13   these financial projections based on?
14       A   Yes.  I assume he's wondering -- he's looking
15   for more details on exactly what those revenue numbers
16   are and the gross percentages, also, next to them.
17       BY MR. KOLHATKAR:
18       Q   And do you believe he got answers to the
19   questions of what the projections are based on at those
20   meetings?
21       A   I feel that we got loose answers.  I wouldn't
22   say that we got into a great deal of specificity about
23   it.  I think that where -- with another company, we might
24   have challenged them more aggressively, since he had
25   already, basically, agreed to invest before we even were

Page 68

1    able to sit down with them personally.  I think both
2    myself and Paul Cheesbrough were probably less aggressive
3    in our questioning that we would have otherwise been.
4        Q   So what was the time of that?
5        A   That was very important to him.
6        Q   So what was the timing there?  He decided to
7    make the investment, you had these meetings and then the
8    investment was finalized, is that kind of roughly the
9    sequence of events?
10       A   Yeah, the fact that when he first met her and
11   then he -- he, at some point, at least, had spoken to her
12   or seen here again one on one before he really, at least
13   verbally, committed and said that this is something that
14   he really wanted to do.  So I think he felt that he was
15   on the hook.  I certainly felt he had made a verbal
16   commitment before we really had an opportunity to sit
17   down with her and ask questions beyond the documents we
18   had received in the mail.
19       Q   Was it your understanding that if something,
20   you know, negative about the company came up in those
21   meetings, you know, he would back out of that verbal
22   commitment?
23       A   It was more an opportunity for us to get more
24   information.  My understanding was unless we discovered a
25   real compliance issue or conflict issue, that he had made

Page 69

1    a commitment and based on the other people that were
2    already involved, he was very likely to go through with
3    it.  But it was unlikely to be something that, like I
4    said, barring a conflict issue that he would back out of.
5        BY MS. CHAN:
6        Q   And I just wanted to go through some of the
7    sub-categories under -- in the projected statement of
8    income.  So the first is "lab services from retail
9    pharmacies."  Was that your understanding that that
10   represented the projected revenues Theranos would be
11   making from Walgreens and Safeway?
12       A   Yes.
13       Q   Okay.  And then what about lab services,
14   revenues from physicians' offices, what was your
15   understanding as to what that category consisted of?
16       A   My understanding was that primarily referred to
17   their operations in Arizona and the referrals that they
18   were getting from physicians and from insurance
19   companies.
20       Q   Did you ever have an understanding that the
21   company was planning to enter into contracts with
22   physicians to place Theranos' device in doctors' offices?
23       A   My understanding was that having
24   conversations with doctors, in general, to do some
25   demonstrations for them, so that they felt confident in

SEC-TX-000002133

Page 70

1  referring their patients.  That they would attempt to
2  appeal to the instincts that Elizabeth described as out-
3  patients being very fearful about needles and that this
4  was a way that would make it more likely that patients
5  actually had the blood work done, if it was, one, less
6  painful and, two, less expensive.
7       But not specifically that, you know, medicine
8  technology would be in a doctor's office.
9       Q  Okay.  And so you mentioned this is mainly
10  through referrals from physicians.  How would Theranos be
11  making revenue from those referrals, was it through
12  patients just coming to Walgreens and Safeway?  And, if
13  so, why would that be included in the retail pharmacy
14  revenues?
15      A  No.  My understanding -- you're referring --
16  the referrals from physicians offices or insurance
17  companies, my understanding was that they actually had a
18  physical lab in Arizona -- at least one, if not more --
19  and that when patients were going to see their doctor and
20  their doctor was giving them a blood order, that that
21  could be fulfilled at a Theranos lab.  That it was a more
22  regional situation in Arizona.
23       That they were getting referrals that way.
24  Whereas, if your doctor today might say, "You can call up
25  Quest and they have these seven locations," they were

Page 71

1  referring them actually to a Theranos facility in
2  Arizona.
3       Q  I see.  So this would be separate from
4  Walgreens and Safeway.  It would be Theranos labs in
5  Arizona, is that your understanding?
6       A  That was my understanding.
7       Q  Okay.  And then the next category is "lab
8  services revenue from hospitals."  What was your
9  understanding as to that category?
10      A  My understanding was that they had built these
11  relationships with different hospitals, that they
12  expected to have on-site labs at hospitals, as well as
13  most hospitals have in-house labs that they would be
14  working to get contracts to do that, as well.
15      Q  Did you have any understanding as to whether
16  Theranos had entered into contracts with any hospitals at
17  the time that you attended those meetings in 2015?
18      A  No, only that, you know, they had loosely
19  described some relationship with the Mayo Clinic and
20  Johns Hopkins.  But I perceived that to be more about
21  research and verification of their technology than
22  actually being a revenue source.
23      Q  Okay.  Well, if you turn, actually, to 409,
24  which is on the next page -- the next new page of that
25  page --  there are a number of footnotes at the bottom of

Page 72

1  the page under "additional comments."  And the first one
2  says, "Please note all revenue projections are based on
3  contracts already signed and in place for 2015 and 2016."
4       And it looks like Mr. Murdoch might have
5  underlined that.  Do you see that?
6       A  I do.
7       Q  So, during those meetings, were they
8  representing that all of these numbers in 2015 and 2016
9  would have been based on actual contracts signed?
10      A  My understanding was that it was based on
11  contracts signed or contracts that they were far along,
12  which is why I think Mr. Murdoch asked the question of
13  what was the maximum downsize that was built into the
14  projection.
15      Q  Okay.  So it was your understanding that there
16  were contracts that would have -- that they were very far
17  along and almost signed with hospital assistance, but may
18  not have already been signed at that time?
19      A  Correct.  Or that even -- they had a
20  relationship with Walgreens, that the number of stores --
21  new stores -- that they would be in had not been fully
22  been finalized.
23      Q  Okay.  And then, sorry, going back to 407,
24  then.  The next category down is, "On-site services
25  revenue from hospitals."  What was your understanding as

Page 73

1  to what that revenue consisted of?
2       A  I apologize, I think my understanding was that
3  that was an actual lab in a hospital versus just a
4  hospital making referrals, which would have been the
5  previous line.
6       Q  Okay.  So, the third line would have been
7  hospitals making referrals to a Theranos lab in, for
8  instance, Arizona?  A  Correct.
9       Q  And the fourth would be on-site lab services at
10  hospitals where Theranos' technology would be deployed or
11  used?
12      A  Correct.
13      Q  Okay.
14      A  Correct.  Or there would be a place that one
15  could actually go and have their blood drawn there versus
16  going to a separate facility.
17      Q  Right.  And then the last line is
18  "pharmaceutical services."  Is that referring to the
19  business that Theranos was looking to have with
20  pharmaceutical companies to run clinical trials using its
21  technology?
22      A  That's my understanding, yes.
23      Q  And was your understanding on all of these
24  different categories of revenue, was that understanding
25  based on what Ms. Holmes or Mr. Balwani told you during

SEC-TX-000002134

Page 74

1  those meetings?
2      A   My understanding is based on the documents that
3  I read and the conversations that we had in that meeting
4  with the two of them, yes.
5      Q   Okay.  And then, finally, the last line here,
6  under "DOD Gov," for 2015 and 2015, it says, "TBD."  And
7  then it looks like Mr. Murdoch might have written, "Zero"
8  next to it.
9      A   Yes.
10     Q   I think you mentioned before that, it was your
11  understanding that the eboli revenues were already built
12  into the projections.  Where in this statement of income
13  would the eboli projections would have been put in?
14     A   Since this is the first time I've seen these
15  today in a couple of years, so I feel like I would have
16  to go through it more carefully to jog my memory to where
17  exactly they were.  It was definitely something that we
18  talked about in that meeting, but I also recall, as I
19  said, that Mr. DeBois and I were -- when we had gotten
20  the documents that we noticed something to that effect in
21  the documents.
22     Q   Okay.  So you just said it was something that
23  you might have discussed during the 2015 meetings with
24  Ms. Holmes and Mr. Balwani, is that right?
25     A   Yes, we definitely discussed this during the

Page 75

1  meeting.
2      Q   Okay.  So it could be that it's somehow
3  reflected in one of the previous categories that we
4  talked about?  For instance, in the regional pharmacy --
5      A   I don't believe it would have been reflected in
6  any of those categories -- like I said,
7  I remember having the conversation with Mr. DeBoie
8  s about it.  I don't remember the exact timing of that
9  conversation.  And I remember having a discussion with
10  Elizabeth and Mr. Balwani about it during the meeting.
11     Q   Okay.  And then going to 409 again, under --
12  you'll see that Mr. Murdoch makes a number of notes under
13  "cash net fund investments" for the $475 million figure?
14     A   Yes.
15     Q   What was he writing there?
16     A   He wrote, "After fresh cap" -- which refers to
17  "capital" -- "how much new and when?"
18     Q   What was your understanding as to what he meant
19  by those notes?
20     A   My understanding is he's trying to determine
21  the timing of their last round, what is included in this
22  and, I think he's trying to understand how quickly
23  they're running through cash and what exactly this number
24  reflects.
25     Q   Did Ms. Holmes or Mr. Balwani talk about how

Page 76

1  quickly they were running through cash through those
2  meetings?
3      A   I can't remember with specificity.  They did
4  talk about essentially being debt free and they weren't
5  out getting big lines of credit.  That wasn't part of
6  their model, but I don't recall if we specifically talked
7  about their burn rate.
8      Q   And then just a couple of questions going back
9  to -- I think you were talking about the technology
10  demonstrations, particularly the one that was done on Mr.
11  Murdoch.  Did you ever have any understanding that after
12  Mr. Murdoch's blood was taken during that -- during one
13  of the two meetings that the blood was being put on a
14  commercially-available machine and not on Theranos'
15  device?
16     A   No.  My understanding was that it would be run
17  on their device and that he would be able to take the
18  results and compare it to his typical blood work done by
19  his doctor.  So my understanding was this was a
20  demonstration of how one could obtain the same
21  information from, you know, a pin prick from his finger
22  and that small amount of blood and that it would be run
23  on their technology.
24     Q   Okay.  And you mentioned that you did discuss
25  with him after he had received the results and that he

Page 77

1  had forwarded the results to his physician.  Do you know
2  whether the results that he received from Theranos were
3  consistent with some of the other lab work that he might
4  have done in the past?
5      A   I remember seeing the email, because I had
6  access to all of his emails.  So I remember seeing the
7  email from his physician.  And sort of vaguely telling
8  him that this could be one data point, but I don't
9  remember if there was a specific comparison to any of his
10  previous blood work there as to whether or not it was
11  consistent.
12     Q   Okay.  Was the fact, though, that you received
13  the results, you know, in a fairly quick time frame, that
14  you thought that it was being conducted on Theranos'
15  device, did that all reinforce your understanding that
16  Theranos had developed this technology and that it
17  actually worked?
18     A   I don't actually remember them being done in a
19  quick time frame.  In fact, I'm feeling Rupert had to
20  chase down his test results, that they didn't come in in
21  the next day or two.  That he, I think, was just excited
22  about it and was anxious to see them.  I seem to remember
23  it taking a little bit longer than we thought it would
24  and that he forwarded them on to Dr. Ben Hurlich.
25         I don't feel like we drew any conclusions based

20 (Pages 74 to 77)

SEC-TX-000002135

Page 78

1   on the timing of that as to the efficacy of that. I
2   think it was just a point of curiosity and interest for
3   him, was to see how it -- to see what his doctor thought
4   about it.
5       Q   Fair enough. So maybe the timing didn't make
6   much of an impression on you, but the fact that Mr.
7   Murdoch did actually receive a lab report, did that
8   somehow give some confirmation that the technology
9   actually worked and had produced results for him?
10      A   Yeah. I think we didn't have any reason at
11  that stage to question the legitimacy of what they were
12  doing. So we assumed that they were, you know, properly
13  licensed. That they were -- you know, a technician had
14  taken his blood, that they had run another technology and
15  that they produced results. And, certainly, there was no
16  reason to think at the time that we needed to verify that
17  they were entirely accurate.
18      Q   Right. And had you known that the tests were
19  not actually conducted on Theranos' own proprietary
20  technology and device, would that have changed your view
21  as to the revolutionary nature of Theranos' technology?
22      A   I think it would have changed how we thought
23  about certainly the financial aspects of it, if there
24  wasn't an actual piece of technology that they had
25  developed. I think it still would have been significant

Page 79

1   to us if -- if they were able to get the same amount of
2   information from that very small amount of blood, that
3   would have still been a significant change from what the
4   common person viewed to be the way somebody took your
5   blood and the amount of information they had from it.
6   But, certainly if it wasn't, it was Theranos' technology
7   that would have changed how we thought about -- how we
8   thought about the company. It was a Silicon Valley
9   company. Silicon has very smart scientists and engineers
10  that were able to create such a thing.
11          BY MR. KOLHATKAR:
12      Q   Likewise, on the financial models, if it has
13  been your understanding that Theranos, you know, didn't
14  have appreciable revenues for 2014, would that have
15  impacted your view of the company and the model that you
16  saw for 2015 and 2016?
17      A   Well, it would have impacted how we saw
18  evaluations. If we were looking at evaluation of $7
19  billion and we see a market cap of their competitors of
20  anywhere from nine to $12 billion, you realize that
21  there's some limit, in my opinion, of what is achievable
22  there. So in terms of either making a substantial return
23  on your investment or being a part of a company that is
24  truly disruptive and breaking barriers, in that sense, I
25  think it would have changed how we thought about it.

Page 80

1       Q   What was your understanding of how much Mr.
2   Murdoch ultimately invested in Theranos?
3       A   My understanding was that it was $120 million
4   at the end of the day. That originally it would have
5   been $100 million. When the paperwork came through, I
6   said to him, "We talked about 100, not 120," and he same
7   he committed to 120. I asked him if he could get us back
8   to $100 million or less and he said he did not think he
9   would be able to do that. So, my understanding was at
10  the end of the day that it was $120 million.
11      Q   And when you say he did not think he did not
12  think he would be able to do that, was it your
13  understanding that he thought that Theranos would turn
14  down his investment if it was less than $100 million?
15      A   Certainly, he thought he would turn down the
16  investment -- they would turn down the investment if it
17  was less than 100 million. I think in terms of 100 or
18  120, somehow he had landed on that number with Elizabeth
19  and he felt he had given her his word that that was the
20  number and he just was somebody who didn't like to go
21  back on the things that he promised to an individual.
22          MR. KOLHATKAR: Yeah. If we could just take a
23  couple of minutes' break? We'll go off the record at
24  10:27.
25          (Off the record.)

Page 81

1           MR. KOLHATKAR: Back on the record at 10:32
2   a.m., Pacific.
3           BY MR. KOLHATKAR:
4       Q   Just to confirm, Ms. Ravitz, we didn't have any
5   substantive conversations during the break, is that
6   right?
7       A   Correct.
8       Q   Just a couple more questions and then we'll
9   thank you for your time.
10          So, we talked a little bit about different
11  folks on the Murdoch team who took a look at this
12  investment. Could you just go through and just name the
13  people and kind of what their roles were, generally? So
14  I think you mentioned yourself, Mr. Cheesbrough. What
15  was his role?
16      A   Paul Cheesbrough is our Chief Technology
17  Officer at the time of these corporations. A couple of
18  times a year we would have gone to Silicon Valley or
19  Beijing or other places to look at companies either that
20  we were invested in -- that Rupert was invested in,
21  personally -- or we were considering for future
22  investments.
23          So, normally he would -- you know, between the
24  two of us, we would look at a market. Usually, most of
25  the companies that we were looking at were technology-

SEC-TX-000002136

Page 82

1  based.  Whether it was advertising innovations or a media
2  network or platforms that had some kind of advertising or
3  news components.  So he would be looking at it from that
4  perspective of how he might think about our existing
5  businesses and partnerships there.
6          He's also somebody that Mr. Murdoch had just
7  become close to personally and was a trusted advisor.  So
8  it was no uncommon for the three of us to be together on
9  a trip.
10         Q    Anyone else at Mr. Murdoch's company that
11  helped take a look at the investment?
12         A    On this investment, like I said Mr. De Bois
13  did.  He did so in his capacity, really, of, one, as just
14  a long-time financial advisor of Mr. Murdoch.  But, two,
15  specifically, as a trustee for the Grace and Chloe
16  Murdoch Trust.
17         In terms of the actual investment documents, I
18  don't believe anyone else in the company had reviewed the
19  financial documents.  I don't believe anyone else would
20  have reviewed those.  It would have just been the
21  physical investment documents that would have gone
22  through either Janet Nova of 21st Century Fox, Deputy
23  General Counsel or Michael Bunder.  And then it's
24  possible that Paula Rubinsky, who handles Mr. Murdoch's
25  actual finances, had signing authority, would have also

Page 83

1  seen those documents.
2          Q    Who ultimately made the decision on -- as to
3  whether to invest in Theranos?
4          A    Mr. Murdoch did.
5          Q    Did -- to the best of your understanding, what
6  were the, I guess, top three most important factors that
7  were considered in making this investment?
8          A    In my opinion, I think first and foremost was
9  in the area that he was greatly interested in, which was
10  health and wellness and how somebody could have control
11  of that for themselves and what kind of information they
12  could have.  As I mentioned before, that was an area he
13  was really interested in.
14         Two was -- was the other investors that were
15  involved or other people that he respected and that he
16  felt comfortable.  I would say those are really the two
17  top reasons why I think he was interested in it.
18         Q    And I think you mentioned earlier that, you
19  know, this was a slightly different investment than
20  normal for him in the sense that it wasn't a media kind
21  of company.  Did -- did you ever discuss retaining any
22  sort of medical or lab experts to review the Theranos
23  opportunity?
24         A    No, we didn't.
25         Q    Is it fair to say that for the technology side,

Page 84

1  Mr. Murdoch and yourself, in analyzing the investment,
2  relied on what you learned from the company to analyze
3  the technology?
4          A    Yes, that's fair.
5          Q    Have you seen any of the press coverage around
6  Theranos, starting around October 2015 onward?
7          A    Yes, I have.
8          Q    Have you read some of those articles that have
9  come out about Theranos?
10         A    Yes, I've read them.
11         Q    Is there anything in those articles that have
12  come out that has surprised you about Theranos or has
13  been, I mean, different from what you heard about the
14  company when you were at any of those meetings or
15  reviewing any of those materials?
16         A    I think, you know, in my opinion it's all
17  pretty surprising that they were able to get as far along
18  as they did without, frankly, encountering any legal or
19  regulatory hurdles that would have flagged some of the
20  things that I've seen.  So, inaccuracies in cache
21  results, I would have thought that there's a process in
22  place on the regulatory side, whether it be federal or
23  state, where somebody couldn't be licensed to do
24  laboratory work if they hadn't passed some basic test.
25  So I think that was surprising to me.

Page 85

1          I just thought that the infrastructure and the
2  legal processes around that would have been more
3  advanced.
4          Q    And was it surprising -- did you read any
5  information suggesting that Theranos was not using its
6  own manufacturing equipment?
7          A    I did.  That was surprising, as well, to hear
8  that -- to read reports that most of the people that
9  were, in fact, getting their blood drawn were ending up
10  having to do it in the traditional way through
11  intravenous and that, also, it was other companies'
12  equipment being used to process the results.  That was
13  very much a surprise.
14         Q    Anything else that sticks out in your mind as a
15  surprise as something that seemed contrary to what you
16  had heard when you were visiting the company?
17         A    Not that I can think, specifically.  I think
18  the whole thing was a little bit overwhelming and
19  surprising, so I can't recall anything specific.
20         BY MS. CHAN:
21         Q    Did you have any discussions with Mr. Murdoch
22  after the news broke recently about Theranos?
23         A    No.  I had sent a note of congratulations on
24  the reporting, both to the investigative reporter, John
25  Carreyou, who is somebody that I very much respect, and,

SEC-TX-000002137

Page 86

1    obviously, have worked in the same company, just saying
2    it was remarkable reporting and wishing him
3    congratulations.  And, also, a note to Jerry Barker, the
4    other Wall Street Journal, wishing him congratulations,
5    as well.  And just saying that I know that that must not
6    have been an easy story to navigate internally for
7    obvious reasons.
8            I didn't have any specific follow up
9    discussions with Mr. Murdoch about it.
10           BY MR. KOLHATKAR:
11       Q   When did you leave the Chief of Staff role with
12   Mr. Murdoch?
13       A   I left -- my contract ran through the end of
14   2015, through December 31st of 2015.  But I physically
15   left, I think, the beginning of August 2015.
16           BY MS. CHAN:
17       Q   When you say that it must have been difficult
18   to sort of navigate and publish the story in the Wall
19   Street Journal, for obvious reasons, are you referring
20   to the fact that Mr. Murdoch also had an investment in
21   Theranos and so to be reporting on a company in Mr.
22   Murdoch's investment portfolio and some negative news
23   coverage would have been difficult?
24       A   I think I thought that Mr. Baker, the other
25   chief, would have been aware of Mr. Murdoch's investment

Page 87

1    in Theranos and believed we had disclosed it to Jerry, as
2    we often did.  For example, when we would think about
3    participants in the Wall Street Journal feed conference,
4    then oftentimes they would look to Mr. Murdoch, Mr.
5    Cheesbrough or myself to make invitations to CEOs.  So we
6    had relationships with -- somebody had suggested that Ms.
7    Holmes be one of those people.  So it would have been
8    something that at the very least we brought up with Jerry
9    that he might have to make a disclosure if we did it --
10   if she did attend in that capacity.  So I thought that,
11   you know, it just would have been something that Mr.
12   Baker gave some thought to.
13           I don't believe it was anything that Mr.
14   Carreyrou or anyone else would have been aware of at the
15   time of reporting.
16       Q   After the time Mr. Murdoch invested in Theranos
17   to the time you left as your role as Chief of Staff, did
18   you have any other follow up conversations with Elizabeth
19   Holmes or Sunny Balwani?
20       A   I didn't have any follow up conversations with
21   them.  I believe he saw her again at some point.  I think
22   she came out to the ranch at some point, but I don't
23   recall the specifics of when.
24       Q   Is there anything else about the meeting with
25   Theranos or review of the investment materials that you

Page 88

1    think we missed in our discussions today?
2        A   No, nothing I can think of.
3            BY MS. CHAN:
4        Q   And just one last area of questioning.  So, I
5    think you mentioned that it was surprising that there
6    weren't a lot of regulatory measures in place to make
7    sure that, you know, Theranos' testing was working as
8    expected and was giving accurate results.  Would it have
9    been a deal breaker for Mr. Murdoch in investing in
10   Theranos if he knew that Theranos' equipment needed to be
11   approved by FDA and hadn't been approved?
12       A   I don't know that I'm in a position to
13   speculate on whether or not it would have been a deal
14   breaker.  I can only say that we have the experience of
15   "23 and Me," where, obviously, we had some hurdles there.
16   And that we assumed that the investment there that he
17   had made there was worthless because of that.  So this
18   certainly would have factored into my recommendation to
19   him, but I can't speculate on what the outcome would have
20   been.
21       Q   Okay.  But it still would have been an
22   important consideration to have known, is that fair?
23       A   I think it would have -- it's fair to say it
24   would have been a consideration.  I don't know how
25   heavily it would have weighed on it.

Page 89

1            BY MR. KOLHATKAR:
2        Q   Ms. Ravitz, I think those are all of the
3    questions that we have for you today.  We thank you for
4    your time.
5            MR. KOLHATKAR:  Counsel, do you want to ask any
6    follow up or clarification questions?
7            MR. LAUFER:  No, thank you.
8            MR. KOLHATKAR:  Okay.  Again, like we said, we
9    thank you for your time.  Those are all of the questions
10   that we have today.  If we have any follow up questions,
11   we'll contact your counsel.  But, again, we appreciate
12   your time.
13           And we're off the record at 10:43 a.m.
14           (Whereupon, at 10:43 a.m., the examination was
15   concluded.)
16                    * * * * *
17
18
19
20
21
22
23
24
25

SEC-TX-000002138

Page 90

1      PROOFREADER'S CERTIFICATE

2

3    In the Matter of:  THERANOS, INC.

4    Witness:       Natalie Ravitz

5    File Number:    SF-04030-A

6    Date:          Monday, April 24, 2017

7    Location:      San Francisco, CA

8

9        This is to certify that I, Christine Boyce,

10   (the undersigned) do hereby swear and affirm that the

11   attached proceedings before the U.S. Securities and

12   Exchange Commission were held according to the record,

13   and that this is the original, complete, true and

14   accurate transcript, which has been compared with the

15   reporting or recording accomplished at the hearing.

16

17

18   _____  _____

19   (Proofreader's Name)      (Date)

20

21

22

23

24

25

SEC-TX-000002139

**A**

**a.m** 1:15 40:17
  81:2 89:13,14
**abbreviated**
  41:15
**ability** 59:16
  64:4
**able** 17:12 18:22
  29:17 33:19
  34:4 35:6,12
  39:22 41:25
  49:7 53:2
  56:21 57:8
  58:2 64:24
  65:13 68:1
  76:17 79:1,10
  80:9,12 84:17
**above-entitled**
  1:14
**accelerate** 13:22
**access** 15:10
  18:8,24 53:4
  77:6
**accessible** 18:5
  18:16
**accompanied**
  6:7
**accomplished**
  90:15
**accurate** 78:17
  88:8 90:14
**achievable**
  79:21
**achieved** 50:16
**act** 63:25
**actionable** 55:3
**actual** 17:1 18:5
  28:7 36:14
  56:1,19 62:10
  72:9 73:3
  78:24 82:17,25
**add** 48:12 49:19
**additional** 9:18
  15:1,8 29:18
  29:21 66:16
  72:1
**advanced** 85:3
**advertising** 82:1
  82:2

**advise** 9:18
**advisor** 82:7,14
**affirm** 90:10
**affirmed** 46:24
  46:24
**afraid** 19:7
  31:23
**Africa** 44:11
**aggressive** 14:13
  23:17 51:6
  68:2
**aggressively**
  67:24
**ago** 8:14,17
**agreed** 67:25
**agreements**
  43:15
**airports** 42:25
**allocation** 48:16
**alluded** 22:24
  24:22
**Americas** 2:16
**amount** 17:16
  30:7,9,12,20
  32:23 33:1
  76:22 79:1,2,5
**amounts** 57:19
  57:20
**analysis** 10:2
**analyze** 84:2
**analyzed** 32:11
**analyzer** 41:20
**analyzing** 33:4
  84:1
**annual** 10:15
**answer** 6:24
  7:12 51:12
**answering** 6:22
  6:23
**answers** 67:18
  67:21
**anxious** 77:22
**apologize** 8:16
  73:2
**appeal** 70:2
**appear** 16:13
  37:14
**APPEARAN...**
  2:1

**appearing** 8:3
**appears** 13:3
**appointment**
  19:3
**appreciable**
  79:14
**appreciate**
  89:11
**appropriate**
  52:9
**appropriately**
  9:3
**approval** 64:1
**approved** 88:11
  88:11
**April** 1:12 4:5
  90:6
**area** 23:25 36:14
  36:15 37:11
  49:11 59:8
  60:2 65:7 83:9
  83:12 88:4
**areas** 13:9 14:2
  34:1 37:23
  42:15 59:23,24
  65:1
**Arizona** 24:2,17
  47:9,18,20,22
  69:17 70:18,22
  71:2,5 73:8
**arm** 32:2
**Army** 45:12
**arranged** 10:17
**articles** 84:8,11
**aside** 25:9
**asked** 42:3,10
  44:5 45:20
  48:6 50:5 51:4
  54:1 56:2,11
  56:20 57:4,7
  58:12 61:21
  62:17 72:12
  80:7
**asking** 56:15
**aspect** 63:23
**aspects** 33:23
  78:23
**assessments**
  30:24

**assets** 9:16
**assistance** 72:17
**assisting** 60:15
**assume** 7:13
  12:21 27:23
  29:8 41:6,21
  66:10,13 67:14
**assumed** 35:14
  62:12,14 78:12
  88:16
**Assuming** 28:14
**assumption**
  41:23
**attached** 90:11
**attempt** 70:1
**attempting**
  61:14
**attend** 28:12
  87:10
**attended** 26:23
  27:3 28:20
  71:17
**attendees** 26:14
  27:6
**attending** 27:20
  27:21
**attention** 13:10
**attorney** 4:19
**attorneys** 4:19
**audibly** 6:24
**August** 86:15
**austere** 29:4
**Australia** 20:18
  20:19 50:6
**authority** 82:25
**available** 5:7
  18:19
**avenue** 2:16
  52:19
**average** 35:9
  41:15
**awards** 10:15
**aware** 15:13
  18:15 55:6
  62:1 86:25
  87:14
**awkward** 6:17

**B**

**bachelor's** 8:10
**back** 11:22 13:7
  40:16 63:8
  65:14 68:21
  69:4 72:23
  76:8 80:7,21
  81:1
**background** 8:8
**Baker** 86:24
  87:12
**Balwani** 19:13
  19:22 22:20
  23:6 28:22
  31:18 33:20
  34:6 35:1
  39:24 45:16
  47:24 48:2,10
  48:17 51:8,16
  52:16 59:1,13
  60:1 61:17
  62:8,22 73:25
  74:24 75:10,25
  87:19
**band** 32:2
**Barker** 86:3
**barriers** 61:10
  79:24
**barring** 69:4
**base** 65:10
**based** 15:12
  23:3,20 24:13
  24:15 29:24
  31:17 33:7,8
  34:5 43:11
  46:17 67:8,10
  67:13,19 69:1
  72:2,9,10
  73:25 74:2
  77:25 82:1
**basic** 84:24
**basically** 30:21
  63:7 67:25
**basics** 6:17
**basis** 35:4
**Bates** 3:6,7,8,9
  3:10,11,13,14
  12:12,13 15:25
  21:14 24:25
  25:12 55:11,12

SEC-TX-000002140

began 9:10
beginning 20:9
 20:16 52:8
 86:15
begins 13:12
behalf 2:2,11
Beijing 81:19
believe 13:1 20:8
 20:16,20 28:4
 33:12 34:25,25
 36:23 38:17,17
 42:4 47:3,19
 48:6 58:25
 60:7 67:18
 75:5 82:18,19
 87:13,21
believed 43:14
 87:1
Ben 2:14 6:8
 77:24
best 6:21 16:23
 57:10 59:16
 83:5
beyond 36:5
 40:5 45:10
 62:20 68:17
big 36:20,23
 37:12,25 76:5
billion 79:19,20
binder 16:17,19
 16:20 20:12
 21:12 34:7
 51:1
binders 11:13,16
 12:2,23,25
 16:14,22 17:1
 23:7,21
bit 11:3,10 14:7
 19:22 24:20
 38:2 39:17
 41:1 51:6
 53:23 57:6
 60:18 61:7,12
 64:23 77:23
 81:10 85:18
black 31:11
blood 17:10
 18:23 19:6
 30:7,9,14,21

31:3,7,19 32:3
32:6,9,11,17
33:1,4 34:9,18
38:12,19 39:2
39:9,15,23
41:5,19,25
42:9 50:24
53:16 61:16
64:12 70:5,20
73:15 76:12,13
76:18,22 77:10
78:14 79:2,5
85:9
Blue 47:12
Bois 82:12
book 35:7
books 62:13
bottom 26:2,3
 71:25
box 30:3,5,18,21
 31:1,2,2,5,10
 31:12,12 44:23
Boyce 90:9
branch 45:13
branches 44:3
 45:8
branding 36:25
break 40:21
 41:2 80:23
 81:5
breaker 88:9,14
breaking 79:24
breaks 40:24
brief 8:7 61:24
briefed 9:4
briefer 63:16
briefly 9:20 34:8
 38:7 45:20
bring 23:4,7
 66:16
broadly 8:25
 18:19
broke 85:22
brought 60:25
 62:10 87:8
budget 67:3
budgetary 9:5
build 49:9 53:18
building 29:4

48:8
built 43:22
 48:12 51:24
 52:13 60:21
 71:10 72:13
 74:11
Bunder 55:23
 82:23
burn 76:7
business 11:6
 14:6 24:17
 29:20 33:23
 48:4 53:4
 73:19
businesses 82:5
buy 22:14 54:12
 66:12,17
buying 22:11
 54:6

## C

C 3:1 4:1
CA 90:7
cache 84:20
calendar 20:17
California 1:11
 2:8 4:4 45:23
call 70:24
called 4:10 50:6
cap 75:16 79:19
capable 41:12
capacity 6:13
 28:7 82:13
 87:10
capital 14:16
 48:7,13,16
 54:12 75:17
card 18:22
care 48:13
carefully 74:16
Carreyou 85:25
Carreyrou
 87:14
carries 7:3
carry 45:4,5
carrying 39:5
cartridges 38:5
cases 44:10,23
cash 13:12 14:9

75:13,23 76:1
categories 73:24
 75:3,6
category 69:15
 71:7,9 72:24
causes 19:5
centers 53:13
Century 8:12,22
 10:6 27:1
 55:24 82:22
CEO 46:1,2
CEOs 87:5
ceramic 31:11
certain 5:1
 38:18 48:19,19
 59:1
certainly 12:3
 14:13 18:20
 43:23 53:11
 54:19 57:17
 60:25 64:6,19
 64:20 68:15
 78:15,23 79:6
 80:15 88:18
CERTIFICATE
 90:1
certify 90:9
CFO 52:6
chain 25:23 27:5
 27:13 45:22
chair 36:20,22
 36:24 37:3
 39:1,10
Chairman 8:20
challenge 11:10
challenged
 67:24
challenges 53:19
Chan 2:4 4:18
 4:18 19:9
 20:10 28:2
 33:6 34:22
 44:1 62:6
 65:19 69:5
 85:20 86:16
 88:3
chance 11:24
 25:7
change 23:16

61:15 64:4
 79:3
changed 55:5
 78:20,22 79:7
 79:25
changes 59:16
charged 56:1
chase 77:20
check 13:6 14:2
 14:3 22:3 23:1
 23:15 66:3,6
 66:19,23,24
Cheesbrough
 26:25 27:7,9
 27:21,24 29:16
 68:2 81:14,16
 87:5
chief 8:20,20 9:1
 27:1 81:16
 86:11,25 87:17
child 31:23
children 58:8,9
 58:11,18
Chloe 82:15
cholesterol 41:7
Christine 90:9
Christmas 10:25
 20:17,19
civil 5:3
clarification
 89:6
clear 62:7
Clinic 45:19
 46:5,7 71:19
clinical 17:8
 60:9,10 61:7
 73:20
close 47:20 82:7
COA 14:14
coat 39:5
coats 38:1
cold 39:16,17
 40:5
combat 30:20
 31:16 44:24
combination
 52:21
come 13:7 48:1
 51:13 53:2

54:4 62:17
67:3 77:20
84:9,12
**comfortable**
36:20,23 40:10
83:16
**coming** 44:10
49:13 54:8
61:5 63:24
70:12
**comment** 18:7
**commented** 40:4
**comments** 51:16
72:1
**commercial** 14:6
37:7 50:9 61:3
**commercialized**
32:6
**commercially**
61:11
**commercially-...**
76:14
**Commission** 1:1
1:9 2:2,6 4:21
4:21,24 90:12
**Commission's**
5:14
**commitment**
57:15 68:16,22
69:1
**committed**
68:13 80:7
**common** 35:14
54:2 79:4
**community**
64:11
**companies** 9:6,7
9:12,19 15:12
24:4 29:17
32:16 52:23,24
60:4,15,21
61:14 65:9
69:19 70:17
73:20 81:19,25
**companies'**
85:11
**company** 10:1,2
10:4,5,21 11:4
11:6,13 13:22

14:15,19 15:15
16:10 20:12
21:3 28:7
29:10 34:1
36:16 50:6,7
54:16,18 57:2
59:20 60:7
63:5,21 64:1
65:11 67:23
68:20 69:21
79:8,9,15,23
82:10,18 83:21
84:2,14 85:16
86:1,21
**company's** 13:8
**compare** 35:4
41:25 76:18
**compared** 35:9
41:15 42:7
90:14
**comparison** 77:9
**competitors**
10:3 17:24
35:2,5 64:6
79:19
**complete** 7:17
90:13
**compliance**
10:10 68:25
**complicated**
64:5,16
**components**
82:3
**comprehensive**
17:8
**compromised**
32:25
**concern** 58:12
**concerned** 11:11
**concluded** 89:15
**conclusions**
77:25
**conduct** 34:24
**conducted** 77:14
78:19
**conference** 6:18
28:25 29:6,7,9
36:5 38:23,23
87:3

**confidence**
13:20 14:18,20
40:11 43:23
44:16
**confident** 69:25
**confirm** 40:19
81:4
**confirmation**
66:8 78:8
**conflict** 68:25
69:4
**congratulations**
85:23 86:3,4
**connected** 43:7
43:8
**connection** 10:7
**consideration**
44:13 88:22,24
**considered** 52:8
83:7
**considering**
44:15 81:21
**consisted** 69:15
73:1
**consistent** 16:16
40:12 41:11
77:3,11
**constitute** 5:3
**consultant** 8:23
**consumer** 15:6
18:24 35:9,16
50:4 53:3
59:17 61:15
**consumers** 55:6
**contact** 11:8
89:11
**contacts** 13:12
**contained** 30:6
**container** 32:9
45:5
**containers** 32:12
37:8
**context** 44:18
45:6 57:18
67:4
**continue** 55:5
**contract** 43:18
45:9 51:24
86:13

**contracts** 42:17
44:3 51:13
52:22 63:23
64:2 69:21
71:14,16 72:3
72:9,11,11,16
**contrary** 85:15
**control** 15:2,4
83:10
**convenience**
7:24
**conventional**
35:12
**conversation**
10:19 22:9,17
35:25 75:7,9
**conversations**
19:12,19 20:1
22:19 54:5
69:24 74:3
81:5 87:18,20
**coolers** 31:14
**copy** 5:6,14
41:24
**corporation**
8:23 27:2 52:6
55:25
**corporations**
67:4 81:17
**correct** 5:23
10:24 11:25
22:18 28:14
32:24 46:12,15
57:7 62:24
66:21 72:19
73:8,12,14
81:7
**cost** 17:22,24,25
35:2,7 52:25
**costs** 48:7,13
**counsel** 6:1,4
46:2 55:24
82:23 89:5,11
**Counsels** 10:8
**countries** 44:11
**country** 11:10
50:20
**couple** 6:17 8:7
13:2,9 16:17

30:14 42:15
63:14 64:22
66:23 74:15
76:8 80:23
81:8,17
**course** 5:8 7:6
**court** 6:18,19
7:3
**cover** 7:25 12:22
12:24 16:19
27:13
**coverage** 84:5
86:23
**covered** 60:3
**Cox** 56:25
**create** 79:10
**created** 56:5,7
**credibility** 46:25
**credit** 76:5
**crime** 7:5
**criminal** 5:4
**Cross/Blue**
47:13
**curiosity** 78:2
**current** 12:5
64:9

---

**D**

**D** 4:1
**Dan** 2:13 6:8
26:4 28:3,24
**data** 77:8
**date** 1:12 8:15
22:1 24:21
56:6 90:6,19
**dated** 27:15
**dates** 27:11
**daughters** 52:8
**Dave** 52:5
**David** 59:20
**day** 41:9 77:21
80:4,10
**De** 82:12
**deal** 67:22 88:9
88:13
**DeBoie** 75:7
**DeBoies** 52:5,11
**DeBoies'** 59:20
**DeBois** 74:19

debt 76:4
December 10:23
   20:14,15 86:14
decided 68:6
deciding 57:12
deciphered 66:1
decision 54:15
   83:2
decisions 9:6
   18:13 49:24
deck 35:24
declined 42:11
Defense 43:7,9
   44:17 45:11
deferred 51:21
definitely 74:17
   74:25
degree 8:10
deliver 63:9
demonstrate
   38:4
demonstration
   38:11 39:25
   41:2 42:12,13
   76:20
demonstrations
   38:9 69:25
   76:10
density 49:5
   53:3 59:7
Department
   43:7,9 44:17
   45:10
deploy 45:9
deployed 46:21
   73:10
deploying 44:19
Deputy 55:24
   82:22
describe 9:20
   30:1 32:5
   50:14 53:19
   61:17
described 17:3
   36:6 37:11
   38:21 65:1
   70:2 71:19
describing 31:1
description

43:12 52:15
DESCRIPTI...
   3:4
designate 58:19
details 12:8
   67:15
determine 4:25
   75:20
determined
   22:23
determining
   29:22
develop 55:5
   58:10
developed 5:2
   17:15 30:11
   32:13,14 33:13
   42:20 43:16
   77:16 78:25
developing 33:3
device 15:14
   34:24 44:19
   53:7 69:22
   76:15,17 77:15
   78:20
devices 33:3
   37:5,6,10 45:9
DeVos 56:25
diagnostic 32:16
Diagnostics
   14:16 64:7
different 14:19
   34:1,9 37:23
   37:23 48:9
   57:4 61:13
   63:3,6 65:8
   71:11 73:24
   81:10 83:19
   84:13
differentiate
   33:19
differentiated
   33:9
differentiator
   35:8
difficult 19:4
   86:17,23
dinner 10:15,19
direction 52:4

directly 8:21
disclosed 87:1
disclosure 87:9
disclosures
   10:10
discovered
   68:24
discuss 23:5
   44:2,19 45:16
   47:7 48:22
   49:20 50:12
   51:2 76:24
   83:21
discussed 22:8
   23:9 42:16
   49:18 59:3,25
   63:6 74:23,25
discussing 53:22
discussion 24:19
   29:10,14 35:3
   42:19 57:19
   59:13 61:20,25
   62:7 75:9
discussions 14:5
   15:18 19:23
   31:17 32:4
   40:20 42:1,17
   42:21 43:20,21
   44:6 45:8
   85:21 86:9
   88:1
disorganized
   38:2
disrupt 34:2
disrupting 29:19
disruptive 79:24
distances 19:2
distributed
   58:18
Diversified 1:24
Division 2:5
divorce 9:14
doctor 30:13
   70:19,20,24
   76:19 78:3
doctor's 18:24
   19:2 36:20
   37:1 49:3
   61:16 70:8

doctors 64:12
   69:24
doctors' 69:22
document 3:6,8
   3:9,10,11,13
   12:12 13:3
   15:22,25 16:6
   21:10,14,24
   22:2 24:21,25
   25:8,12 26:3
   27:18 35:1
   36:2 55:9,11
   55:16 56:5
documentation
   11:15
documents 12:1
   17:2 56:1,19
   62:12 66:5
   68:17 74:2,20
   74:21 82:17,19
   82:21 83:1
DOD 74:6
doing 10:2,4
   11:3,6,7 24:3
   24:17 29:11
   39:21 41:13
   46:25 58:5
   78:12
dollars 24:8
doors 36:8 38:24
downside 51:5,8
   51:11 59:4
downsize 72:13
dozen 35:20
dozens 34:20,21
Dr 77:24
draw 38:19
drawing 31:19
drawn 38:12
   39:9 41:19
   42:9 53:16
   73:15 85:9
draws 32:6
drew 39:2 77:25
driving 52:16
drops 17:9
drug 60:5,12,15
duly 4:10

E
E 3:1 4:1,1
   55:12
earlier 18:4,7
   22:24 24:22
   27:4 50:25
   51:15,23 54:12
   63:6,8 83:18
early 8:18
easily 30:22 64:8
easy 86:6
eating 50:8
eboli 42:19,22
   43:12,19 44:7
   44:18 51:24
   52:13 74:11,13
Edlin 26:5,13
   27:5,14 28:3
   28:24 29:8
   39:2
education 8:9
effect 7:3 62:23
   74:20
effects 31:24
efficacy 78:1
efficient 17:18
either 10:6 19:6
   44:11 51:2
   59:25 60:8
   62:22 66:7
   79:22 81:19
   82:22
Elizabath's
   36:14
Elizabeth 10:14
   15:18 19:13
   21:5 27:16
   28:5,22,24
   29:7 30:1
   31:17 33:24
   42:4 43:4
   57:24 59:12
   63:9 65:4 70:2
   75:10 80:18
   87:18
email 26:3,4,10
   26:12 27:5,5
   27:12,13,14,17
   77:5,7

SEC-TX-000002143

emailed 56:4
emails 25:22
  77:6
empowering
  15:19
enabled 17:15
  30:11 60:11
enables 32:15
enabling 18:16
encountering
  84:18
Enforcement
  2:5
engineers 36:15
  79:9
enter 69:21
entered 71:16
entirely 40:10
  78:17
environment
  36:9,18,23
  37:22
equally 58:18
equipment
  33:11 37:14,23
  85:6,12 88:10
ESQ 2:3,4,12,13
  2:14
essentially 76:4
estate 9:19
  58:15
estimate 35:18
  51:10
Europe 60:7
evaluation 79:18
evaluations
  79:18
evening 10:19
events 68:9
eventually 18:2
  39:22
exact 8:15 32:15
  75:8
exactly 23:10
  27:11 39:18
  67:15 74:17
  75:23
examination 3:2
  4:12 5:8 89:14

examined 4:11
example 58:20
  87:2
exceed 14:20
exchange 1:1,9
  2:2,6 4:20,24
  26:10 90:12
excited 77:21
Executive 8:21
Exhibit 5:17,18
  7:19,21 12:10
  12:12,15,18
  15:24 16:1
  21:13,16,21
  24:24 25:2,12
  25:14 26:7
  55:10,13,18
  65:15
exhibiting 57:14
EXHIBITS 3:4
existing 22:14
  22:22 66:17
  82:4
expand 53:20
expanding 49:11
  52:19 53:5
expansion 48:18
  50:15 52:25
expect 35:12
expected 71:12
  88:8
expensive 17:19
  70:6
experience
  31:22 50:20
  63:24 88:14
expert 34:12,12
expertise 65:8
experts 83:22
explain 47:17
  48:17 51:10
  54:24 58:23
  59:19 61:9
explained 57:1
explanation
  40:2
explore 50:10
expressed 43:23
  44:16 55:1

63:19 64:3,10
eyeglass 50:22
_____
F
face 56:6
facility 36:5,13
  37:7 50:24
  71:1 73:16
fact 24:15 32:5
  32:20 33:8
  62:13 68:10
  77:12,19 78:6
  85:9 86:20
factored 88:18
factors 83:6
facts 5:2
fair 7:14,15
  11:24 78:5
  83:25 84:4
  88:22,23
faired 14:8
fairly 30:16 37:4
  77:13
false 7:5
familiar 16:7
  34:13 35:16
  65:21
families 54:8
  57:2,4
family 54:21
  56:25,25,25
  57:1,15 58:7
  58:20,21
far 29:15 59:24
  72:11,16 84:17
faster 41:17
  60:13
FDA 61:18,23
  61:25 62:3,15
  62:19,23 88:11
fearful 70:3
February 27:15
  28:13
federal 5:1,3
  84:22
feed 87:3
feel 67:21 74:15
  77:25
feeling 77:19

felt 29:19 54:20
  64:22 68:14,15
  69:25 80:19
  83:16
fewer 54:10
field 44:25
fight 64:8
figure 75:13
File 1:4 90:5
filed 42:20 61:20
filled 34:8,16
finalized 68:8
  72:22
finally 74:5
finances 82:25
financial 11:15
  12:4 33:23
  43:22 51:24
  52:14 59:5
  60:19 67:13
  78:23 79:12
  82:14,19
financials 23:4
  24:20 50:25
  51:2 53:22
financing 22:20
fine 25:17
finger 31:21,25
  39:13,14,15,20
  76:21
finish 6:22,23
first 4:10 10:12
  10:20 11:18,23
  17:1,6,14 20:7
  20:11,18,22
  21:3 24:21
  26:3,17,18
  27:13 28:16
  29:2,13 38:14
  38:17,22 44:8
  44:8 45:24
  63:10,17 65:6
  65:23 68:10
  69:8 72:1
  74:14 83:8
five 8:14,17
  35:20
flagged 84:19
flip 66:4

floor 38:22
folder 16:18
folders 20:2
folks 81:11
follow 10:19
  14:2 86:8
  87:18,20 89:6
  89:10
followed 14:6
  42:4
following 13:21
  20:7 55:8
  62:18 63:18
follows 4:11
  51:13
footnotes 71:25
footprint 48:23
foremost 83:8
Form 5:15,21,24
formal 5:6,7,10
  7:2
former 43:5
forms 16:25
forward 11:9
  27:16
forwarded 42:5
  77:1,24
fourth 73:9
Fox 8:13,22 10:7
  27:1 55:24
  67:4 82:22
frame 43:25
  77:13,19
France 44:11
Francisco 1:11
  2:8 4:4,20 90:7
frankly 14:14
  84:18
free 76:4
fresh 75:16
front 8:15,16
  16:4 21:19
  25:5 27:18
  55:16 65:14
fulfilled 70:21
full 7:16 11:13
  13:15 34:18,20
  34:24
fully 72:21

fund 75:13
further 59:2
  60:24 61:3
future 81:21

**G**

G 4:1
gaiting 48:18
  50:15,18
garner 17:15
Garrison 2:15
  6:7
gather 35:7
general 10:8
  12:6 14:15
  15:3,19 40:7
  41:6 46:21
  50:10 64:15
  66:4,7 69:24
  82:23
generally 29:3
  30:15 33:21,22
  45:10 61:9
  63:1 81:13
generating
  23:22 24:7
geographic
  48:23
Germany 60:8
gestures 6:25
getting 17:21
  19:5 20:2 24:4
  32:17 38:12
  39:9,15 47:12
  69:18 70:23
  76:5 85:9
give 6:9 7:16 8:8
  21:5 29:15
  50:8 78:8
given 24:17
  50:19 52:5
  54:15 80:19
giving 70:20
  88:8
gloves 39:11
go 6:16 12:1
  18:1 19:2
  29:17 30:15
  35:15 40:14

43:12 59:14
64:7 69:2,6
73:15 74:16
80:20,23 81:12
goal 54:6 59:7
going 4:3 7:13
  7:19,24,25
  12:10 13:22
  14:22,24 18:12
  24:20,24 25:8
  25:11 40:1
  48:15 52:19
  53:7 65:25
  66:11 70:19
  72:23 73:16
  75:11 76:8
good 18:13
gotten 74:19
Gov 74:6
government
  42:22 43:6,16
  43:18 44:4,6
  44:10 45:13
  51:13 52:22
  63:23,24,25
Grace 82:15
grand 55:1
granting 64:1
great 13:24
  67:22
greatly 83:9
Greg 2:12 6:6
gross 67:16
growing 24:1
  47:20
grown 13:12
growth 23:12,13
  23:16 52:17
guess 14:1 27:4
  29:24 31:10
  37:19,24 47:16
  61:9 63:19
  83:6

**H**

hand 4:7 21:10
  21:11 24:20
  39:12 55:8
  63:10 65:6

handed 32:10
handing 11:17
handle 9:4
handles 82:24
hands 50:3
handwriting
  13:4 22:3,4,5
  65:21 66:1
handwritten
  55:21 56:10,13
happen 20:11
happened 11:1
  20:18
hard 57:6
harder 40:4
head 67:1
health 15:2,5
  18:5,15 49:24
  55:4 83:10
healthier 18:12
healthy 50:8
hear 10:12 21:6
  63:10 85:7
heard 10:20
  66:8,9 84:13
  85:16
hearing 1:14
  90:15
heavily 88:25
held 90:12
helicopters
  44:20
hello 38:9
help 9:2,5,18
  25:24 31:24
  52:24
helped 9:11
  82:11
helpful 57:11
helping 59:14,21
high 43:6
higher 22:12
highest 8:9
historically
  13:17,19 14:15
hold 30:7
holidays 20:20
Holmes 10:14
  19:13,22 22:17

22:20 23:5
28:5,22 30:1
31:17 33:15,16
33:20 34:5,23
34:25 35:10
39:24 44:2,18
45:15 46:8
47:23 48:2,11
48:17 50:14
51:19 52:16
54:6 57:3
58:23,25 59:1
59:25 61:17
62:8,22 73:25
74:24 75:25
87:7,19
Holmes' 43:11
honest 65:25
honors 10:14
hook 68:15
hopefully 24:21
Hopkins 45:20
  46:11,14,17
  47:1 71:20
horizon 18:14
hospital 39:6
  44:25 45:17,22
  47:5 72:17
  73:3,4
hospitals 71:8
  71:11,12,13,16
  72:25 73:7,10
hour 29:9
hurdles 84:19
  88:15
Hurlich 77:24

**I**

ID 18:22
identification
  7:22 12:16
  16:2 21:17
  25:3,15 55:14
IDENTIFIED
  3:4
identify 6:4 37:9
  37:14
illustrate 36:9
imagine 37:24

impacted 79:15
  79:17
important 6:20
  6:24 49:4
  58:14 68:5
  83:6 88:22
impression
  44:16 49:10
  63:21,22 78:6
impressive 38:2
in-house 71:13
in-person 19:18
  19:25
inaccuracies
  84:20
include 35:11
  59:6
included 12:9
  16:14,20 30:5
  70:13 75:21
includes 27:6
income 69:8
  74:12
inconvenient
  19:8
increase 66:15
  67:5
increases 67:2
increasing 48:23
  66:13
incredibly 64:4
indicate 43:17
indicated 43:20
  44:14
indicator 18:13
individual 15:6
  17:25 18:11
  28:15 29:8
  38:8 49:2 53:8
  80:21
individuals
  28:14 37:20
inexpensive 35:8
influenced 16:10
informally 9:10
information
  5:15 7:5 15:5
  15:10,16,20
  17:16 18:5,11

29:21 30:8,11
32:16,18 35:7
50:1,2,3 55:3,7
56:3 68:24
76:21 79:2,5
83:11 85:5
**infrastructure**
36:16 85:1
**initially** 20:2
**injured** 30:19
**innovations** 82:1
**inserted** 38:5
**inside** 16:18
**instance** 44:20
73:8 75:4
**instincts** 70:2
**insurance** 24:4
47:8,13 61:14
69:18 70:16
**integrity** 32:24
**intended** 43:18
**intention** 54:19
**interaction**
56:18
**interest** 15:12
78:2
**interested** 9:23
10:1 14:25
15:3,6 18:8,11
54:8 64:5
66:10 83:9,13
83:17
**interesting**
10:18
**internal** 10:4
**internally** 10:8
86:6
**intravenous**
85:11
**introduce** 21:2,5
28:9
**introduced** 63:5
**introduction**
46:3
**invest** 54:4,21
57:23 67:25
83:3
**invested** 65:9
80:2 81:20,20

87:16
**investigation**
4:23 5:2,6 7:6
**investigative**
85:24
**investing** 57:2
57:21 58:1,7
88:9
**investment** 9:22
10:6,11 17:1
21:24 29:23
52:9 54:23
56:1,16,18,19
57:13,20 58:3
58:13,15 66:12
68:7,8 79:23
80:14,16,16
81:12 82:11,12
82:17,21 83:7
83:19 84:1
86:20,22,25
87:25 88:16
**investments** 9:9
9:11,12,13,18
9:21 75:13
81:22
**investor** 11:2
61:22
**investors** 10:1
22:14,22 53:23
53:24 54:3,10
54:12 56:23
57:8 66:18
83:14
**invitations** 87:5
**involved** 9:12,23
27:10 57:25
58:22 69:2
83:15
**involvement**
18:9
**IPO** 54:25
**issue** 58:16,22
61:25 62:4,23
68:25,25 69:4
**issued** 8:2
**issues** 61:23
62:15,19
**items** 48:18

50:15,18
**iterate** 60:11

**J**

**Janet** 82:22
**January** 20:16
26:4,13,17,21
27:4 28:12
**Jerry** 86:3 87:1
87:8
**Jessica** 2:4 4:18
4:21
**jog** 74:16
**John** 85:24
**Johns** 45:20
46:10,13,17
47:1 71:20
**Journal** 46:2
86:4,19 87:3
**judgments**
65:13

**K**

**Kaiser** 45:21,25
46:1 47:8
**Katz** 4:18,19
**keep** 30:22
39:21
**keeping** 9:15
**kept** 39:20
**kind** 11:6 15:16
34:18 39:25
41:12 47:4,11
53:7 63:1 65:1
68:8 81:13
82:2 83:11,20
**kinds** 15:5 30:8
34:9
**kit** 39:6
**knew** 88:10
**know** 7:12 9:24
13:4 14:1
15:13 16:19
18:21 19:1,14
22:25 23:3,8
23:10 24:8
28:6 29:18
31:4 32:9
35:15 36:1
37:9 39:25

44:23,25 46:6
48:10 50:1
53:13 56:9
63:1,14,19
65:7,11,25
67:3,12 68:20
68:21 70:7
71:18 76:21
77:1,13 78:12
78:13 79:13
81:23 83:19
84:16 86:5
87:11 88:7,12
88:24
**knowingly** 7:5
**knowledge**
16:23,24 18:9
57:10 65:10
**known** 78:18
88:22
**knows** 57:16
**Kolhatkar** 2:3
4:2,13,17 6:4,9
6:15 7:23
12:10,17 15:24
16:3 19:15
20:21 21:13,18
24:24 25:4,11
25:18,20,21
28:19 33:17
35:22 40:13,16
40:18 45:14
55:10,15 62:25
67:17 79:11
80:22 81:1,3
86:10 89:1,5,8
**Kramer** 2:13 6:8
**KRM-SEC-405**
65:18
**KRM_SEC** 3:6
12:12
**KRM_SEC-195**
3:8 15:25
**KRM_SEC-405**
3:9 21:14
**KRM_SEC_1...**
3:11 25:12
**KRM_SEC_938**
3:10 25:1

**L**

**lab** 15:8 19:4
33:11 36:18
37:12,17,18
38:3,4,8,25
39:4 53:7 61:3
69:8,13 70:18
70:21 71:7
73:3,7,9 77:3
78:7 83:22
**label** 25:8
**laboratories**
24:3 48:8
**laboratory** 14:6
17:8,9,17 36:8
36:11,14,22
37:11,25 38:20
45:1 53:13
84:24
**labs** 35:12 53:17
53:20 71:4,12
71:13
**Lachlan** 21:7
26:25 27:3,10
27:21,25 63:4
63:9
**laid** 64:17,18
**landed** 80:18
**large** 17:17 30:4
31:1,2,14 32:2
37:22 45:5,22
54:9
**larger** 31:10
37:8
**late** 8:18 10:22
10:22 20:15
**Laufer** 2:12 6:6
6:6,10,11
25:16,19 89:7
**laughing** 39:18
**Laughlin** 21:3
**laws** 5:1,4 49:1
61:15 64:4
**lead** 54:18
**learn** 14:11
**learned** 84:2
**leather** 36:24
**leave** 86:11
**leaving** 65:2

led 13:20 33:12
left 38:23 86:13
    86:15 87:17
legal 84:18 85:2
legislative 59:22
legitimacy 78:11
length 48:24
Let's 46:4
letter 7:25 12:22
    12:24 13:9
    14:1 16:19
level 8:9 14:11
    43:6 53:3
liberal 64:23
licensed 78:13
    84:23
licensing 61:13
life 15:4,21
    18:12 54:19
    55:3
light 12:7
lights 40:13
Likewise 79:12
limit 79:21
line 18:7 73:5,6
    73:17 74:5
lines 76:5
liquidity 9:17
    62:16
list 26:14 27:5
    35:10,11
listed 15:15 57:3
    57:4
little 6:17 11:3
    11:10 14:7
    24:20 30:21
    38:1,1 39:6,16
    41:1 50:25
    51:6 53:23
    57:6 59:2
    60:18,23 61:3
    61:7,12 64:23
    77:23 81:10
    85:18
lives 30:25
LLP 2:15
lobby 29:5
located 9:17
Location 90:7

locations 24:16
    70:25
logistical 20:5
long 37:22 52:6
long-time 82:14
longer 19:1
    54:21 61:7
    77:23
look 10:9 13:2,8
    13:10 16:7
    17:5,5 23:11
    25:22,23 26:1
    26:2,12 27:12
    34:14,14 36:10
    36:10,18,25
    38:3 42:6
    56:22 81:11,19
    81:24 82:11
    87:4
looked 14:15
    16:8 34:8
    36:19
looking 22:13,14
    27:4,16 49:1
    54:22 57:15
    58:3 67:14
    73:19 79:18
    81:25 82:3
looks 16:16
    37:11 67:11
    72:4 74:7
loose 67:21
loosely 71:18
lot 24:4 29:4
    36:19 40:11
    64:5,15 88:6
low 17:10,12

_____
        M
machine 31:3
    37:2 38:5
    76:14
mail 68:18
main 28:25 59:6
    59:23
making 9:3,15
    20:4 50:20
    51:16 67:6
    69:11 70:1

73:4,7 79:22
    83:7
man 28:4
manage 9:5,11
managed 9:14
manufacturing
    33:3 85:6
mark 4:18 7:19
    7:24,25 12:10
    15:22 24:24
    25:11 66:3,20
    67:2
marked 5:17
    7:22 12:16
    16:2 21:17
    25:3,7 55:14
market 10:2
    14:8,9,15,16
    14:21 15:1
    17:20 18:1,2
    29:20 33:10
    35:4 44:12
    47:20,21 49:8
    49:14 50:22
    53:2,2 55:5
    59:17 60:6
    63:20 64:9
    79:19 81:24
marking 15:24
    21:13 55:10
marks 13:7 14:2
    14:4 22:3 23:1
    23:1,15 66:6
    66:23,24
material 55:9
materialize
    43:24
materials 5:16
    7:20 11:9,11
    11:13,16 12:9
    12:11 13:15
    15:23 16:14,14
    17:11 20:12
    22:7,25 52:4,5
    52:11,13 56:21
    65:17 84:15
    87:25
matter 1:3,14
    4:24 5:7 20:24

90:3
matters 18:6,17
maximum 51:8
    72:13
Mayo 45:19
    46:4,7 71:19
mean 10:22
    13:13 14:22
    15:20 24:6
    27:18 34:3
    37:7,17 40:8
    47:16 52:17
    57:11 63:4
    84:13
meant 21:2 36:9
    36:25 42:7
    75:18
measures 88:6
media 9:24
    65:10,12 82:1
    83:20
medical 30:15
    34:11,14 37:14
    46:23 49:3
    64:11 83:22
medicine 70:7
medivac 44:20
    44:25
meet 10:18
    48:19
meeting 14:22
    19:16,18,21
    20:8,11,18,22
    20:23 21:2,3,4
    21:9 23:9
    24:22 26:11,14
    26:17,19 27:3
    27:8,10,23
    28:8,11,12,13
    28:16,25 29:2
    29:3,13 34:19
    38:15,16 47:24
    59:11 61:1
    62:9,10 63:6,8
    63:16 65:2,4
    74:3,18 75:1
    75:10 87:24
meetings 9:4
    19:20,25 20:4

20:6 21:1 23:4
    25:25 28:5,6
    28:20 29:24
    30:2 32:10
    33:18 34:5
    35:23 42:16
    45:15 48:1
    51:2 55:22
    56:3,7 59:25
    63:2,3,18,20
    63:21 67:20
    68:7,21 71:17
    72:7 74:1,23
    76:2,13 84:14
members 58:21
memo 17:6
memory 63:2,3
    74:16
mental 67:6
mentioned 14:2
    44:7 47:24
    51:15,23 60:6
    60:25 70:9
    74:10 76:24
    81:14 83:12,18
    88:5
met 10:14 26:20
    64:14 68:10
metropolitan
    59:8
Michael 55:23
    56:18 82:23
Michigan 8:11
microscopes
    37:13
middle 30:3
milestones 48:20
    50:16
military 30:19
    42:18 43:1
    44:21 45:8
million 23:19,19
    24:8 57:21
    58:2 75:13
    80:3,5,8,10,14
    80:17
mind 85:14
minute 18:22
minutes' 80:23

SEC-TX-000002147

missed 88:1
mission 18:4
model 49:9 76:6
  79:15
models 60:22
  79:12
Monday 1:12
  90:6
money 66:17
Montgomery
  1:10 2:7
months 20:7
morning 27:16
move 30:24
  60:12 64:24
moving 45:2
  64:20
multiple 32:21
  32:22 58:24
Murdoch 8:21
  9:21 11:2,17
  11:23 13:5
  14:23 16:15,21
  18:8 22:17
  26:23,25 27:20
  38:12 41:3,19
  42:1,13 54:1
  56:15,17 57:3
  57:12,22,24
  61:21 62:8,11
  63:4 65:7 72:4
  72:12 74:7
  75:12 76:11
  78:7 80:2
  81:11 82:6,14
  82:16 83:4
  84:1 85:21
  86:9,12,20
  87:4,16 88:9
Murdoch's 9:9
  21:7 39:12
  41:4,18 52:7
  58:13,18 65:21
  76:12 82:10,24
  86:22,25

**N**

N 3:1,1 4:1
N-a-t-a-l-i-e

4:16
name 4:14,17
  19:14 39:7
  81:12 90:19
names 57:5,8,11
Natalie 1:7 3:3
  4:3,9,16 90:4
natural 40:11
nature 78:21
navigate 86:6,18
Navy 45:12
NDA 11:8,14
  27:24
NDAs 20:4
necessarily
  14:18
necesssary 10:9
need 42:24
  58:19
needed 27:25
  30:12 78:16
  88:10
needle 31:21
  32:2 39:12
needles 19:7
  31:23 70:3
negative 68:20
  86:22
nervous 40:6,8
net 75:13
network 82:2
never 19:19
  33:10
new 2:17,17 4:5
  9:21,22 48:12
  48:24 49:1,4,6
  49:8,11,13
  52:25 53:1,6
  55:24 59:6
  60:12 61:5
  64:20 66:15
  71:24 72:21
  75:17
news 8:23 27:2
  42:23 52:6
  82:3 85:22
  86:22
nine 79:20
nods 6:25

non-disclosure
  16:25
normal 41:25
  83:20
normally 63:25
  81:23
Northern 45:23
note 67:6 72:2
  85:23 86:3
noted 52:13 65:7
notes 28:6 55:21
  56:4,10,13
  75:12,19
notice 1:15
noticed 30:14
  39:16 52:3
  74:20
noting 67:1
Nova 82:22
number 23:14
  24:2 34:4 43:5
  47:12,19 49:6
  50:19 54:7,10
  65:16 71:25
  72:20 75:12,23
  80:18,20 90:5
numbers 23:17
  51:5 67:1,15
  72:8
nutrition 49:25
nutritional 15:8
  50:2

**O**

O 3:1 4:1
oath 7:2
obtain 76:20
obvious 86:7,19
obviously 14:5
  46:22 86:1
  88:15
occasionally
  36:1
October 84:6
offer 17:12
offered 46:3
offers 17:8
offhand 57:5
office 4:20 6:9

11:20 19:2
  26:11 36:14,20
  37:1 56:10
  70:8
Officer 8:21
  27:1 81:17
officers 4:21
offices 54:21
  57:16 69:14,22
  70:16
officials 43:6,7,9
  45:11
oftentimes 87:4
Oh 25:18
okay 11:23
  15:22 16:9
  21:9 23:18
  26:1,12 28:1
  31:9 32:8
  47:15 51:15
  65:23 66:3,19
  66:22 67:9,12
  69:13 70:9
  71:7,23 72:15
  72:23 73:6,13
  74:5,22 75:2
  75:11 76:24
  77:12 88:21
  89:8
on-site 71:12
  72:24 73:9
once 42:2 64:22
one-page 24:25
ones 12:21 23:9
  31:15
onward 84:6
opened 30:5
  34:8
opening 5:5,13
operated 53:20
  65:11
operating 53:10
  61:10
operations
  69:17
opinion 79:21
  83:8 84:16
Oppenheimer
  56:25

opportunity 5:9
  5:18 21:5
  29:16 63:10
  68:16,23 83:23
optimistic 43:21
options 50:8
order 5:6,7,10
  18:25 49:3
  61:16 64:12
  70:20
organizations
  8:24 46:23
original 54:3
  90:13
originally 80:4
Ouch 39:20
out- 70:2
outcome 43:21
  88:19
outside 44:18
  65:8
overwhelming
  85:18
ownership 12:5

**P**

P 4:1
pace.com 50:6
Pacific 4:5 40:17
  81:2
page 8:1 13:10
  22:25 25:20
  26:3,3 27:18
  35:19 56:22
  65:23 66:3,4
  66:22 71:24,24
  71:25 72:1
pages 1:8 12:7
  12:22
painful 70:6
papers 56:18
paperwork 80:5
paragraph
  13:11 59:3,5
part 12:24 17:21
  22:6 28:16
  76:5 79:23
participants
  87:3

**particular** 9:14
20:25 24:1,16
31:16 52:18,18
53:1 63:23
**particularly**
76:10
**parties** 64:5
**partnered** 50:7
**partnership**
23:24 47:25
48:4
**partnerships**
45:16 82:5
**passed** 30:17
58:15 84:24
**patent** 34:14
42:20
**patents** 34:8
61:20
**patient** 15:10
18:8,8 36:21
43:14
**patients** 34:19
70:1,3,4,12,19
**Paul** 2:15 6:6
26:25 27:9,24
29:16 68:2
81:16
**Paula** 82:24
**pay** 48:15
**penalties** 7:4
**people** 15:1 18:5
18:17,19 19:1
19:4,5 22:10
31:14 37:19,21
37:25 50:8
57:16,20 64:12
66:12 69:1
81:13 83:15
85:8 87:7
**perceived** 71:20
**percent** 23:14
51:9 59:4
**percentage**
23:12,13,16
67:2,5
**percentages**
23:11 67:16
**perform** 32:22

34:5,18 35:4
35:13
**performing**
47:10,16,17
**period** 8:18
11:21 14:17
28:17 30:23
32:15 54:7,22
**perjury** 7:4
**Permanente**
45:22 46:1
**person** 10:18
15:17 19:17,21
35:15 40:5,6,8
40:9 44:8 45:4
49:22 55:25
58:19 79:4
**person's** 55:3
**personal** 6:12
9:11,13 10:6
15:14 42:6
**personally** 11:18
57:17 68:1
81:21 82:7
**perspective**
59:18 82:4
**pharmaceutical**
52:23,24 60:3
60:15,20 73:18
73:20
**pharmacies**
23:22 69:9
**pharmacy** 70:13
75:4
**phone** 6:10
19:19
**phrase** 18:16
67:9
**physical** 31:24
70:18 82:21
**physically** 86:14
**physician** 42:6
77:1,7
**physicians** 69:18
69:22 70:10,16
**physicians'**
69:14
**pick** 9:24 59:15
**piece** 31:5 37:15

49:4 78:24
**pieces** 37:13
**pin** 76:21
**pins** 24:21
**pitch** 63:9
**place** 1:9 18:22
20:6 38:19
63:20 69:22
72:3 73:14
84:22 88:6
**places** 81:19
**placing** 66:6
**plan** 17:20 29:7
53:4
**planned** 48:12
48:22 58:14
**planning** 49:11
58:15 69:21
**plants** 36:24
**platforms** 82:2
**play** 15:10
**players** 14:8
**pleasant** 37:1
50:20
**please** 4:6,14 6:4
7:11 72:2
**point** 13:10
17:23 18:3
30:5 32:4
38:11 39:19
42:23 45:15
49:21 59:3
61:22 68:11
77:8 78:2
87:21,22
**pointing** 23:13
23:15
**politely** 42:11
**population** 49:5
**portfolio** 9:15
62:14 86:22
**portions** 54:9
**position** 88:12
**positive** 49:23
**possible** 82:24
**posture** 40:7
**potential** 10:11
11:2 14:24
51:4

**potentially**
30:24 60:12
**PowerPoint**
35:24 36:3
**practice** 66:5
**prepared** 9:4
**prescription**
18:25
**present** 7:5 21:4
52:19
**presentation**
31:5
**presented** 10:5
**presenting**
35:24
**press** 84:5
**pressure** 54:15
**pretty** 12:7 20:5
35:11 37:20
84:17
**previous** 22:15
54:5 66:12
73:5 75:3
77:10
**previously** 5:16
11:5 22:13,23
62:11
**price** 22:1,15,21
66:14,16
**prices** 17:10,13
22:10
**pricing** 35:6
**prick** 31:22,25
76:21
**pricked** 39:13
**primarily** 8:22
50:7 69:16
**prior** 5:5,13
22:20
**priorities** 9:3,5
60:24 61:5
**private** 54:25
64:1
**probably** 64:10
64:13 67:6
68:2
**proceeding** 4:22
5:8
**proceedings**

90:11
**process** 17:18
19:7 39:9,19
53:14 84:21
85:12
**processes** 64:1
85:2
**processing** 31:7
**produced** 35:1
78:9,15
**producing** 36:2
**products** 39:25
50:2
**profitable** 54:16
**projected** 69:7
69:10
**projection** 60:22
72:14
**projections** 12:4
12:6 13:21,24
23:8 29:20
33:24 43:22
51:7,9,17,20
51:22,25 52:14
52:20 59:5
60:19 67:7,13
67:19 72:2
74:12,13
**promised** 80:21
**pronounce**
19:14
**Proofreader's**
90:1,19
**properly** 78:12
**proprietary**
32:14 78:19
**provided** 5:6,14
**provider** 47:13
**providers** 47:8
**providing** 57:11
**provisions** 5:1
**public** 9:4 54:16
54:20
**publish** 86:18
**pulling** 36:2
**purely** 20:5
**purpose** 29:13
31:9 54:11
**purposes** 4:22

SEC-TX-000002149

**pursuant** 1:15
8:3
**pushing** 39:20
**put** 13:6 25:9
39:11 53:7
74:13 76:13
**putting** 67:1
**puzzle** 31:6 49:5

**Q**

**Quest** 14:16
64:7 70:25
**question** 6:21,23
7:11,12,13,14
23:1 40:23
51:4 54:1 58:6
58:12 67:2,12
72:12 78:11
**questioning** 68:3
88:4
**questions** 5:24
8:8 23:2,3
29:18 50:5
63:10,12,14,15
65:20 67:19
68:17 76:8
81:8 89:3,6,9
89:10
**quick** 53:16
54:22 77:13,19
**quickly** 30:24
45:2 51:7
63:25 64:25
75:22 76:1
**quite** 47:10
**quoted** 66:14

**R**

**R** 4:1
**R-a-v-i-t-z** 4:16
**radar** 11:5
**Rahul** 2:3 4:17
**raise** 4:6 54:12
**raising** 18:4
**ramp** 51:7
**ran** 86:13
**ranch** 87:22
**range** 34:18,20
34:24
**rapid** 42:24

**rate** 13:23 76:7
**Ravitz** 1:7 3:3
4:3,6,9,16 6:1
6:12 40:19
81:4 89:2 90:4
**reaching** 44:9
**reaction** 39:24
40:1
**read** 11:20 74:3
84:8,10 85:4,8
**reading** 66:25
**ready** 34:18
43:12
**real** 9:19 68:25
**realistic** 13:22
**realize** 79:20
**really** 12:8 31:7
34:12,13 49:4
49:23 55:2
60:2 62:20
68:12,14,16
82:13 83:13,16
**reason** 7:16
20:25 22:21
62:1 65:5
78:10,16
**reasonably**
43:24
**reasons** 48:25
83:17 86:7,19
**recall** 12:2,3,8
16:16 20:6
27:8,11 28:10
29:3,4 39:7,8
39:10 42:17,19
43:3,4 48:21
49:17,19 52:2
53:21 56:14
59:11,12,24
61:19 62:3,20
74:18 76:6
85:19 87:23
**receive** 16:21
78:7
**received** 5:21
11:12,18 16:15
16:24,25 20:12
42:2,3 68:18
76:25 77:2,12

**recipes** 50:7
**recognize** 12:18
16:6 21:21
22:3 26:17
55:18 57:5
**recollection**
25:24 26:16
61:24 62:21
63:7
**recommendati...**
88:18
**record** 4:3,15
5:5,13 12:11
40:14,15,16
80:23,25 81:1
89:13 90:12
**recording** 90:15
**reduced** 52:25
**reducing** 48:16
**reference** 56:23
56:24
**referenced**
31:13
**references** 27:20
**referencing**
26:14
**referrals** 24:4
47:12 69:17
70:10,11,16,23
73:4,7
**referred** 69:16
**referring** 12:21
19:11,12 33:14
33:15,16 46:8
66:19 70:1,15
71:1 73:18
86:19
**refers** 75:16
**reflected** 75:3,5
**reflects** 75:24
**refresh** 25:24
26:16
**regard** 9:13
18:14 55:4
67:5
**regional** 4:20
53:12,13,17,20
70:22 75:4
**regions** 43:1

**regulations** 61:8
**regulatory** 61:10
84:19,22 88:6
**reinforce** 77:15
**related** 14:10
35:2 50:2
57:25 61:6
**relations** 9:5
**relationship**
45:19,21,25
46:7,10,13,17
47:5,11 48:4
49:18,20 50:10
60:3,7 71:19
72:20
**relationships**
43:5 47:7
52:23 61:6,13
71:11 87:6
**relaying** 22:17
**relevant** 29:22
**relied** 84:2
**remain** 54:24
**remarkable** 86:2
**remarked** 25:15
**remarkedly**
14:18
**remember** 13:14
14:7 35:19
37:21 38:14,16
47:23 51:12
63:13,15 75:6
75:7,8,9 76:3
77:5,6,9,18,22
**remove** 25:8
**repeat** 63:5,8
**rephrase** 7:12
29:25 50:13
**replace** 31:15,15
**replaced** 3:11
**replicate** 50:23
**report** 78:7
**reporter** 6:18,19
85:24
**reporting** 1:24
85:24 86:2,21
87:15 90:15
**reports** 85:8
**represent** 6:12

**represented** 6:1
18:25 24:17
33:8,10 45:18
49:25 69:10
**representing**
72:8
**reputable** 46:23
**request** 49:2
61:16
**research** 9:22
11:3,7 14:12
46:20 52:23
71:21
**resistance** 64:11
64:14
**respect** 9:8
57:17 85:25
**respected** 83:15
**responded** 51:8
**responding** 6:25
**rest** 12:8 36:13
54:18
**results** 41:9,24
42:2,3 53:14
76:18,25 77:1
77:2,13,20
78:9,15 84:21
85:12 88:8
**resume** 8:15
**retail** 23:22
24:16 69:8
70:13
**retain** 64:8
**retaining** 83:21
**return** 24:19
54:22 79:22
**returned** 11:20
**returning** 34:3
**retyped** 56:12
**revenue** 12:6
23:22 33:24
51:6,9,19,22
60:21 67:15
70:11 71:8,22
72:2,25 73:1
73:24
**revenues** 12:4
13:16 23:2
24:7,11,12

69:10,14 70:14
74:11 79:14
**review** 5:9,18
11:16,24 12:24
12:25 22:6,7
23:20 56:19
83:22 87:25
**reviewed** 11:23
51:1 82:18,20
**reviewing** 13:15
17:11 52:4
56:1 66:5
84:15
**revolutionary**
30:16 78:21
**Rifkind** 2:15 6:7
**right** 4:6 5:22
38:12,22,22
40:21 49:2
51:17,25 73:17
74:24 78:18
81:6
**risk** 59:4
**risks** 51:11
**role** 8:19,23,25
9:8,20 28:10
59:14,20 81:15
86:11 87:17
**roles** 81:13
**roll-up** 59:6
**room** 28:15 29:1
29:6,7,9 36:5
36:19 37:2,5
37:22 38:21,23
38:23,25 39:16
40:7 41:8
62:17
**roughly** 68:8
**round** 22:11
66:12 75:21
**rubber** 32:1
**Rubinsky** 82:24
**run** 10:7 41:4,20
53:8 61:23
73:20 76:16,22
78:14
**running** 75:23
76:1
**Rupert** 8:21

10:14,18 13:5
14:7 20:2,19
27:6,9,15
29:15,17 51:4
52:8 77:19
81:20
**Rupert's** 22:5
52:4

**S**

**s** 3:1 4:1 75:8
**safe** 45:3
**Safeway** 49:21
50:15,21 52:18
69:11 70:12
71:4
**Safeway's** 50:1
**Safeways** 50:19
**sample** 17:16,17
30:23 32:20,24
36:8,17 38:20
38:25 39:23
41:8
**samples** 17:9
31:7,8 32:21
45:2
**San** 1:11 2:8 4:3
4:19 90:7
**sat** 28:5 39:1,10
62:13 63:8
**save** 30:24
**saw** 15:7 23:11
30:15 42:13
66:10 79:16,17
87:21
**saying** 86:1,5
**says** 17:7 27:15
59:5 72:2 74:6
**scale** 17:21 18:1
**scan** 56:12
**schedule** 19:3,8
19:20
**scheduling** 20:3
**science** 10:15
37:12
**scientific** 34:12
46:20,24
**scientists** 79:9
**sea** 17:9

**seated** 10:16
**SEC** 7:21 12:15
16:1 21:16
25:2,14 55:13
**SEC-Murdoc...**
55:11
**SEC-Murdoc...**
3:14
**second** 8:1 13:10
13:11 17:7,20
20:23 21:2,4
26:18 27:10,23
28:17 38:15
**secondary** 44:13
**securities** 1:1,9
2:2,6 4:20,23
5:1 29:5 90:11
**see** 23:16,19
25:20 26:13
27:13,22 29:21
31:13 36:14
38:9,11 42:7
50:22 57:20
59:9 70:19
71:3 72:5
75:12 77:22
78:3,3 79:19
**seeing** 27:16
77:5,6
**seen** 37:6 65:6
68:12 74:14
83:1 84:5,20
**sees** 39:6
**selected** 41:4
**send** 42:6
**sense** 13:16,18
34:4 44:8
50:19 61:4
79:24 83:20
**sensitive** 29:14
**sent** 12:23 42:5
55:23 56:2
85:23
**sentence** 13:11
13:14 17:6,7
18:3
**separate** 53:15
71:3 73:16
**separately** 19:3

**sequence** 68:9
**series** 38:24
**seriousness**
57:15
**services** 1:24
69:8,13 71:8
72:24 73:9,18
**set** 9:2 13:15
22:10,12 36:7
36:8 37:23
38:25
**set-up** 37:12
**setting** 7:2 31:16
37:3
**settings** 36:12
**settlement** 9:14
**seven** 57:4 70:25
**SF-** 4:24
**SF-04030-A** 1:4
90:5
**share** 14:23 18:2
22:1,10,15,21
33:23 56:20,21
64:9 66:14,15
66:20
**shared** 52:10
**shares** 17:3 49:7
54:9
**sheets** 16:18
**Shield** 47:13
**shoe** 31:10
**shoebox** 30:4
**short** 43:25
**show** 35:7 36:2
**showed** 30:17
35:1 44:22
**showing** 31:8
**side** 28:21 83:25
84:22
**sign** 11:8 27:25
**signed** 20:5
43:15 45:9
56:17 72:3,9
72:11,17,18
**significance**
66:6,24
**significant** 13:19
32:3 47:12
48:7 49:7,8

53:4 78:25
79:3
**significantly**
32:17 48:16
**signing** 43:18
82:25
**Silicon** 54:15
79:8,9 81:18
**similar** 23:8,11
62:19
**simply** 33:11
**single-page** 3:13
55:11
**sit** 36:21,24 68:1
68:16
**site** 37:18
**sitting** 29:6,9
30:3 34:15
36:21 38:1
**situation** 30:19
30:20 40:12
44:24 70:22
**six** 57:4
**size** 30:4 67:5
**skepticism** 13:20
63:19,22 64:3
65:2,3,5
**skin** 40:10
**sleep** 15:14
**slightly** 37:1
83:19
**small** 17:9,16
30:6,9,12,18
30:20 31:2,5
31:12,15 32:9
32:23,25 36:19
36:22 37:8
38:24 39:11,11
44:23 45:3,4
76:22 79:2
**smaller** 30:5
**smart** 79:9
**smooth** 39:19
**social** 65:10
**somebody** 11:5
15:13,19 18:10
32:1 40:10
47:24 62:21
79:4 80:20

82:6 83:10
84:23 85:25
87:6
**somebody's**
14:24
**somewhat** 7:1
53:12
**son** 21:7
**soon** 20:22
54:20 56:7,9
**sophisticated**
38:3
**sorry** 8:14 17:6
21:12 25:7
40:13 50:12
62:5 72:23
**sort** 11:1 13:25
18:7 29:5 31:3
36:5,20 37:3
37:18 38:20
39:19 48:17
50:14 51:24
52:16 63:5
77:7 83:22
86:18
**source** 71:22
**space** 15:11 61:3
65:12
**sparse** 37:4,20
**speak** 28:8 51:19
**speaking** 8:25
43:3 45:10
**speaks** 18:3
**specific** 35:3
37:15 45:12
49:19 77:9
85:19 86:8
**specifically**
13:14 14:3
37:10 44:5
47:3 53:21
58:8 61:14,19
63:13 70:7
76:6 82:15
85:17
**specificity** 67:22
76:3
**specifics** 12:8
45:11 51:21

62:20 87:23
**speculate** 88:13
88:19
**spell** 4:14
**spend** 34:12
**spoke** 33:18 38:7
45:20 52:11
**spoken** 57:25
66:11 68:11
**squeezing** 39:14
**Sr** 52:5
**stable** 14:17
**staff** 4:18 8:20
9:1 86:11
87:17
**stage** 78:11
**Stamp** 3:14
55:12
**Stamped** 3:6,8,9
3:10,11,13
12:12 15:25
21:14 24:25
25:12 55:11
**stand** 16:9
**standards** 14:14
**stapled** 16:17
**start** 6:16 8:12
**started** 11:3,7
39:13,18
**starting** 84:6
**state** 4:14 5:3
48:24,25 49:9
59:15 61:15
64:4,20 84:23
**state-by-** 59:14
**statement** 69:7
74:12
**statements**
11:14 13:25
**states** 1:1 18:21
19:1 52:25
59:15 61:13
64:7,22,25
**stationed** 43:2
**stations** 38:1
**status** 61:18
**step** 28:17
**sticks** 85:14
**stop** 39:22 45:24

**storage** 31:8
44:23
**store** 36:11 45:3
50:22 53:8,14
**stores** 23:25
48:6,9,12 49:6
50:15 53:3,6,8
72:20,21
**story** 86:6,18
**strategic** 9:6
**strategy** 59:22
**Street** 2:7 46:2
86:4,19 87:3
**strictly** 20:1
**strides** 24:2
**structure** 12:5
33:24 56:20
64:9
**struggle** 39:17
**stuck** 16:18
**sub-categories**
69:7
**subpoena** 3:5
5:22 7:20,25
8:1,4
**substance** 63:4
63:15
**substantial**
79:22
**substantially**
54:10
**substantive**
28:10 40:20
81:5
**suggested** 44:7
48:11 87:6
**suggesting** 85:5
**suggestion** 57:22
**Suite** 1:10
**summary** 21:25
**Sunny** 19:13
28:22,24 29:7
31:18 65:4
87:19
**supermarkets**
50:8
**Supplemental**
5:15
**sure** 9:3,16 10:8

20:4 26:18
27:12 40:24
44:25 57:6
88:7
**surprise** 85:13
85:15
**surprised** 84:12
**surprising** 84:17
84:25 85:4,7
85:19 88:5
**swear** 90:10
**Switzerland**
60:8
**sworn** 4:11
**system** 47:5
**systems** 45:17

**T**

**T** 3:1,1
**tab** 7:20 12:11
12:12 15:23
21:12,12 24:23
25:9,9 55:9
65:16,17
**Tabbed** 5:15
**table** 30:4 34:7
34:15 64:16,18
**tables** 37:22
**tact** 30:23
**take** 13:8 15:4
18:2 25:22,23
30:14 36:4
37:10 38:19
42:6 49:7
54:16 61:7
76:17 80:22
82:11
**take-away** 46:22
64:15
**taken** 10:8 29:6
30:8 32:9
41:16 76:12
78:14
**talk** 6:20 13:24
15:15 19:22
30:7 42:15
44:22 75:25
76:4
**talked** 18:20

30:18 31:22
33:20,20,22,24
44:23 45:18
46:4,20 47:9
48:5,24 49:22
50:25 53:22
59:23 60:18
61:4,12 63:1
74:18 75:4
76:6 80:6
81:10
**talking** 36:1
37:7,8 40:24
41:1 43:4 53:5
56:24 76:9
**target** 49:12
**targeted** 64:21
**targeting** 54:4
**targets** 48:19
59:16
**TBD** 74:6
**team** 81:11
**tech** 11:6 41:2
**technically** 8:23
**technician** 39:1
39:5,10 78:13
**technicians**
37:18
**technology**
17:15 18:19
27:1 30:2,10
31:22 32:14
33:9,12 34:3
34:11 37:13,16
38:10 40:2
41:23 42:22
46:21,24 47:2
48:19 49:23
50:17 60:4
65:3 70:8
71:21 73:10,21
76:9,23 77:16
78:8,14,20,21
78:24 79:6
81:16 83:25
84:3
**technology-**
81:25
**teleconference**

4:4
**tell** 42:7 43:8
45:7 66:2
**telling** 77:7
**terms** 9:15,21
11:2 12:5,7
14:23 16:9
23:11,12,20
24:12 33:18
37:20 38:3
49:1 50:16,17
54:6 60:19,24
62:16 64:1,8
79:22 80:17
82:17
**test** 35:2,9 41:15
42:19 43:12,13
43:16,19 49:3
77:20 84:24
**tested** 41:8
**testified** 4:11
**testifying** 7:3
**testimony** 4:2
5:22 7:17 8:2
40:20
**testing** 31:3,20
32:6 42:24
44:7 50:24
52:13 88:7
**tests** 17:9,25
30:15 32:22
34:4,9,15,18
34:21,24 35:3
35:8,11,14,17
41:4 42:2
59:17 60:11
78:18
**Texas** 48:6
**text** 66:6
**thank** 7:9 8:6
81:9 89:3,7,9
**Thanks** 5:12
40:23
**Thanksgiving**
10:25
**Theranos** 1:5
4:24 10:12,12
13:12 14:10,22
15:10 16:21

17:12 18:18
19:24 23:5,21
24:7 26:17,19
26:20 29:3,13
31:18,19 32:4
32:11 33:2
34:4,17,24
36:4,25 37:2,6
37:10 38:25
41:12,20 42:9
42:17 43:12
44:3 47:17
48:15 50:16
51:3 53:7,25
55:22 56:8
57:1,22 60:14
61:10 63:12
69:10 70:10,21
71:1,4,16 73:7
73:19 77:2,16
79:13 80:2,13
83:3,22 84:6,9
84:12 85:5,22
86:21 87:1,16
87:25 88:10
90:3
**Theranos'** 13:16
17:8 18:4
26:11 28:20
30:2 44:19
45:16 46:16
47:2,25 49:20
61:18 69:22
73:10 76:14
77:14 78:19,21
79:6 88:7,10
**Theranos-spe...**
37:15
**thing** 16:24
37:25 45:3
79:10 85:18
**things** 13:6,7
15:16 41:7
52:12,22 80:21
84:20
**think** 5:16 10:16
10:23 13:21
15:7,23 18:10
19:13 20:24

22:24 26:20
27:3 29:21
31:13 36:25
40:5,6,9,11
43:23 56:5,6
56:14 57:14,18
59:3 60:18
61:21 67:23
68:1,14 72:12
73:2 74:10
75:22 76:9
77:21 78:2,10
78:16,22,25
79:25 80:8,11
80:12,17 81:14
82:4 83:8,17
83:18 84:16,25
85:17,17 86:15
86:24 87:2,21
88:1,2,5,23
89:2
**thinking** 58:13
62:16 64:23
**thinks** 37:24
**third** 22:25 29:8
47:20,21 73:6
**thought** 10:3,17
15:9 20:17
34:1 44:12
45:23 49:4,7
50:9 51:5
59:15 60:5
77:14,23 78:3
78:22 79:7,8
79:25 80:13,15
84:21 85:1
86:24 87:10,12
**thousand** 50:1
**three** 12:22 82:8
83:6
**tie** 32:1
**time** 5:25 6:21
8:18 10:13
11:21 13:13
14:17 17:17
18:6,17 27:2
28:17 30:23
32:15 34:13,19
36:17 41:12,15

43:25 49:21
52:6 54:7,20
54:22 56:11
60:15 61:6
63:17 64:16,18
68:4 71:17
72:18 74:14
77:13,19 78:16
81:9,17 87:15
87:16,17 89:4
89:9,12
**times** 81:18
**timing** 25:24
68:6 75:8,21
78:1,5
**tiny** 31:21 41:22
**today** 6:2,16,20
7:17 8:2,3
70:24 74:15
88:1 89:3,10
**told** 34:23 39:21
53:24 73:25
**tomorrow's**
26:14
**top** 49:12 67:9
83:6,17
**topic** 15:7 43:3
**topics** 63:6
**tour** 36:4,13
37:10
**toured** 37:17
**track** 9:15
**tracker** 15:14
**tracks** 10:7
**traditional**
33:11 60:10
85:10
**trajectory** 10:3
**transactions**
9:19
**transcript** 90:14
**transform** 55:2
**transit** 11:12
**transparent**
17:24 35:6
**transport** 30:22
**travel** 19:1
**traverse** 8:24
9:5

**trial** 4:19 60:10
60:13
**trials** 60:5,9,16
61:7 73:20
**trip** 20:18 82:9
**trouble** 39:15
**true** 90:13
**truly** 79:24
**trust** 52:10
82:16
**trusted** 82:7
**trustee** 52:7
82:15
**truthful** 7:17
**try** 11:10 49:13
**trying** 9:24,25
38:3 64:8,12
66:16,17 75:20
75:22
**turn** 10:11 22:25
24:23 25:9
41:16 65:14
66:22 71:23
80:13,15,16
**turn-** 53:16
**turn-around**
41:12
**two** 11:13 12:7
12:23 17:1
19:25 20:6,7
20:25 25:25
37:21 41:10
48:25 49:3
52:7 63:3,21
70:6 74:4
76:13 77:21
81:24 82:14
83:14,16
**two-thirds** 56:22
**type** 15:20 55:7
50:25 56:3
**types** 17:3 44:20
64:2 65:13
**typical** 13:5
76:18
**typically** 20:19
41:7

_____
**U**

SEC-TX-000002153

**U.S** 90:11
**UK** 44:6,9,11
**ultimately** 80:2
  83:2
**Um-hum** 26:6
**uncommon** 82:8
**underlined** 13:6
  72:5
**underneath**
  23:16
**undersigned**
  90:10
**understand** 7:7
  7:10,11 8:3
  9:25 11:4
  13:13 54:2
  66:24 75:22
**understanding**
  13:3 15:9
  17:12,14 18:18
  23:21,23 24:6
  29:12 31:2,19
  32:8,11,13,19
  33:2,7 34:17
  41:3,11,14,18
  43:11,13 46:16
  46:19 48:3
  49:12 50:11
  52:21 53:6,9
  53:11 54:11,13
  58:8,10 59:19
  59:21 60:14,20
  60:23 61:2
  68:19,24 69:9
  69:15,16,20,23
  70:15,17 71:5
  71:6,9,10,15
  72:10,15,25
  73:2,22,23,24
  74:2,11 75:18
  75:20 76:11,16
  76:19 77:15
  79:13 80:1,3,9
  80:13 83:5
**understood** 7:14
  9:16,17 22:16
  66:25
**United** 1:1 18:20
**units** 44:21

**university** 8:10
  47:5
**unprecedented**
  17:10
**up-round** 22:13
  54:14
**use** 32:17,20,21
  32:25 49:23
**uses** 30:18
**Usually** 81:24
**utilized** 42:25
  60:4

───────
**V**

**vacation** 11:19
**vague** 12:5
  51:12
**vaguely** 77:7
**validated** 47:2
**valley** 14:14
  54:16 79:8
  81:18
**valuable** 50:3,9
**valuation** 14:10
  14:13 21:25
  22:10,12,23
  66:13
**valuations** 22:21
**value** 54:20
  62:12
**various** 22:7
**VCs** 54:3,7
**venture** 64:5
**venus** 32:5
**verbal** 68:15,21
**verbally** 66:8
  68:13
**verification**
  71:21
**verified** 13:25
**verify** 78:16
**version** 31:12
**versus** 45:5 73:3
  73:15
**vetting** 9:21
  10:5
**viability** 65:3
**vial** 30:7 41:22
**vials** 30:6,14

**video** 4:4 6:17
**videoconference**
  2:18
**view** 14:23
  16:10 78:20
  79:15
**viewed** 57:18
  79:4
**violations** 4:25
  5:3
**vision** 18:21
  29:10,19 33:25
  55:1
**visionary** 11:14
**visit** 21:6
**visiting** 85:16
**voice** 59:13
**volume** 24:18
**voluntarily**
  61:15

───────
**W**

**wait** 6:22
**waiting** 29:5
**Walgreens**
  23:24 36:10
  48:1,6,11,14
  48:18,23 49:18
  50:21 52:18
  69:11 70:12
  71:4 72:20
**walk** 50:21
**walked** 36:7,11
  38:21
**walking** 29:5
  31:14
**Wall** 46:1 86:4
  86:18 87:3
**Walton** 56:24
  58:7,20,21
**Waltons** 58:24
**want** 6:16 8:7
  10:11 21:9,10
  24:19 25:23
  42:15 54:2
  55:8 59:16
  89:5
**wanted** 13:2,7,9
  15:1 42:10

46:4 50:23
  54:17,18,24
  63:11 68:14
  69:6
**wasn't** 11:5,19
  31:6,7 32:24
  39:18 41:22
  54:13,14 61:25
  62:3 76:5
  78:24 79:6
  83:20
**way** 8:8 18:2
  33:11 40:2
  45:2,3 55:2
  60:10,12 70:4
  70:23 79:4
  85:10
**ways** 46:23
**we'll** 13:24
  19:22 40:14
  80:23 81:8
  89:11
**we're** 40:16
  89:13
**we've** 50:7 59:23
  63:1
**week** 41:16
**weeks** 20:24
**weighed** 88:25
**Weintraub** 2:14
  6:8
**Weiss** 2:15 6:7
**wellness** 15:16
  15:19 83:10
**welness** 49:24
**went** 38:23
  40:13
**weren't** 34:13
  40:24 48:3
  76:4 88:6
**Wharton** 2:15
  6:7
**white** 37:25 39:5
**winced** 39:19
**wishing** 86:2,4
**witness** 1:7 2:11
  3:2,5 4:10
  12:14 90:4
**woman** 39:4

**wondering**
  67:14
**wooden** 36:22
**word** 65:24
  80:19
**words** 32:22
**work** 15:8 17:4
  18:23 19:6
  41:25 60:20
  61:16 62:18
  64:13 70:5
  76:18 77:3,10
  84:24
**worked** 8:21,22
  43:14 77:17
  78:9 86:1
**worker** 39:6
**working** 8:12
  36:15 38:8
  40:2,3 46:19
  47:14 60:9
  71:14 88:7
**works** 28:4
**world** 18:6,17
  20:3 43:1
**worn** 15:14
**worthless** 88:17
**wouldn't** 22:11
  38:2 62:23
  67:21
**write** 57:9
**writes** 65:24
**writing** 6:19
  16:22,25 75:15
**written** 74:7
**wrong** 25:8
**wrote** 75:16

───────
**X**

───────
**Y**

───────
**Yeah** 25:19
  35:14 65:17
  68:10 78:10
  80:22
**year** 10:13,22,25
  13:21 24:7,8
  49:13 59:7
  61:5 64:21
  81:18

SEC-TX-000002154

**year's** 51:9
**year-end** 10:14
**years** 8:14,17
9:25 14:9
60:11 64:20
66:2 74:15
**York** 2:17,17
4:5 48:24 49:1
49:4,6,8,11,13
53:1 59:6 61:5
64:20
**young** 28:4
**youngest** 52:7
**Yuri** 10:16

**Z**

**Zero** 74:7
**zeroed** 62:15

**0**

**1**

**1** 1:8 5:15,17,19
**1:65** 27:5
**10** 35:20 55:9
**10:27** 80:24
**10:32** 81:1
**10:43** 89:13,14
**100** 57:21 58:1
80:5,6,8,14,17
80:17
**10019** 2:17
**1064** 26:2
**1069** 25:13 26:1
**1070** 3:12 25:16
25:18
**12** 3:7 79:20
**120** 80:3,6,7,10
80:18
**1285** 2:16
**149** 3:5 7:19,21
**15-** 18:21
**150** 3:6 12:11,12
12:15,18
**151** 3:8 15:24
16:1
**152** 3:9 21:13,16
21:21 65:15
**153** 3:10 24:25
25:2,12,14

26:7 27:14
**154** 3:13 55:10
55:13,18
**16** 3:8
**1662** 5:15,21,24
**17** 66:20
**172** 3:7 12:13
**175** 3:7 12:13
**196** 3:8 15:25

**2**

**2** 7:20
**20** 35:21
**2014** 8:18 10:22
10:23 20:8,15
24:7 79:14
**2015** 8:18 20:9
23:14 26:4,13
26:17,21 27:15
49:15,16 59:4
67:9 71:17
72:3,8 74:6,6
74:23 79:16
84:6 86:14,14
86:15
**2016** 23:17
49:16 59:5
72:3,8 79:16
**2017** 1:12 4:5
90:6
**202** 1:25
**21** 3:9
**212** 6:11
**21st** 8:12,22
10:6 27:1
55:24 82:22
**23** 3:10 61:22
62:11,18 88:15
**24** 1:12 90:6
**24th** 4:5
**25** 3:11
**2800** 1:10

**3**

**3** 3:14 12:11
55:12
**30** 51:9 59:4
**31st** 86:14
**373-3441** 6:11

**4**

**4** 3:3 15:23
**4030** 4:25
**405** 65:23 66:20
**407** 66:4,22
72:23
**409** 3:9 21:15
65:18 71:23
75:11
**425** 23:19
**44** 1:10 2:7
**467-9200** 1:25
**475** 75:13

**5**

**55** 3:14
**5th** 26:4,13
28:13

**6**

**6** 21:12
**6th** 26:17,20
27:4,15 28:12

**7**

**7** 3:5 21:12
65:17 79:18

**8**

**8** 24:23 25:9
**8:30** 1:15 4:5
**801.9** 23:14

**9**

**9** 25:10
**9:24** 40:14
**9:31** 40:17
**91** 1:8
**94104** 1:11 2:8
**993** 23:19

SEC-TX-000002155