FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   12/06/2021

    KEVIN HUNTER (HUNTER), previously interviewed, was interviewed at the United States Attorney's Office - Northern District of California located at 150 South Almaden Boulevard, 9th Floor, San Jose, California. Also present for the interview was Assistant United State Attorney (AUSA) John Bostic. After being advised of the identity of the interviewing parties and the nature of the interview, HUNTER provided the following information:

    HUNTER obtained a Master of Business Administration from the University of Florida before working as a District Business Manager for MetPath which later became Quest Diagnostics.  As a District Business Manager HUNTER had total responsibility for the Florida market.  After Quest Diagnostics HUNTER did some consulting for Group Practice Services then led the Laboratory Consulting Practice at Navigant Consulting.  HUNTER left Navigant Consulting to start his own consulting company Colaborate in 2005.  The Chief Operating Officer at Colaborate ran various operations at LabCorp.  Colaborate was able to provide a wholistic view on the laboratory space.  HUNTER typically focused more on regulatory issues.

    In May 2010 Colaborate was approached by Walgreens Private Equity firm to do a white paper on the space Theranos was entering.  After completing the white paper, HUNTER signed a no-disclosure agreement (NDA) around June 2010.  After signing the NDA, Colaborate was shown some high level information about what Theranos could do and they joined the Innovation team at Walgreens.  HUNTER was the only external person on the Walgreens Innovation team in 2010.  The Innovation team had meetings with Theranos every Wednesday from 12:00 to 2:00 for what they called Project Beta.  One part of Project Beta for the Innovation team was vetting Theranos.  These meetings were attended by ELIZABETH HOLMES (HOLMES) and SUNNY BALWANI (BALWANI) from Theranos.

    The initial materials Colaborate reviewed was an internal

| | | |
|---|---|---|
| Investigation on  11/29/2021  at | San Jose, California, United States (In Person) | |
| File #  318A-SF-7315857 | | Date drafted  12/01/2021 |
| by  Mario C. Scussel, Adelaida Hernandez | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Walgreens document. While on Walgreens' Innovation team, HUNTER was focused on whether Theranos' technology worked and how to perform a pilot with Walgreens. HOLMES and BALWANI initially provided a list of 20-50 tests that they advised they could do on the the Edison, Theranos' proprietary device. HUNTER told HOLMES and BALWANI that 193 tests made up approximately 98% of the commonly ordered blood tests. Then after HUNTER provided HOLMES and BALWANI with the list of these 193 tests, Theranos came back about a week later and said that they could now do all of these 193 tests on the Edison. They were told by HOLMES and BALWANI that Theranos could do all of these 193 tests and that they could do them on the Edison.

As part of the project the Innovation team wanted to do blood tests with Theranos and then go do the same blood tests at Stanford, but Theranos would not let them do that. During a visit to Theranos, HUNTER asked when they were going to do a lab tour. HOLMES then took Dr. JAY ROSAN (ROSAN) aside and told him to to tell HUNTER to stop asking about doing a lab tour as they were not going to do a tour of the lab. HUNTER started asking harder and harder questions about Theranos' technology, and they were not providing answers. When HUNTER would ask questions Theranos would not give answers, even to questions such as where is the lab, where they would provide vague answers that did not answer the question such as it is in the cloud. When Theranos was backed into a corner they would allude to not being able to answer to protect trade secrets. HOLMES was perturbed by HUNTER's questions. Theranos then started going to Dr. ROSAN about HUNTER, and Dr. ROSAN would tell HUNTER he was being kind of hard on Theranos with his questions. After this they started to take HUNTER out of the loop on certain items and they were having meetings with just Dr. ROSAN. HUNTER was asked to focus more on the regulatory aspect of the project instead of the technology.

HUNTER reported to RENAAT VAN DEN HOOFF (RENAAT) that they should not go further with Theranos unless they could get some answers about their technology. HUNTER also went to RENAAT a couple of times and told him there was not anything overly proprietary about what Theranos was doing as there were already other point of care devices on the market such as the Piccolo and iStat. The Piccolo for example could do 25 tests on a few drops of blood and had been on the market for 15 years already.

During a video teleconference, HUNTER told HOLMES that this is not

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Kevin Hunter, On 11/29/2021, Page 3 of 4

Facebook or Apple, it is lab testing which people use to make medical decisions and she could be responsible for killing someone as a result of making medical decision based on bad test results from Theranos and she could go to jail as a result. HOLMES responded in a curt manner by saying something to the effect of "They don't put pretty/attractive people like me in jail". Others from the Walgreens Innovation team who were also present for this conversation would have included RENAAT and WAYNE PRINCE (PRINCE), a project manager who also left in 2010. Dr. ROSAN might have also been on the line, but would not have been in the room with HUNTER and the others, and HUNTER was not certain if he were on that call or not. BALWANI from Theranos was also present for this conversation.

RENNAAT shut down the project in December 2010 for a time, but then left Walgreens. RENAAT shared HUNTER's concerns and asked HUNTER to keep them within the lines from a regulatory perspective. When PRINCE left Walgreens brought in KIM ROMANSKI (ROMANSKI).

At the end of 2011 HUNTER met with ROMANSKI and they agreed it was not a good idea for HUNTER to continue working on the project because he, in effect, made ROMANSKI's job more difficult with all his questions. Both HUNTER and ROMANSKI were frustrated with HUNTER's interaction with Theranos, so it was mutually agreed that HUNTER would depart.

Theranos sent Walgreens two Edison devices at the end of 2010, and Walgreens asked for the reagents to test the device for themselves. However, Theranos would send Walgreens reagents which were either expired or those that could not be used to validate the technology. Walgreens could never get the instrument to work. Additionally, Theranos put tamperproof tape on the device and prohibited Walgreens from opening the device. Theranos did not refer to a version number for the devices they sent to Walgreens. Walgreens received the physical devices after HOLMES' response to HUNTER's comments about the possibility of killing someone.

Theranos provided the Walgreens Innovation team with the presentation they had been using to go raise money from the "Blues" (Blue Cross Blue Shield). BALWANI would provide correlation scatter plots to show that they had done validations. HUNTER told Theranos that they needed to get a CLIA license. HUNTER asked how they did trials without having and FDA approved device. HUNTER would also ask Theranos if all they were doing was diluting

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Kevin Hunter, On 11/29/2021, Page 4 of 4

a sample and running it on approved devices.