1  JOHN D. CLINE (CA State Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
7  Washington, D.C. 20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) **DECLARATION OF KATHERINE TREFZ IN SUPPORT OF MS. HOLMES' RESPONSE TO UNITED STATES' SENTENCING MEMORANDUM** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) |
| Defendants. | ) Hon. Edward J. Davila |

DECLARATION OF KATHERINE TREFZ
CR-18-00258-EJD

I, KATHERINE TREFZ, declare as follows:

1. I represent Defendant Elizabeth Holmes and am a member of the Bar of this Court. Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, I submit this declaration in support of Ms. Holmes' Sentencing Memorandum.

2. Attached as Exhibit A-1 is a true and correct copy of a collection of additional letters in support of Ms. Holmes addressed to the Court received by counsel for Ms. Holmes between Ms. Holmes' November 10, 2022 filing and this filing. (A redacted version is being filed publicly. An unredacted version is being filed under seal.)

3. Attached as Exhibit CC is a true and correct copy of excerpts of the deposition of Dr. Jay Rosan taken in *In re Arizona Theranos, Inc. Litigation*, Civil Action No. 2:16-cv-2138-HRH, on May 16, 2019.

4. Attached as Exhibit DD is a true and correct copy of excerpts of the deposition of Wade Miquelon taken in *In re Arizona Theranos, Inc. Litigation*, Civil Action No. 2:16-cv-2138-HRH, on August 9, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of November 2022 in Washington, D.C.

                      KATHERINE TREFZ
                      Attorney for Elizabeth Holmes

DECLARATION OF KATHERINE TREFZ
CR-18-00258-EJD