# Exhibit A-1

November 14, 2022

Hon. Edward Davila
San Jose Courthouse, Courtroom 4 – 5th Floor
280 South 1st Street
San Jose, CA 95113

Re: Elizabeth Holmes

Dear Judge Davila,

My name is Channing Robertson. I am the Ruth G. and William K. Bowes Professor in the School of Engineering, Emeritus, at Stanford University. I have been on the Chemical Engineering faculty for the past 52 years. During this time I served as Department Chair for eight years and Senior Associate Dean for Faculty and Academic Affairs in the School of Engineering for six years. I have mentored 44 PhD students to degree completion and taught thousands of undergraduates and graduates. In addition I served pro bono on numerous national projects sponsored by the National Academy of Sciences including co-authoring the chapter *Reference Guide on Engineering* in the 3rd edition of the Reference Manual on Scientific Evidence in conjunction with the National Research Council and the Federal Judicial Center as well as the report *Strengthening Forensic Science in the United States: A Path Forward*. In so doing I was privileged to have worked with several federal judges including Gladys Kessler, Judge, District Court for the District of Columbia, Jed Rakoff, Judge, District Court, Southern District of New York, and Harry Edwards, Judge, U.S. Court of Appeals for the District of Columbia Circuit. I received an undergraduate degree in Chemical Engineering from U.C. Berkeley and a PhD from Stanford University specializing in microfluidics. At Stanford my research program was focused broadly in biotechnology.

I am writing to tell you of my experiences having known Elizabeth Holmes over the past twenty years. I realize this letter comes to you at the eleventh hour and for that I apologize. While intending to write for some months, personal circumstances led to unavoidable delays. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Realizing that you are preparing to sentence Elizabeth, I committed to writing this letter today as I have witnessed Theranos from its inception to its end and perhaps my view of what transpired might be of some help to you. In some respect, I was in the room where it happened.

I first met Elizabeth in the early 2000s when she was a Freshman at Stanford. She had been appointed a President's Scholar signifying being academically among the top 10% of her entering class. With that recognition came a monetary award to be used in a research project of her choice during her freshman and sophomore years. She approached me initially to enroll in a sophomore seminar I was teaching on controlled drug delivery systems. As a freshman she was not eligible, however I allowed her to sit in and participate in the class as she struck me at that time as being quite a special talent – someone mature beyond her age. Soon thereafter she asked

if she could join my research group. I paired her up with one of my PhD students and another more senior undergraduate and she joined the group. I had never brought a freshman into the lab, however, I was impressed with her interest, innate curiosity and desire to learn about the research enterprise. This resulted in a peer reviewed research paper [*Simultaneous Measurement of Enzyme Surface Diffusion and Surface Reaction Using Microfluidic Patterning of Substrate Surfaces,* Shaunak Roy, Jerry M. Thomas, Elizabeth A. Holmes, James T. Kellis Jr., A.J. Poulose, Channing R. Robertson and Alice P. Gast, J. Anal. Chem., 77, 8146-8150 (2005).]

After spending a summer at a genomics institute in Singapore she returned to Stanford to begin her sophomore year. She showed me a patent application she had worked on over the summer and I was quite impressed with the novelty and depth of thought that it represented describing a wearable system to monitor blood analytes and respond by delivering drugs to offset metabolic imbalances for a wide range of conditions. Basically she had described a closed loop feedback measurement/delivery system. It was a lab and pharmacy designed for an individual. This led her to suggest that she could put this into practice by starting a company. The rest is history.

She asked me to join her board. Initially, it was just the two of us. The first two employees were the PhD student and undergraduate with whom she had worked in my lab. As time went on she raised funds to support the effort and hired additional engineers and scientists. During the decade of 2002 -2012 or thereabouts the company grew and ultimately focused on a measurement system to detect and quantify analytes in extremely low volumes of bodily fluids. Normally blood draws are around 3 – 10 milliliters whereas Theranos was designing for microliter samples, 100 – 1000 times smaller, for which there are numerous benefits. In addition, the business model was predicated not on a conventional central lab dogma but on a highly distributed system where instruments would be deployed locally, for example, in markets, drugstores, clinics, homes, elder care facilities, urgent care units, etc. In around 2013 the board was reformulated. I retired from Stanford [although I still continue to teach], relinquished my board seat and assumed a position aimed at exploring beyond the immediate issues of design, verification, validation associated with current product design how we might design more advanced measurement systems to prepare for a continuing product stream in the future.

It was indeed a sad day in 2018 when Theranos was shuttered. Dreams were shattered and the prospect of changing in a substantive way how and when we interrogate the condition of bodily fluids critical to life's processes ceased to exist. Somewhere, someday, someone will reignite the torch and take her ideas to the next level.

With this backdrop I want you to know that during these twenty years I never once saw her engage in an activity intended to defraud or deceive anyone. Mistakes were made, designs failed to perform as intended and required redesign, there were errors in marketing/branding decisions, poor advice was given and taken. Such is the nature of a startup. In retrospect many things that went astray, while surely unintentional, were not remedied as promptly as one would have hoped. In the end, Theranos became a target that bled profusely when hit.

I realize that lending support to Elizabeth is not a popular pastime. Nonetheless, I took the journey to help make her vision a reality. For me it was the right thing to do. What I did fail to

recognize was that she was too trusting – trusting in individuals who were untrustworthy. What a shame.

As the sun set on Theranos, Elizabeth and I along with nearly 50 Theranos scientists and engineers published a peer reviewed paper describing in extensive detail the state of Theranos' technology in the 2017 timeframe [Nourse, Marilyn B., et al. "Engineering of a miniaturized, robotic clinical laboratory." *Bioengineering & Translational Medicine* 3.1 (2018): 58.]  It shows the possibility of combining multiple detection modalities to measure very small volumes of bodily fluid analytes in a miniaturized device with the precision and accuracy comparable to instruments currently used in centralized clinical laboratories. Not smoke and mirrors. Not a pipe dream. Not fake it 'till you make it.

Over the past twenty years I have spent hours upon hours with Elizabeth Holmes. Her attributes of compassion for others, her hope to make this a better world, her empathy for her teams at Theranos while expecting the best from them, her desire to give and not take, all combine to imbue her with qualities that inspired many young scientists and engineers to join with her in a crusade that could have, and would have improved the quality of life for all.

And now we find ourselves at a crossroad. Having been convicted by a jury of her peers, an outcome which I have yet to come to terms with, I respect the process and understand she must pay a debt to society which is for you to decide.

At the core I believe her to be a good and decent person. I believe she meant no harm to anyone. She does not harbor ill will towards others. I know Elizabeth Holmes. Most people do not. They know about her. That is the spirit in which I write to you.

I appreciate your consideration,

*[signature]*
Channing Robertson

Hon. Edward J. Davila
San Jose Courthouse, Courtroom 4 – 5th Floor
280 South 1st Street
San Jose, CA 95113

Dear Judge Davila:

Your Honor,
Please accept this letter in support of Elizabeth Holmes. I kindly ask for your consideration to read the following that I would like to share about the CEO that I got to know at Theranos.

I was an employee at Theranos from late 2009 to mid 2017. I was hired in the chemistry department (QC and then R&D) around the same time that Sunny Balwani had officially joined the company . I was also interviewed by him as part of my process of employment. I felt some of the influences from him that were present throughout my time there. However, I never saw any wrong doing or ill will from the side of Elizabeth herself. In fact, the complete opposite as we always saw she was focused on credible data and quality was always superior to any pressures of timelines that existed.

I frequently saw Elizabeth around the office and was a part of some meetings. I witnessed several moves in the company as we expanded and grew over the years. I saw many visitors including possible investors and even celebrities, that would visit our work areas and walk around with Elizabeth, including the labs. Elizabeth was always transparent and courteous and beyond all, very professional.

I had worked for start ups before and understood the extra time and energy that it demanded from its employees. When I joined Theranos, my kids were 2 years and 4 years old. Today, one is almost finishing high school and one has started college. I have been asked on several occasions since all the negative news came out, by friends and even my kids and other family members, why I worked at Theranos for so long…and stayed through the bad press? To me it has always been a simple answer: I believed in Elizabeth Holmes. That is why I feel I need to express my thoughts in this letter. No, I was not paid anymore outside of my title or felt in anyway brain washed as some had thought. In fact, we had some tough times and longer hours expected than I had ever believed was something I could give any place.

When I think back, I don't regret it for a moment because every blood, sweat, and tear that Elizabeth gave to the purpose of Theranos, (without any monetary gain whatsoever) was seen by the true employees that wanted to see it. If I gave anything that I hoped would help the vision we shared, it was because I saw Elizabeth put in a million times more every single day, and night. That energy and conviction should never be looked at as a crime!

As a women, there are daily challenges for us in this world. Many are too insignificant to others that may not want to understand true gender apartheid. I say this as parts of the world today have women struggling to have their voices heard for the very basic. Their only crime might

4

sadly involve being born a 'woman' in this world. I immigrated to this country with my parents when I was only 3 years old as my parents didn't want me to ever experience this type of inequality that existed in my homeland. I never thought I would be a part of something so big in Silicon Valley, but at the end of the day, I just believed in one strong woman that dared to pave the road never traveled before by other women. Today, my heart aches that Elizabeth could be incarcerated for simply dreaming so big and wanting to pursue a passion that would in time truly make amazing scientific changes in the industry.

Please consider this woman's hard work, dedication, and determination for good causes and good changes in the world as more than the end of her. She has so much to still give to this world and by limiting those special abilities, society will miss out. There is no gain in incarcerating a truly good person with good intentions. It also hurts others that would ever dare to dream again in this way, especially other women!
This is not the first time mistakes are made by a CEO but when it's a young woman who dares to take the stage and do the impossible in an industry that just wasn't ready for it yet, that is what we are seeing here. It should not be a crime to be a sincere, hard working individual who worked, from what I saw, 20 plus hours a day and for years of her young life. It should not be a crime to remember birthdays and send small notes/emails to your employees to let them know you care. This is the Elizabeth Holmes that I got to know, and truly feel honored to have had the pleasure of working with in my life.

Please consider leniency in this case for Elizabeth. The recent years of pain that she has endured as being so misunderstood in her endeavors to just do good, should be enough for a lifetime of payback. Allow her to give herself to her family and to be together in peace. I am sure she will continue to give even more to the world in many positive ways at the same time.

Sincerely,

Nahal Gharaati,



Tom Kosnik
*Partner, FoundersX Ventures*
*3000 Sand Hill Road, Building 2., Suite 150*
*Menlo Park, CA 94025*

*Former Adjunct Professor,*
*Department of MS&E*
*Stanford University*
*1990-2018*

*Former Assistant Professor,*
*Harvard Business School*
*1985-1989*

*Consulting Professor,*
*National University of Singapore (NUS)*
*2002 - Present*

Hon. Edward J. Davila
San Jose Courthouse, Courtroom 4, 5th Floor
280 South First Street
San Jose, CA 95113

November 10, 2022

Dear Judge Davila,

The purpose of this letter is to provide my support for Ms. Elizabeth Holmes, who is about to be sentenced.

To help you assess the credibility of this letter of recommendation, I have been a faculty member for 37 years. From 1985-1989, I taught marketing at the Harvard Business School (HBS). I was also a visiting professor at HBS from 1994-1997, while simultaneously teaching at Stanford University. I have taught a variety of courses in Stanford University's Department of Management Science and Engineering from 1990-2018. I have also taught entrepreneurship at National University of Singapore from 2002 to the present

I have known Elizabeth Holmes since her freshman year at Stanford, 2002-2003. Professor Channing Robertson, who was a Dean of Engineering, introduced Elizabeth to me. Elizabeth had been working with Professor Robertson as a researcher in his lab on microfluidics (very small samples). Since she was about to leave Stanford to start a company, he thought that because I was teaching Global Entrepreneurial Marketing and Technology Entrepreneurship, I could Help Elizabeth to launch Theranos. This is common practice among many Stanford faculty to help students and alumni in this way, as long as there is no conflict of interest.

Elizabeth and I met regularly, and students in My Global Entrepreneurial Marketing Course in 2004 worked on a project to help her with marketing. Team projects are an important part of the course, and Elizabeth was one of 15 entrepreneurs who my students selected for the project. Students chose the projects, and there was no pressure from me for students to work with any new venture. Although Elizabeth was younger than my graduate students, the teams that worked with her learned from her and very much enjoyed the process.

Elizabeth and I worked fairly closely from 2003 to 2008, and again in 2015, both as an advisor and through her continued focus on helping other students in Singapore on entrepreneurship.

These qualities make Elizabeth Holmes unique among other students I know.

**Her desire to do the right thing,** demonstrated by how she sought advice from amazing leaders including Channing Robertson, Larry Ellison, Founder and CEO of Oracle, Riley Bechtel a board member of Bechtel Corporation provided counsel and also served on Theranos' board of directors.

**Her commitment to social impact,** demonstrated by the fact that her mission in starting Theranos was to help millions of patients get multiple blood tests from a single sample. Some entrepreneurs are driven by a desire to become rich and or famous. Relatively few are focused on social impact from the beginning.

**Her clear and compelling vision**, demonstrated by her inventiveness which led to hundreds of patents in the U.S. and around the world.

**Her maturity as a very young founder**, demonstrated by the poise that she exhibited in her interactions with her employees, customers, board of directors, and business partners.

**Her grace under pressure,** demonstrated by how she led Theranos through difficult stages that are part of scaling from a startup to a large global venture.

I am comparing Elizabeth Holmes' performance with over 8,000 students I have taught or worked with since 1985, including over 650 Harvard MBAs, over 150 Stanford MBAs and Sloan Program M.S. Management. The other students are a mix of Masters, Ph.D., and undergraduate students in my courses at Stanford Engineering, and 350+ students from around the world who have taken the undergraduate entrepreneurship course (E145), which is offered during Stanford's summer quarter. She is in the top 1% of those 8,000+ students.

I am also comparing her with 50+ founders who I have worked closely with since 1990. She is in the top 1% of that peer group as well.

On the personal side, Elizabeth is the mother of ▇▇▇▇ (aged 16 months) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

Bottom Line, I do not believe that Elizabeth should serve time in prison. She can have a positive impact if she is allowed to remain free, under probation.

If you have questions, I am available at:

▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇


Thank you for your consideration,

*Tom Kosnik*

Tom Kosnik

███████████████████████████

14/11/2022

███████████████████████

To Whom It May Concern,

I am writing from Ireland in the hopes that you will consider the other side to the mistakes made by Elizabeth Holmes.

I am a 34 year old woman with a degenerative neurological illness. I am terminally ill and I am writing to you to please consider not sending Elizabeth Holmes to jail. I do not personally know Elizabeth, I of course, have seen the media destroy her reputation, but as someone who has a neurological illness with no hope of a cure I need people like Elizabeth to continue to dare to innovate.

Yes, she made mistakes. Yes, she failed, but Elizabeth dared to innovate. She dared to dream and people like me, who have illnesses that will never make anyone profit, we need to ensure that those who try (and fail) do not risk criminal charges. Elizabeth was the first person to give me hope, not necessarily that there will be a cure for me but that with enough innovation there might be cures in the future.

Elizabeth did what so many in the Tech world do- she tried, she sought investment- and in her case I believe there is evidence that she simply ran out of time.

If you send Elizabeth to jail, you are essentially sending every young person with a terminal illness like me with her. Elizabeth represents the risk the tech world takes when it tries to find cures for people like me.

She made a mistake. Please consider giving her community service so she can make the world better. Please remember that the world is watching- jailing her will mean no further innovations in the tech world, and people like me urgently need innovation- even though that may mean other Elizabeth's who fail. Hold the tech world accountable to put better checks and balances in place, rather than punish Elizabeth as a way to make an example.

I am 34 and am unlikely to see 35. Tech innovation in the future could change the next generation of people living with degenerative, neurological illnesses. Please keep this in mind. Punishing Elizabeth Holmes also punishes people like me, who desperately want innovation to continue. People like me who desperately want people to keep dreaming and trying and daring. I understand Elizabeth Holmes made mistakes- she was young and naïve- but don't turn her mistakes into a devastation for people who are terminally ill.

Kind Regards,

Ms. Williams (address and email address supplied)

Hon. Edward J. Davila
San Jose Courthouse, Courtroom 4 – 5th Floor
280 South 1st Street
San Jose, CA 95113

Dear Judge Davila,

I have known Elizabeth for a couple of years and throughout the time of getting to know her I have always thought she was clearly extremely smart but also a really kind person. I find these two combinations very hard to come by in life. I've always enjoyed our intellectual discussions but she has always been very thoughtful and caring.

One specific story - we went to the lake and went boating last summer and my husband hurt his foot it struck me how months later she would follow up and ask how he was doing. I know this sounds simple but no one else cares to follow up and have so much empathy.

We always had such great conversations and both being new mothers we really have bonded over that as well. Elizabeth is such a wonderful mother to her baby, ▮▮▮▮ and despite all the stress she was going through with the trial I admired how never seemed to be short tempered around her loved ones. Going through all that she carried on being so loving and kind.

I really think Elizabeth is a wonderful person and one of a kind. I think the world needs her empathy, compassion, thoughtfulness, and spirit. Selfishly I would also like to spend more time with her and have our children and families play together in the coming years.

*[signature]*

Lisa Green
11/15/2022