1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )
6                                     )  CR-18-00258-EJD
                    PLAINTIFF,        )
7                                     )  SAN JOSE, CALIFORNIA
             VS.                      )
8                                     )  NOVEMBER 7, 2022
     RAMESH "SUNNY" BALWANI,          )
9                                     )  PAGES 1 - 18
                    DEFENDANT.        )
10   _____  )

11

                       TRANSCRIPT OF PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14

     FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                         BY:  JOHN C. BOSTIC
                                JEFFREY B. SCHENK
16                         150 ALMADEN BOULEVARD, SUITE 900
                           SAN JOSE, CALIFORNIA 95113
17
                           BY:  ROBERT S. LEACH
18                              KELLY VOLKAR
                           1301 CLAY STREET, SUITE 340S
19                         OAKLAND, CALIFORNIA 94612

20             (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTER:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23

24      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
25

```
 1      A P P E A R A N C E S: (CONT'D)

 2      FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 BY:  SHAWN ESTRADA
 3                               THE ORRICK BUILDING
                                 405 HOWARD STREET
 4                               SAN FRANCISCO, CALIFORNIA 94105

 5                               BY:  JEFFREY COOPERSMITH
                                 701 FIFTH AVENUE, SUITE 5600
 6                               SEATTLE, WASHINGTON 98104

 7      U.S. PROBATION:         JESSICA GOLDSBERRY

 8

 9      ALSO PRESENT:           OFFICE OF THE U.S. ATTORNEY
                                 BY:  SARA SLATTERY, PARALEGAL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1     SAN JOSE, CALIFORNIA                    NOVEMBER 7, 2022

 2                    P R O C E E D I N G S

 3          (COURT CONVENED AT 9:34 A.M.)

 4              THE COURT:  LET'S CALL 18-258, UNITED STATES VERSUS

 5     RAMESH BALWANI.

 6          LET ME HAVE THE APPEARANCE OF THE PARTIES, PLEASE.

 7          WHO APPEARS FOR THE GOVERNMENT?

 8              MR. LEACH:  GOOD MORNING, YOUR HONOR.

 9          ROBERT LEACH ON BEHALF OF THE UNITED STATES.

10          I'M HERE WITH JEFF SCHENK, JOHN BOSTIC, AND KELLY VOLKAR.

11              THE COURT:  THANK YOU.  GOOD MORNING.

12              MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.

13          JEFF COOPERSMITH ON BEHALF OF MR. BALWANI.

14          I'M HERE WITH MY COLLEAGUE, SHAWN ESTRADA, AND MR. BALWANI

15     IS PRESENT.

16              THE COURT:  THANK YOU.  GOOD MORNING.

17          WHO APPEARS FOR PROBATION?

18              PROBATION OFFICER:  GOOD MORNING, YOUR HONOR.

19          JESSICA GOLDSBERRY FOR PROBATION.

20              THE COURT:  THANK YOU.  GOOD MORNING.

21          WE'RE HERE TODAY BECAUSE OF A NOTICED MOTION, I THINK IT'S

22     1621, A MOTION TO CONTINUE SENTENCING.

23          I'VE READ THE MOTION, THE OPPOSITION, THE REPLY, AND

24     SOMETHING CALLED A SUPPLEMENTAL REPLY.

25          ARE THERE ANY OTHER PLEADINGS THAT THE PARTIES WANT TO
```

4

```
09:34AM   1        CALL MY ATTENTION TO?

09:34AM   2                  MR. LEACH:  NO, YOUR HONOR.

09:34AM   3                  MR. COOPERSMITH:  NO, YOUR HONOR.

09:34AM   4                  THE COURT:  ALL RIGHT.  FOR MR. COOPERSMITH, WHY

09:35AM   5        DON'T YOU GIVE US AN UPDATE ON THE MEDICAL SITUATION.

09:35AM   6                  MR. COOPERSMITH:  YES, YOUR HONOR.

09:35AM   7             ONE THING I'LL NOTE IS THAT THESE ARE PRIVATE MATTERS,

09:35AM   8        AND --

09:35AM   9                  THE COURT:  WELL, YOU CAN TALK ABOUT THEM WITHOUT

09:35AM  10        GETTING INTO DETAIL I THINK.

09:35AM  11                  MR. COOPERSMITH:  I WILL TRY, YOUR HONOR.

09:35AM  12                  THE COURT:  SURE.

09:35AM  13                  MR. COOPERSMITH:  AND IF THE COURT HAS QUESTIONS

09:35AM  14        THAT GET INTO DETAIL, I'LL ASK YOU TO SEAL THE COURTROOM.

09:35AM  15                  THE COURT:  RIGHT.

09:35AM  16                  MR. COOPERSMITH:  I UNDERSTAND.

09:35AM  17             SO THE MEDICAL SITUATION IS UNCHANGED FROM WHAT YOU'VE

09:35AM  18        READ ABOUT IN OUR PAPERS, YOUR HONOR.

09:35AM  19             THERE'S STILL THIS ISSUE THAT REQUIRES MR. BALWANI TO TAKE

09:35AM  20        MEDICATION AND --

09:35AM  21                  THE COURT:  LET ME LOOK AT THE LATEST DOCTOR'S

09:35AM  22        UPDATE THAT YOU BROUGHT WITH YOU TODAY.

09:35AM  23                  MR. COOPERSMITH:  OH, YES, YOUR HONOR.

09:35AM  24                  THE COURT:  DID YOU SHARE THAT WITH THE GOVERNMENT?

09:35AM  25                  MR. COOPERSMITH:  I CAN GIVE THEM A COPY,
```

09:35AM  1    YOUR HONOR.

09:35AM  2            THE COURT:  SURE.  THAT WOULD BE HELPFUL.

09:35AM  3            MR. COOPERSMITH:  AND -- (HANDING.)

09:35AM  4       THIS IS JUST FROM A VISIT TO THE PHYSICIAN ON FRIDAY, LAST

09:35AM  5    WEEK, ON NOVEMBER 4TH.

09:35AM  6            THE COURT:  SURE.

09:35AM  7            MR. COOPERSMITH:  AND IT JUST -- AND I CAN GO INTO

09:36AM  8    DETAIL ABOUT WHY CERTAIN PRESCRIPTIONS WERE CHANGED AND WHAT

09:36AM  9    IMPACT THEY HAVE, BUT, AGAIN, IT WOULD BE HARD TO DO THAT IN

09:36AM  10   OPEN COURT.

09:37AM  11        (PAUSE IN PROCEEDINGS.)

09:37AM  12           THE COURT:  WELL, THIS IS INVOLVING A MEDICATION

09:37AM  13   CHANGE.

09:37AM  14           MR. COOPERSMITH:  YES, YOUR HONOR.  AND IT WOULD BE

09:37AM  15   PERHAPS HELPFUL TO THE COURT TO HEAR SOME MORE DETAIL ABOUT WHY

09:37AM  16   THAT OCCURRED AND WHAT THE SITUATION IS, BUT, AGAIN, I DON'T

09:37AM  17   KNOW HOW I CAN DO THAT IN AN OPEN COURTROOM.

09:37AM  18        (PAUSE IN PROCEEDINGS.)

09:37AM  19           THE COURT:  SO THE LAST -- ONE OF YOUR PLEADINGS

09:37AM  20   SUGGESTS THAT I THINK THERE WAS A FOUR WEEK TIME PERIOD, AND IT

09:37AM  21   WAS MENTIONED.  AND THAT SHOULD -- LET'S SEE.  WOULD THAT

09:37AM  22   HAVE -- WELL, THERE WAS 21 DAYS INITIALLY, I THINK, IN THE

09:37AM  23   PLEADINGS.  THAT SHOULD TAKE US TO NOVEMBER 3RD.  AND THEN

09:37AM  24   THERE WAS A FOUR WEEK PERIOD THAT SHOULD TAKE US A LITTLE BIT

09:37AM  25   BEYOND.

09:37AM   1        DO YOU HAVE ANY UPDATE -- ANY OTHER MEDICAL UPDATES OTHER

09:38AM   2   THAN MEDICATION CHANGES?

09:38AM   3            MR. COOPERSMITH:  ONLY -- WHAT I CAN SAY OPENLY,

09:38AM   4   YOUR HONOR, IS THAT THERE IS NO CHANGE IN MR. BALWANI'S

09:38AM   5   CONDITION, AND THAT YOU'RE CORRECT THAT ON AVERAGE FOUR WEEKS

09:38AM   6   IS A TIMEFRAME WHERE THIS ISSUE FOR SOME PATIENTS IS RESOLVED,

09:38AM   7   BUT IN THIS CASE IS NOT YET TO BE RESOLVED.

09:38AM   8        OBVIOUSLY THE FOUR WEEKS IS NOT A HARD AND FAST RULE.  IT

09:38AM   9   COULD OCCUR IN THAT TIMEFRAME OR NOT.

09:38AM   10       AND AS WE ALSO EXPLAINED, IF IT IS NOT RESOLVED IN THAT

09:38AM   11   TIMEFRAME, THERE IS ADDITIONAL MEDICAL TREATMENT THAT

09:38AM   12   MR. BALWANI WOULD HAVE TO CONSIDER.

09:38AM   13       SO --

09:38AM   14            THE COURT:  THAT'S WHAT I THOUGHT WE WOULD BE

09:38AM   15   TALKING ABOUT TODAY BECAUSE OF THE PASSAGE OF TIME PUTS US IN

09:38AM   16   THAT FOUR WEEK PERIOD.

09:38AM   17       AND IF THINGS HAVEN'T HAPPENED THEN I THINK YOUR PAPERS

09:38AM   18   SUGGEST AT LEAST TWO OTHER PROCEDURES, POTENTIAL PROCEDURES.

09:38AM   19   BUT --

09:38AM   20            MR. COOPERSMITH:  RIGHT.  IT HASN'T QUITE BEEN FOUR

09:39AM   21   WEEKS, YOUR HONOR.  THE ORIGINAL VISIT, BASED ON THE

09:39AM   22   ATTACHMENT, THE DOCTOR'S NOTES FROM OUR ORIGINAL MOTION, IS

09:39AM   23   OCTOBER 13TH.

09:39AM   24            THE COURT:  RIGHT.

09:39AM   25            MR. COOPERSMITH:  SO IT'S NOT QUITE BEEN THE FOUR

09:39AM 1    WEEKS.

09:39AM 2        SO AFTER THAT DATE, YOU KNOW, I'M NOT SURE IT'S PRECISELY

09:39AM 3    ON NOVEMBER 13TH OR GIVE OR TAKE A DAY, BUT THAT POINT NEXT

09:39AM 4    WEEK, WHICH IS OBVIOUSLY RIGHT ON THE HEELS OF THE CURRENT

09:39AM 5    SENTENCING SCHEDULE, HE WOULD HAVE TO CONSIDER ADDITIONAL

09:39AM 6    PROCEDURES WHICH WE'VE LAID OUT IN OUR PAPERS.

09:39AM 7        THE COURT:  I SEE.  OKAY.

09:39AM 8        WELL, LET ME HEAR FROM THE GOVERNMENT AT THIS POINT BEFORE

09:39AM 9    WE GO -- DISCUSS ANYTHING FURTHER.

09:39AM 10       MR. LEACH:  THANK YOU, YOUR HONOR.

09:39AM 11       I DON'T HAVE ANYTHING ADDITIONAL BEYOND WHAT IS IN OUR

09:39AM 12   PAPERS.  OBVIOUSLY WE DON'T HAVE ANY ADDITIONAL INSIGHT INTO

09:39AM 13   THE DEFENDANT'S CONDITION OTHER THAN WHAT HAS BEEN PROVIDED

09:39AM 14   HERE IN COURT TODAY.

09:39AM 15       THE -- BASED ON THE ONE PAGE THAT MR. COOPERSMITH HAS

09:40AM 16   PROVIDED, THE ONLY THING I'M OBSERVING IS A CHANGE IN

09:40AM 17   MEDICATION, AND IT DOESN'T APPEAR THAT HE HAS ANY APPOINTMENTS

09:40AM 18   SCHEDULED IN THE FORESEEABLE FEATURE.

09:40AM 19       SO I DON'T HAVE ANY MORE INFORMATION THAN THAT.

09:40AM 20       I DID NOTE THE FOUR WEEKS WOULD BRING US INTO EITHER LATE

09:40AM 21   THIS WEEK OR EARLY NEXT, AND WE WOULD LIKE TO KEEP THINGS ON

09:40AM 22   TRACK AS MUCH AS POSSIBLE.

09:40AM 23       THE COURT:  IT DOES SAY NO FURTHER APPOINTMENTS.  IT

09:40AM 24   SUGGESTS EVERYTHING IS FINE.

09:40AM 25       MR. COOPERSMITH:  EVERYTHING IS NOT FINE,

09:40AM 1    YOUR HONOR.  AND MR. BALWANI WOULD REACH OUT AND MAKE AN

09:40AM 2    APPOINTMENT.

09:40AM 3         AND I'LL JUST SAY, HE'S SUFFERING CONSIDERABLE PAIN AND

09:40AM 4    THE MEDICATIONS HAVE AN IMPACT, WHICH I CAN GO INTO IN A CLOSED

09:40AM 5    COURTROOM.

09:40AM 6         AND, YOUR HONOR, ONE OTHER THING IS THAT THE APPOINTMENT

09:40AM 7    THAT WHERE YOU SEE THE MEDICATION CHANGE THAT WAS IN THE PAPER

09:40AM 8    THAT I HANDED UP TO THE COURT, THAT WAS JUST FROM NOVEMBER 4TH.

09:41AM 9    OBVIOUSLY WE'RE NOW A FEW DAYS LATER, THE NEXT BUSINESS DAY,

09:41AM 10   NOVEMBER 7TH, AND THERE ARE GOING TO BE, AS THERE ALWAYS ARE,

09:41AM 11   MORE DETAILED CHART NOTES ABOUT THAT APPOINTMENT.

09:41AM 12        BUT THEY JUST DON'T HAVE THOSE AVAILABLE YET FROM

09:41AM 13   SUTTER HEALTH AS OF COURT THIS MORNING.  YOU KNOW, WE OBVIOUSLY

09:41AM 14   CAN PROVIDE THEM TO THE COURT BUT, YOU KNOW, HOPEFULLY THEY'RE

09:41AM 15   AVAILABLE TODAY AT SOME POINT, BUT I DIDN'T HAVE THEM OTHER

09:41AM 16   THAN THE ONE PAGE I HANDED UP, I DIDN'T HAVE THE CHART AND

09:41AM 17   OBVIOUSLY WE LOOKED FOR THEM AND MY OWN EXPERIENCE IS SIMILAR,

09:41AM 18   AND MAYBE YOUR HONOR'S TOO, THAT SOMETIMES CHART NOTES DON'T

09:41AM 19   GET IN THE FILE RIGHT AWAY AND IT TAKES A DAY OR TWO.

09:41AM 20          THE COURT:  SUTTER HEALTH IS REALLY AMAZING.  THEY

09:41AM 21   REALLY HAVE A COMPREHENSIVE REPORTING SYSTEM, AND IT IS AMAZING

09:41AM 22   HOW YOU CAN GO ONLINE WITH YOUR ACCOUNT AND GET YOUR DOCTOR OR

09:41AM 23   YOUR PHYSICIAN'S NOTES, WHATEVER SHE HAS PUT IN THERE, AND YOU

09:41AM 24   GET THEM IN REAL TIME, SO IT'S A VERY EFFICIENT SYSTEM, MY

09:42AM 25   EXPERIENCE IS.

09:42AM 1        MR. COOPERSMITH:  AND THAT'S EXACTLY WHAT

09:42AM 2   MR. BALWANI HAS BEEN LOOKING AT AND THAT'S WHAT WE WOULD

09:42AM 3   PROVIDE TO THE COURT IF IT WERE AVAILABLE, IT'S JUST NOT

09:42AM 4   AVAILABLE THIS MINUTE.

09:42AM 5        THE COURT:  WELL, LET ME TALK ABOUT SOMETHING THAT

09:42AM 6   IS PERHAPS A LITTLE MORE TANGIBLE THAT WE CAN ACTUALLY FOCUS

09:42AM 7   ON, AND THAT IS THE PROBATION REPORT.

09:42AM 8        MR. COOPERSMITH:  CERTAINLY.

09:42AM 9        THE COURT:  AND YOU DON'T HAVE IT YET.  MY SENSE IS

09:42AM 10  THAT YOU WOULD HAVE TO TODAY.  IS THAT --

09:42AM 11       PROBATION OFFICER:  THEY COULD HAVE IT TODAY.

09:42AM 12       THE COURT:  RIGHT.  SO IF THAT WERE TO HAPPEN, THEN

09:42AM 13  WE WOULD COUNT -- WE WOULD COUNT 14 DAYS FROM THAT.

09:42AM 14     LET ME JUST STATE, YOU'RE ABSOLUTELY RIGHT IN YOUR

09:42AM 15  PLEADINGS, YOU'RE ENTITLED TO HAVE THE REPORT 14 DAYS PRIOR TO,

09:42AM 16  AND SO I -- RECOGNIZING THAT, I AM GOING TO CONTINUE THE

09:42AM 17  SENTENCING FROM THE CURRENT SENTENCE DATE AT A MINIMUM TO ALLOW

09:42AM 18  YOU TO HAVE THE STATUTORY PERIOD OF TIME THAT YOU REQUIRE TO

09:42AM 19  PREPARE.

09:42AM 20     AND I'VE LOOKED AT DATES.  LET'S JUST TALK ABOUT THAT FOR

09:42AM 21  JUST A MOMENT.  THE DATES THAT ARE AVAILABLE TO THE COURT TO

09:43AM 22  CONTINUE ARE WE CAN DO NOVEMBER 23RD, WHICH IS THE DAY BEFORE A

09:43AM 23  HOLIDAY, BUT WE'RE AVAILABLE THEN; DECEMBER 6TH; DECEMBER 7TH.

09:43AM 24     LET'S START WITH THOSE THREE DATES.

09:43AM 25       MR. COOPERSMITH:  YES, YOUR HONOR.

09:43AM 1        A COUPLE OF THINGS, AND WE DID NOTE IN OUR PLEADINGS THAT,

09:43AM 2   YES, THOSE DATES WOULD GIVE US THE 14 DAYS THAT THE LOCAL RULES

09:43AM 3   PROVIDE, AND WE APPRECIATE YOUR HONOR'S SENSITIVITY TO THAT, SO

09:43AM 4   THANK YOU FOR THAT.

09:43AM 5        WE ALSO EXPLAINED, YOU KNOW, SOME OF THE TRAVEL ISSUES

09:43AM 6   WITH MR. BALWANI'S FAMILY IN OHIO.

09:43AM 7            THE COURT:  I READ THAT.  THE CHILDREN HAVE FINALS

09:43AM 8   DURING THAT TIME AND THEY WOULD OTHERWISE BE PRECLUDED.

09:43AM 9        YOU KNOW, MY SENSE IS THEY SHOULD FOCUS ON THEIR FINALS,

09:43AM 10  AND THAT'S THE MOST IMPORTANT THING.  I RATHER EXPECT YOUR

09:44AM 11  CLIENT PROBABLY IN HIS GENEROSITY WOULD WANT THEM TO FOCUS ON

09:44AM 12  THEIR -- DO WELL AND GET A'S CONSISTENTLY ON THEIR EXAMS AS

09:44AM 13  OPPOSED TO BEING HERE, BUT IT'S NOT APPROPRIATE FOR ME TO SAY,

09:44AM 14  BUT --

09:44AM 15           MR. COOPERSMITH:  OF COURSE, YOUR HONOR.

09:44AM 16           THE COURT:  I GUESS I WAS TRYING TO SAY THAT DOESN'T

09:44AM 17  MOTIVATE ME, AND PARDON ME, I DON'T MEAN ANY DISRESPECT TO YOUR

09:44AM 18  CLIENT OR HIS FAMILY, BUT I DON'T FIND GOOD CAUSE IN THAT.

09:44AM 19  MAYBE THE GOVERNMENT, MAYBE THEY DO.

09:44AM 20           MR. LEACH:  WE DO NOT, YOUR HONOR.  WE LAID OUT OUR

09:44AM 21  REASONING IN OUR PAPERS.  THERE ARE A NUMBER OF DIFFERENT

09:44AM 22  INTERESTS AT STAKE IN THE SENTENCING, AND WE DIDN'T THINK

09:44AM 23  FINALS WERE A REASON TO HAVE A SIGNIFICANT DELAY BETWEEN THE

09:44AM 24  TWO SENTENCINGS.

09:44AM 25        SO FOR THE REASONS WE SET FORTH IN OUR BRIEF, WE DID NOT

09:44AM  1    THINK THAT WAS GOOD CAUSE FOR NOT FINDING A DATE IN DECEMBER.

09:44AM  2            THE COURT:  SURE.  WELL, THANK YOU.

09:44AM  3        AND I NOTE THE BROTHER, A BROTHER, I THINK, I DON'T KNOW,

09:44AM  4    I SAW FAMILY MEMBERS HERE, YOU MAY HAVE IDENTIFIED THEM AS

09:44AM  5    BROTHERS AND OTHERS IN COURT.

09:45AM  6        AND I DON'T THINK THAT THESE YOUNG PEOPLE WERE HERE, THE

09:45AM  7    STUDENTS WERE HERE AT ALL.  THEY WERE IN THEIR STUDIES I'M

09:45AM  8    SURE.

09:45AM  9            MR. COOPERSMITH:  YES.  ONE OF THE YOUNG PEOPLE,

09:45AM  10   MR. BALWANI'S NIECE, WAS PRESENT IN COURT.  HER NAME IS

09:45AM  11   TANYA BALWANI.  SHE'S ONE OF THE -- SHE'S A STUDENT AT

09:45AM  12   OHIO STATE.  THAT'S WHY SHE HAS FINALS.

09:45AM  13           THE COURT:  SURE.

09:45AM  14           MR. COOPERSMITH:  I KNOW THAT ORDINARILY,

09:45AM  15   YOUR HONOR, IT WOULD SOUND LIKE, WELL, THESE ARE NIECES AND

09:45AM  16   NEPHEWS.  AND ALSO THERE'S AN ISSUE WITH ONE OF MR. BALWANI'S

09:45AM  17   BROTHERS, RAGESH BALWANI, HE LIVES IN THE BAY AREA, BUT HIS

09:45AM  18   WIFE IS HAVING TO TRAVEL OVERSEAS TO VISIT HER VERY ILL FATHER,

09:45AM  19   AND I KNOW ORDINARILY THE COURT MIGHT THINK, WELL, THAT'S TOO

09:45AM  20   BAD, BUT EVERYONE HAS THEIR OWN SCHEDULES.

09:45AM  21       MR. BALWANI DOESN'T HAVE ANY CHILDREN OF HIS OWN.  HE'S

09:45AM  22   VERY CLOSE TO BOTH OF HIS BROTHERS AND HIS BROTHERS' FAMILIES

09:45AM  23   AND HIS NIECES AND NEPHEWS IN PART BECAUSE HE DOESN'T HAVE

09:46AM  24   CHILDREN OF HIS OWN.  AND SO THESE ARE VERY CLOSE FAMILY

09:46AM  25   MEMBERS, AND CLOSER THAN CERTAINLY I AM TO MY OWN NIECES AND

09:46AM 1   NEPHEWS, AND THAT'S WHY WE BROUGHT THAT TO THE ATTENTION OF THE

09:46AM 2   COURT.

09:46AM 3        THE COURT:  SURE, OF COURSE.

09:46AM 4        MR. COOPERSMITH:  THE ONLY THING I WOULD LIKE TO SAY

09:46AM 5   AGAIN, YOUR HONOR, AND I, AGAIN, I DO APPRECIATE THE COURT'S

09:46AM 6   CONSIDERATION ABOUT THE 14 DAYS, IS THAT -- AND AGAIN, IT'S

09:46AM 7   HARD TO SPEAK OPENLY, BUT THERE'S STILL THESE MEDICAL ISSUES

09:46AM 8   THAT ARE IMPACTING MR. BALWANI, THEY ARE IMPACTING HIS ABILITY

09:46AM 9   TO CONCENTRATE AND FOCUS ON THIS REALLY IMPORTANT TASK AT HAND,

09:46AM 10  AND THIS MAY NOT BE RESOLVED IN THE TIMEFRAME THE COURT IS

09:46AM 11  TALKING ABOUT.

09:46AM 12       THAT'S WHY WE WERE HOPING THAT THE COURT COULD -- WE'RE

09:46AM 13  NOT ASKING FOR A VERY LENGTHY CONTINUANCE AS THINGS GO.

09:46AM 14       THE COURT:  LET ME ASK YOU, ARE YOU ASKING TO BE

09:46AM 15  SENTENCED AFTER THE CODEFENDANT, IS THAT YOUR DESIRE?

09:46AM 16       MR. COOPERSMITH:  THAT WOULD BE THE IMPACT OF THE

09:46AM 17  CONTINUANCE, BUT THAT'S NOT PART OF OUR MOTION, YOUR HONOR.

09:46AM 18       WELL, WE ARE ASKING FOR --

09:47AM 19       THE COURT:  WELL, IMPLICITLY IT ISN'T, BUT ON THE

09:47AM 20  CALENDAR IT IS.

09:47AM 21       MR. COOPERSMITH:  AS IT HAPPENED, YOUR HONOR.

09:47AM 22       BUT WE ARE SIMPLY ASKING FOR THE CONSIDERATION GIVEN THE

09:47AM 23  HEALTH ISSUES SO MR. BALWANI CAN BE SINGULARLY FOCUSSED WITH

09:47AM 24  HIS LAWYERS ON THIS TASK AND THAT'S WHY WE'VE ASKED FOR -- AND

09:47AM 25  I KNOW -- I UNDERSTAND AND I RESPECT THE GOVERNMENT'S INTEREST

09:47AM 1    IN PROCEEDING, AND I RESPECT THE GOVERNMENT'S INTEREST IN

09:47AM 2    PROCEEDING, AND I RESPECT THE COURT'S INTEREST IN PROCEEDING.

09:47AM 3    BUT THIS IS MR. BALWANI'S LIFE, AND THERE'S A LOT AT STAKE

09:47AM 4    HERE.  AND WE'VE ASKED FOR LESS THAN OR APPROXIMATELY A TWO

09:47AM 5    MONTH CONTINUANCE, WHICH I THINK IS NOT UNUSUAL IN THE SCHEME

09:47AM 6    OF THINGS IN COMPLICATED CASES.

09:47AM 7        I DON'T KNOW THAT MS. GOLDSBERRY NEEDS MORE TIME, BUT IT

09:47AM 8    WOULD ALLOW MORE TIME FOR THAT AS WELL SINCE SHE CAN RESOLVE

09:47AM 9    THE OBJECTIONS THAT HAVE GONE BACK AND FORTH BETWEEN THE

09:47AM 10   GOVERNMENT AND THE DEFENSE, AND WE'RE ASKING FOR THAT

09:47AM 11   ADDITIONAL TIME, YOUR HONOR.

09:47AM 12            THE COURT:  NO.  I APPRECIATE THAT.  YOU KNOW, THE

09:47AM 13   CONVICTION, AS YOU POINT OUT IN YOUR PLEADINGS, WAS JULY 7TH,

09:48AM 14   AND WE SET THE SENTENCING FOR NOVEMBER 15TH.

09:48AM 15            MR. COOPERSMITH:  WE NEVER ASKED FOR A PREVIOUS

09:48AM 16   CONTINUANCE.  THIS IS THE ONLY REQUEST.

09:48AM 17            THE COURT:  RIGHT.  NO.  I AM AWARE OF THAT.

09:48AM 18       AND I'M ALSO AWARE THAT WORK STARTS IMMEDIATELY

09:48AM 19   THEREAFTER, YOU KNOW, THE WORK ON WHAT IS NEXT IN THE CASE, AND

09:48AM 20   FROM JULY TO NOW IT'S -- OF COURSE, YOU HAVEN'T HAD THE BENEFIT

09:48AM 21   OF THE PROBATION REPORT, BUT YOU CERTAINLY -- YOU TRIED THE

09:48AM 22   CASE.  YOU HAVE INTIMACY WITH THE KNOWLEDGE AND FACTS OF THE

09:48AM 23   CASE.  SO, SO, I RECOGNIZE THAT.

09:48AM 24       I JUST DON'T THINK GOING INTO JANUARY IS REALLY NEEDED,

09:48AM 25   MR. COOPERSMITH, NOTWITHSTANDING EVERYTHING THAT YOU'VE SAID.

```
09:48AM   1    I DO THINK THAT WE CAN PROCEED, AND I WILL CONTINUE THE CASE.
09:48AM   2    AS I SAID, YOU'RE ENTITLED TO THAT STATUTORILY.  I DON'T THINK
09:48AM   3    JANUARY IS NECESSARY, AT LEAST ON THE STATE OF THE RECORD
09:49AM   4    TODAY.
09:49AM   5         SO I LOOK AT DECEMBER -- WE WON'T DO IT THE DAY BEFORE
09:49AM   6    THANKSGIVING.  I'M NOT GOING TO DO THAT.
09:49AM   7         BUT DECEMBER 6TH OR 7 LOOK LIKE THEY'RE AVAILABLE FOR THE
09:49AM   8    COURT.
09:49AM   9         ARE THEY AVAILABLE FOR THE PARTIES?
09:49AM  10             MR. LEACH:  YES, YOUR HONOR.
09:49AM  11             MR. COOPERSMITH:  MAY I HAVE A MOMENT, YOUR HONOR?
09:49AM  12             THE COURT:  OF COURSE.
09:49AM  13         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)
09:49AM  14             MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  I
09:49AM  15    APPRECIATE THE COURT'S INDULGENCE.
09:49AM  16         WE ARE AVAILABLE, PUTTING ASIDE THE ISSUE OF MR. BALWANI'S
09:50AM  17    FAMILY, WHICH THE COURT ADDRESSED, WE'RE AVAILABLE ON
09:50AM  18    DECEMBER 6TH AND 7TH, EITHER OF THOSE DAYS.
09:50AM  19         I WOULD ASK THE COURT, THOUGH, WHEN THE ADDITIONAL MEDICAL
09:50AM  20    INFORMATION IS AVAILABLE FROM SUTTER HEALTH, THAT WE CAN SUBMIT
09:50AM  21    THAT FOR THE COURT'S CONSIDERATION.  WE'LL HAVE TO SUBMIT IT
09:50AM  22    UNDER SEAL OR I SUPPOSE WE CAN EMAIL TO MS. ROBINSON, OR
09:50AM  23    WHATEVER THE COURT PREFERS, OR WE CAN GO THROUGH THE FORMAL
09:50AM  24    PROCESS OF SEALING PAPERS.  BUT EITHER WAY, WE WOULD ASK THE
09:50AM  25    COURT TO LOOK AT THAT, AND IF YOUR HONOR FEELS THAT ADDITIONAL
```

09:50AM 1     TIME IS NECESSARY, YOU WOULD HAVE THAT OPTION.

09:50AM 2          THE COURT:  WELL, OF COURSE I WOULD.  AND YOU CAN DO

09:50AM 3     WHAT YOU NEED TO DO WHAT YOU THINK IS APPROPRIATE.  IN THE

09:50AM 4     BUREAU OF PRISONS, I'M NOT SAYING ANYTHING, BUT THERE ARE

09:50AM 5     MEDICAL FACILITIES AVAILABLE SHOULD THAT BE NECESSARY ONGOING.

09:50AM 6     I SAY THAT TO YOU JUST FOR YOUR CLIENT'S INFORMATION.

09:50AM 7          AND I DON'T MEAN TO SUGGEST THAT THE COURT HAS MADE ANY

09:50AM 8     DECISION ABOUT SENTENCING AT ALL.  I HAVEN'T SEEN A REPORT IN

09:50AM 9     THIS CASE, SO I DON'T KNOW WHAT IS GOING ON, BUT --

09:50AM 10          MR. COOPERSMITH:  YES, YOUR HONOR.

09:50AM 11          AND ON THAT SCORE I'LL NOTE, YES, THEY ARE REQUIRED TO

09:51AM 12     PROVIDE MEDICAL CARE AND OBVIOUSLY IT MAY NOT COME TO THAT.

09:51AM 13          THE COURT:  RIGHT, RIGHT, IT MAY NOT.  THEN HE CAN

09:51AM 14     HAVE HIS PRIVATE CARE CONTINUED IF THAT'S THE COURSE.

09:51AM 15          MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:51AM 16          BUT I'VE HAD A SERIES OF CASES WHERE THE BUREAU OF PRISONS

09:51AM 17     MEDICAL CARE HAS BEEN SEEN AS DEFICIENT AND YOUR HONOR HAS

09:51AM 18     PROBABLY SEEN THOSE CASES TOO, SO.

09:51AM 19          THE COURT:  WELL, WE'RE AHEAD OF OURSELVES.

09:51AM 20          MR. COOPERSMITH:  YES, YOUR HONOR.

09:51AM 21          THE COURT:  ALL RIGHT.  WELL, LET'S SET -- LET ME

09:51AM 22     JUST ASK, WHAT IS YOUR PREFERENCE ON THOSE TWO DATES?  IS THERE

09:51AM 23     A PREFERENCE FOR YOUR TEAM, MR. COOPERSMITH?

09:51AM 24          MR. COOPERSMITH:  I DON'T HAVE ONE.  I SUPPOSE THE

09:51AM 25     7TH -- AND BY THE WAY, I HAVE NOT CONFERRED WITH MY CO -- OTHER

09:51AM 1    COCOUNSEL LIKE MS. WALSH AND MR. CAZARES, BUT I WOULD IMAGINE

09:51AM 2    THAT HAVING AN ADDITIONAL DAY TO TRAVEL FROM NEW YORK FOR

09:52AM 3    MS. WALSH MIGHT BE HELPFUL.  SO I'LL THROW THE DART AT THE

09:52AM 4    DARTBOARD AND PICK THE 7TH AND HOPE THAT WILL WORK.

09:52AM 5            THE COURT:  ALL RIGHT.  LET'S DO THAT NOW.  WOULD

09:52AM 6    THAT WORK FOR PROBATION?

09:52AM 7            PROBATION OFFICER:  BOTH DAYS WORK, YOUR HONOR, YES.

09:52AM 8            THE COURT:  ALL RIGHT.  AND WHAT WAS -- IF YOU COULD

09:52AM 9    TELL US THE STATUS OF THE COMPLETION OF THE REPORT.

09:52AM 10           PROBATION OFFICER:  THE REPORT IS DONE AND WITH THE

09:52AM 11   SUPERVISOR, BUT I JUST THIS MORNING SEE AN ADDITIONAL LETTER

09:52AM 12   FROM DEFENSE WITH QUITE A FEW MORE OBJECTIONS IN RESPONSE TO

09:52AM 13   THE GOVERNMENT'S LETTER OF OBJECTION.

09:52AM 14      SO --

09:52AM 15           THE COURT:  WELL, LET'S COUNT BACKWARDS FROM THE

09:52AM 16   7TH.

09:52AM 17           PROBATION OFFICER:  SURE.  SO TWO WEEKS.

09:52AM 18           THE COURT:  THAT'S THE 23RD, IS IT?

09:52AM 19           PROBATION OFFICER:  WOULD BE THE 23RD, YES.

09:52AM 20           THE COURT:  DO YOU THINK YOU CAN HAVE THAT -- I'D

09:52AM 21   LIKE THE PARTIES TO HAVE THAT WELL BEFORE THE -- AS EARLY AS

09:52AM 22   POSSIBLE SO THEY HAVE AS MUCH TIME TO PREPARE AS THEY CAN,

09:52AM 23   PARTICULARLY MR. COOPERSMITH.  HE'S SUGGESTING THERE'S SOME --

09:53AM 24           PROBATION OFFICER:  I COULD AIM, ESPECIALLY BECAUSE

09:53AM 25   THERE'S A HOLIDAY WEEK IN THERE, HOW ABOUT IF I AIM TO HAVE IT

09:53AM    1      OUT BY THE 15TH?  THAT WOULD GIVE -- THAT WOULD BE THREE WEEKS

09:53AM    2      BEFORE SENTENCING.

09:53AM    3                   MR. COOPERSMITH:  YOUR HONOR, OBVIOUSLY THAT'S

09:53AM    4      WELL -- EVEN MORE GENEROUS TO THE LOCAL RULES, AND SO I HAVE NO

09:53AM    5      COMPLAINT WITH THAT.

09:53AM    6          I WILL JUST SAY FOR THE RECORD THAT WE DO APPRECIATE

09:53AM    7      MS. GOLDSBERRY'S WORK AND HER OFFICE'S WORK ON THIS.  IT'S A

09:53AM    8      COMPLICATED CASE.  OUR OBJECTIONS, WHICH WERE LENGTHY, WERE NOT

09:53AM    9      MEANT TO BURDEN THE PROBATION OFFICE BUT SIMPLY A REFLECTION OF

09:53AM   10      THE COMPLICATED CASE THIS IS.

09:53AM   11                   THE COURT:  WELL, YOU HAVE TO REPRESENT YOUR

09:53AM   12      CLIENT --

09:53AM   13                   MR. COOPERSMITH:  RIGHT.

09:53AM   14                   THE COURT:  -- IN DOING THAT AND I THINK WE ALL, AND

09:53AM   15      THE GOVERNMENT, RECOGNIZES THAT AS WELL.  AND THERE'S ARGUMENTS

09:53AM   16      THAT YOU NEED TO PRESERVE FOR THAT.  I RESPECT THAT, I DO.

09:53AM   17          OF COURSE THE CODE GIVES US THE STATUTE, THE LOCAL RULES

09:53AM   18      GIVE THE JUDGE TWO WEEKS TO ABSORB ALL OF THAT.  SO I'M TRYING

09:54AM   19      TO SCHEDULE OUR CALENDAR AS WELL.

09:54AM   20          COULD I ASK PROBATION -- COULD YOU GET THAT MONDAY THE

09:54AM   21      14TH?

09:54AM   22                   PROBATION OFFICER:  YES, YES.

09:54AM   23                   THE COURT:  IS THAT ASKING TOO MUCH?  IS THAT ALL

09:54AM   24      RIGHT?

09:54AM   25                   MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.

09:54AM  1          THE COURT:  THE CLOSE OF BUSINESS, THE 14TH, YOU'LL

09:54AM  2    HAVE THAT AND THAT GIVES YOU THE BALANCE OF THAT WEEK TO LOOK

09:54AM  3    AT IT AND PREPARE.

09:54AM  4       WE HOPE THAT THINGS GO POSITIVE IN THE MEDICAL FRONT.

09:54AM  5    YOUR CLIENT IS HERE.  HE LOOKS WELL.  I'M HAPPY TO SEE HIM

09:54AM  6    HERE, AND I HOPE THAT CONTINUES TO GO WELL.

09:54AM  7          BUT AS I SAID, IF YOU WANT TO PROVIDE OTHER UPDATE,

09:54AM  8    INFORMATION TO THE GOVERNMENT AND TO THE COURT, OF COURSE I'LL

09:54AM  9    RECEIVE THAT.

09:54AM 10          MR. COOPERSMITH:  THANK YOU, YOUR HONOR.  HE IS

09:54AM 11    HERE.  HE IS NOT WELL, BUT HE IS HERE, AND WE APPRECIATE THE

09:54AM 12    COURT'S COMMENTS ON THAT.

09:54AM 13          THE COURT:  SURE.

09:54AM 14       ANYTHING FURTHER?

09:54AM 15          MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

09:54AM 16          THE COURT:  ANYTHING FURTHER?

09:54AM 17          MR. COOPERSMITH:  NO, YOUR HONOR.

09:55AM 18          THE COURT:  OKAY.  GOOD SEEING YOU ALL.  THANK YOU.

09:55AM 19          MR. LEACH:  THANK YOU.

09:55AM 20       (COURT CONCLUDED AT 9:55 A.M.)

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074

17

18       DATED:  *

19

20

21

22

23

24

25