# Exhibit X

**(PREVIOUSLY FILED UNDER SEAL)**

### Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF ARIZONA
 3     IN RE:                    )
 4                               ) Civil Action No.
 5     THERANOS INC.,            ) No. 2:16-cv-2138-HRH
 6     LITIGATION,               )
 7
 8
 9                *** CONFIDENTIAL ***
10
11        VIDEOTAPED DEPOSITION OF WADE MIQUELON
12                    August 9, 2019
13                   Chicago, Illinois
14
15
16
17
18
19
20
21
22
23   REPORTED BY:
     Sheri E. Liss,
24   CSR, RPR, CRR, CLR
25   JOB NO. 10057960
```

### Page 2

```
 1         Videotaped deposition of WADE MIQUELON,
 2   taken at the offices of Sidley Austin LLP,
 3   One South Dearborn Street, Chicago, Illinois,
 4   Before Sheri E. Liss, IL-CSR, RPR, and
 5   CRR, commencing at the hour of 9:08 a.m. on
 6   Friday, August 9, 2019
```

### Page 3

```
 1   APPEARANCES:
 2
 3   ON BEHALF OF THE CONSUMER PLAINTIFFS:
 4        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
 5        BY:  MELISSA GARDNER, ESQ.
 6             mgardner@lchb.com
 7             415.956.1000
 8        275 Battery Street, 29th Floor
 9        San Francisco, CA 94111
10   ON BEHALF OF WALGREENS:
11        SIDLEY AUSTIN LLP
12        BY: KRISTEN R. SEEGER, ESQ.
13            kseeger@sidley.com
14            312.853.7450
15        One South Dearborn Street
16        Chicago, Illinois 60603
17   ON BEHALF OF SUNNY BALWANI:
18        DAVIS WRIGHT TREMAINE LLP
19        BY:  RENEE M. HOWARD, ESQ.
20             reneehoward@dwt.com
21             206.622.3150
22        920 Fifth Avenue, Suite 3300
23        Seattle, WA 98104-1610
24
25
```

### Page 4

```
 1   APPEARANCES (continued):
 2   ON BEHALF OF ELIZABETH HOLMES:
 3        COOLEY LLP
 4        BY: JEFF LOMBARD, ESQ. (Via teleconference)
 5            jlombard@cooley.com
 6            206.452.8796
 7        1700 Seventh Avenue, Suite 1900
 8        Seattle, Washington 98101-1355
 9   ON BEHALF OF THE WITNESS:
10        LAURENCE H. LEVINE LAW OFFICES
11        BY: LAURENCE H. LEVINE, ESQ.
12            laurence.levine@lhlevine.com
13            312.927.0625
14        189 East Lake Shore Drive, 16th Floor
15        Chicago, IL 60611
16
17
18   ALSO PRESENT:
19        SLAWOMIR KOJRO, videographer
```

**Page 237**

1　Foundation.
2　BY THE WITNESS:
3　　A.　I don't recall.
4　BY MS. HOWARD:
5　　Q.　Did you have any understanding of how
6　Theranos when it was partnering with Walgreens was
7　addressing throughput issues as you were rolling out
8　more and more testing locations?
9　　　　MR. LEVINE:  Objection.  Foundation.
10　BY THE WITNESS:
11　　A.　I was not involved in that.
12　BY MS. HOWARD:
13　　Q.　Did you have any understanding as to
14　whether Theranos was using commercial testing
15　equipment?
16　　A.　I had a limited understanding.
17　　Q.　And what was your understanding?
18　　A.　My understanding was that two things,
19　one is that they had some commercial equipment which
20　was used to be able to do, again, I don't know if
21　calibration is the right word, but this back and
22　forth checking of traditional equipment versus
23　Theranos equipment.  And I also recall that Sunny
24　and Elizabeth saying that when we started up that
25　there might always be some tests that require venous

**Page 238**

1　puncture by their very nature but over time this
2　should be very, very small.
3　　Q.　And what was your understanding about
4　how those tests that required venous puncture would
5　be analyzed?
6　　A.　My understanding is the ones that
7　required venous puncture would be done on a
8　traditional lab test machine or perhaps outsourced
9　to a lab.  They would not be run on the Edison.
10　　　　MS. HOWARD:  I don't have any further
11　questions.  Thank you.
12　　　　MR. LEVINE:  None here.
13　　　　MS. SEEGER:  We'll reserve signature.
14　　　　MS. GARDNER:  Plaintiffs object to three
15　exhibits that don't have Bates numbers for this
16　litigation, and request that Balwani's counsel
17　substitute and produce copies or meet an confer
18　about the issue.
19　　　　MS. HOWARD:  For clarity, those are
20　Exhibit Nos. 285, 286 and 289; is that correct?
21　　　　MS. GARDNER:  Yes, that is correct.
22　　　　THE VIDEOGRAPHER:  This concludes the
23　deposition.  The time is 4:38.  Off the record.
24　　　　(Whereupon, the proceedings
25　　　　were concluded.)

**Page 239**

1　STATE OF ILLINOIS   )
2　　　　　　　　　　　) SS:
3　COUNTY OF C O O K   )
4　　　　I, SHERI E. LISS, CSR NO. 084-002600, a
5　Certified Shorthand Reporter within and for the
6　State of Illinois, Registered Professional Reporter,
7　Certified Realtime Reporter, do hereby certify that
8　previous to the commencement of the examination,
9　said witness was duly sworn by me to testify; that
10　the said deposition was taken at the time and place
11　aforesaid; that the testimony given by said witness
12　was reduced to writing by means of shorthand and
13　thereafter transcribed into typewritten form; and
14　that the foregoing is a true, correct and complete
15　transcript of my shorthand notes so taken as
16　aforesaid.
17　　　　I further certify that there were present
18　at the taking of the said deposition the persons and
19　parties as indicated on the appearance page made a
20　part of this deposition.

**Page 240**

1　　　　I further certify that I am not counsel
2　for nor in any way related to any of the parties to
3　this suit, nor am I in any way interested in the
4　outcome thereof.
5　　　　I further certify that this certificate
6　applies to the original signed and certified
7　transcripts only.  I assume no responsibility for
8　the accuracy of any reproduced copies not made under
9　my control or direction.
10　　　　IN TESTIMONY WHEREOF I have hereunto set
11　my hand this 19th day of August, 2019.

19　　　　　　　　Sheri E. Liss, CSR, RPR, CRR, CLR