1  JOHN D. CLINE (CA State Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
7  Washington, D.C. 20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                         UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,            )  Case No. CR-18-00258-EJD
                                         )
16        Plaintiff,                     )  [PROPOSED] ORDER GRANTING MS.
                                         )  HOLMES' ADMINISTRATIVE MOTION FOR
17     v.                                )  LEAVE TO FILE UNDER SEAL EXHIBIT A-1
                                         )  TO MS. HOLMES' RESPONSE TO UNITED
18  ELIZABETH HOLMES and                 )  STATES' SENTENCING MEMORANDUM
    RAMESH "SUNNY" BALWANI,              )       *AS MODIFIED*
19                                       )
          Defendants.                    )  Hon. Edward J. Davila
20                                       )
                                         )  FILED UNDER SEAL
21  _____)

22

[PROPOSED] ORDER
CR-18-00258-EJD

1    This CAUSE having come before the Court upon Defendant Elizabeth Holmes' Administrative
2  Motion for Leave to File Under Seal Exhibit A-1 to Ms. Holmes' Response to United States' Sentencing
3  Memorandum.  After due consideration of the filings and the governing law,

4    IT IS HEREBY ORDERED that Ms. Holmes' Motion is GRANTED, and that Ms. Holmes'
5  unredacted Exhibit A-1 be filed under seal and shall not be lodged on the docket until the Court orders
6  otherwise.

7    IT IS FURTHER ORDERED that ~~this Order~~, Ms. Holmes' Administrative Motion for Leave to
8  File Under Seal Exhibit A-1 to Ms. Holmes' Response to United States' Sentencing Memorandum, and
9  the Declaration of Katherine Trefz in Support of Administrative Motion for Leave to File Under Seal
10 Exhibit A-1 to Ms. Holmes' Response to United States' Sentencing Memorandum also shall be filed
11 under seal and shall not be lodged on the docket until the Court orders otherwise.

13  Dated:  November 17, 2022

*[signature]*
Hon. Edward J. Davila
United States District Judge

28  ~~[PROPOSED]~~ ORDER
CR-18-00258-EJD