UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** November 18, 2022 | **Time:** 10:11-11:55 AM; 12:21-2:15 PM | **Judge:** Edward J. Davila |
| | **Total Time:** 3 hr, 38 min. | |
| **Case No.:** 5:18-CR-00258-1 EJD | **Case Name:** *United States v. Elizabeth Holmes* (P) (NC) | |

**Attorney for Plaintiff:**     Robert Leach, John Bostic, Jeffrey Schenk, Kelly Volkar

**Attorney for Defendant**     Kevin Downey, Lance Wade, Amy Saharia, Katie Trefz, Patrick Looby, Andrew Lemens, JR Fleurmont, Richard Cleary, John Cline

**Deputy Clerk:** Cheré Robinson                **Court Reporter:** Irene Rodriguez

                                                                  **Probation Officer:** Kyle Pollak

**PROCEEDINGS - SENTENCING**

Defendant present and not in custody.  Hearing held.

The Court addresses objections to the Presentence Investigation Report.  Arguments of Counsel heard.

The Court rules on objections; separate Order to issue.

The Court sentences Defendant as follows:

> Defendant is sentenced to 135 months as to Counts One, Six, Seven and Eight of the Third Superseding Indictment (ECF No. 469, filed July 28, 2020), to be served concurrently.  Defendant is committed to the Bureau of Prisons to be imprisoned for said term.
>
> Upon release from imprisonment, the Defendant shall serve a term of 3 years supervised release as to Counts One, Six, Seven and Eight of the Third Superseding Indictment to be served concurrently.  The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release.
>
> A special assessment fee of $400 is imposed.  The Court imposes no fine.

Defendant shall self-surrender on April 27, 2023, at 2:00 PM to the designated facility; if a facility has not been designated, Defendant shall self-surrender to the U.S. Marshal's office.  All present conditions of release remain in effect until such surrender.

The Court makes the following recommendation:  The Defendant be designated to the Federal Prison Camp at Bryan, Texas.  The Court finds that family visitation enhances rehabilitation.

The Court requests Counsel meet and confer on a date for a restitution hearing and provide the Court with proposed dates.

*/s/ Cheré Robinson*

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

1

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: