1  JOHN D. CLINE (CA State Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
7  Washington, DC 20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14
    UNITED STATES OF AMERICA,          )  Case No. CR-18-00258-EJD
15                                     )
           Plaintiff,                  )  **[PROPOSED] ORDER GRANTING MS.**
16                                     )  **HOLMES' MOTION FOR RELEASE PENDING**
       v.                              )  **APPEAL**
17                                     )
    ELIZABETH HOLMES and               )
18  RAMESH "SUNNY" BALWANI,            )  Hon. Edward J. Davila
                                       )
19         Defendants.                 )
                                       )
20                                     )
                                       )
21  _____   )

22

23

24

25

26

27

28

[PROPOSED] ORDER
CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion for
2  Release Pending Appeal.  After due consideration of the filings, the governing law, and the argument of
3  the parties:
4      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5      IT IS FURTHER ORDERED that all current conditions of release shall remain in place
6  pending the disposition of the appeal.
7      IT IS SO ORDERED.

9  Dated: _____

                                              _____
                                              Hon. Edward J. Davila
                                              United States District Judge

28  [PROPOSED] ORDER
CR-18-00258-EJD