# TRANSCRIPT ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Elizabeth Foster
**2a. CONTACT PHONE NUMBER:** (503) 954-2232
**3. CONTACT EMAIL ADDRESS:** elizabeth@angelilaw.com

**1b. ATTORNEY NAME (if different):** Michelle Kerin
**2b. ATTORNEY PHONE NUMBER:** (971) 420-0222
**3. ATTORNEY EMAIL ADDRESS:** michelle@angelilaw.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Angeli Law Group, LLC
121 SW Morrison Street, Suite 400
Portland, OR, 97204

**5. CASE NAME:** United States v. Elizabeth Holmes and Ramesh Balw

**6. CASE NUMBER:** 18-cr-00258-EJD

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Irene Rodriguez

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☑ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☐ CIVIL  CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2022 | EJD | Senten | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).
**11. SIGNATURE:** s/Michelle Kerin
**12. DATE:** 12/08/2022

Clear Form    Save as new PDF