STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    john.bostic@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR RESTITUTION HEARING AND HEARING ON MOTION FOR RELEASE PENDING APPEAL AND [PROPOSED] ORDER |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | |

**<u>STIPULATION</u>**

On November 18, 2022, the Court imposed sentence in this matter. During the hearing, the Court asked that the parties meet and confer regarding a restitution hearing date.

On December 5, 2022, the defendant filed a Motion for Release Pending Appeal (ECF No. 1676).

At the Court's request, the parties have met and conferred regarding a restitution hearing date and a date for hearing of the Motion for Release Pending Appeal. In consideration of counsel's, the Court's, and the defendant's availability, the parties' desire to conduct the hearings on the same date so as to promote efficiency, and the government's need for time to consult with victims or their counsel and

to review relevant authorities regarding restitution, particularly in light of the Court's findings regarding loss for purposes of the Sentencing Guidelines during the sentencing, the parties hereby stipulate to and jointly request that the Court set the following schedule:

| | |
|---|---|
| 1/19/2023: | Government's opposition to defendant's Motion for Release Pending Appeal due |
| 2/3/2023: | Government's brief in advance of restitution hearing due |
| 2/23/2023: | Defendant's reply in support of her Motion for Release Pending Appeal due |
| 3/3/2023: | Defendant's brief in advance of restitution hearing due |
| 3/17/2023: | Hearing on defendant's Motion for Release Pending Appeal and on restitution. |

The parties recognize that 18 U.S.C. § 3664(d)(5) provides "the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing." 18 U.S.C. § 3664(d)(5). The parties stipulate and agree there is good cause to conduct the restitution hearing on March 17, 2023 (more than 90 days after sentencing), and that the Court retains authority to determine and impose restitution at or promptly following the hearing on March 17, 2023. *See Dolan v. United States*, 560 U.S. 605, 608, 611 (2010). The defendant consents to holding the restitution hearing on March 17, 2023, and waives any objection based on 18 U.S.C. § 3664(d)(5).

IT IS SO STIPULATED.

DATED:  December 30, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Robert S. Leach*
_____
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
KELLY I. VOLKAR
Assistant United States Attorneys

DATED: December 30, 2022

       /s/
KEVIN DOWNEY
AMY MASON SAHARIA
LANCE WADE
KATHERINE TREFZ
Attorneys for Defendant Elizabeth Holmes

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and the record, and good cause shown, the schedule proposed by the parties above is adopted. The Court finds good cause to hold the hearing on the Motion for Release Pending Appeal and the restitution hearing on March 17, 2023.

IT IS SO ORDERED.

DATED: _____

_____
HON. EDWARD J. DAVILA
United States District Judge