JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELIZABETH HOLMES and ) <br> RAMESH "SUNNY" BALWANI, ) <br> ) <br> Defendants. ) <br> ) | Case No. CR-18-00258-EJD <br><br> **MS. HOLMES' AMENDED NOTICE OF APPEAL** <br><br> Hon. Edward J. Davila |

**AMENDED NOTICE OF APPEAL**

Notice is given that Defendant Elizabeth Holmes hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court entered in this action on January 11, 2023 ("Judgment") (ECF No. 1716); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based.

Dated:  January 17, 2023                              Respectfully submitted,


                                                      /s/ Amy Mason Saharia
                                                      KEVIN DOWNEY
                                                      LANCE WADE
                                                      AMY MASON SAHARIA
                                                      KATHERINE TREFZ
                                                      Attorneys for Elizabeth Holmes

MS. HOLMES' AMENDED NOTICE OF APPEAL
CR-18-00258-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2023 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes