1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
8     Telephone: (408) 535-5061
      Fax: (408) 535-5066
9     Kelly.Volkar@usdoj.gov

10 Attorneys for United States of America

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, | ) Case No. 18-CR-00258 EJD |
| 15 | Plaintiff, | ) DECLARATION OF KELLY I. VOLKAR IN<br>) SUPPORT OF UNITED STATES' OPPOSITION |
| 16 | v. | ) TO DEFENDANT ELIZABETH HOLMES'<br>) MOTION FOR RELEASE PENDING APPEAL |
| 17 | ELIZABETH HOLMES, | ) |
| 18 | Defendant. | ) Date: March 17, 2023<br>) Time: 10:00 a.m.<br>) Court: Hon. Edward J. Davila |
| 19 | | ) |
| 20 | | ) |

VOLKAR DECL. ISO U.S.' OPP'N TO DEF. RELEASE MOT.,
CASE NO. 18-CR-258 EJD            1

I, Kelly I. Volkar, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email exchange between counsel for the government and defense counsel on January 23, 2022.

3. I was informed by our federal partners that Elizabeth Holmes' partner, William Evans, left on the scheduled date (January 26, 2022) to Mexico, and returned on March 4, 2022, from Cape Town, South Africa.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Oakland, California, on January 19, 2023.

DATED: January 19, 2023

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney