JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　　Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF KATHERINE TREFZ IN SUPPORT OF MOTION TO STRIKE**<br><br>Hon. Edward J. Davila |

DECLARATION OF KATHERINE TREFZ
CR-18-00258-EJD

1    I, KATHERINE TREFZ, declare as follows:

2    1.    I represent Defendant Elizabeth Holmes and am a member of the Bar of this Court.
3    Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, I submit this declaration in support
4    of Ms. Holmes' Motion to Strike.

5    2.    Attached as Exhibit 1 is a true and correct copy of an email exchange among Jeffrey
6    Schenk, Lance Wade, and myself, on January 23 and 24, 2022.

7    3.    Attached as Exhibit 2 is a true and correct copy of an email I sent to counsel for the
8    government on January 20, 2023. As of the time of signing this declaration, I have not received a
9    response.

10    I declare under penalty of perjury under the laws of the United States that the foregoing is true
11    and correct to the best of my knowledge.

12    Executed this 23rd day of January 2023 in Washington, D.C.

KATHERINE TREFZ
Attorney for Elizabeth Holmes

28  DECLARATION OF KATHERINE TREFZ
CR-18-00258-EJD