# EXHIBIT 2

## Trefz, Katherine

| | |
|---|---|
| **From:** | Trefz, Katherine |
| **Sent:** | Friday, January 20, 2023 12:42 PM |
| **To:** | Leach, Robert (USACAN); Bostic, John (USACAN); Schenk, Jeffrey (USACAN); Volkar, Kelly (USACAN) |
| **Cc:** | Downey, Kevin; Wade, Lance; Saharia, Amy; John D. Cline |
| **Subject:** | US v. Holmes - 18-cr-258 |

Counsel,

We write to raise two concerns regarding yesterday's filing.

First, the filing breaches a confidentiality restriction imposed by 18 U.S.C. § 3153.   In particular, the government's brief quotes restricted docket number 1695, which states on its face that it is confidential due to the sensitive nature of the information contained.  Dkt. 1695 at 2 (citing 18 U.S.C. § 3153).

Additionally, the government has—for the second time—publicly disclosed confidential financial information provided during the PSR process.  L. Crim. R. 32-7.  I previously raised this issue with Mr. Leach in a phone call on November 14th in connection with the government's sentencing pleading, and we agreed that the government would not do so again without an opportunity for us to address the issue in advance.  Please remove the confidential information from public view, or let us know your refusal to do so.

Second, we request that the government immediately correct its factual misrepresentations about Mr. Evans' travel to Mexico and reentry into the United States.  The government states that Mr. Evans returned to the United States from his trip to Mexico several weeks later through a different continent.  Government records can confirm this is incorrect.  Mr. Evans returned through Tijuana on January 30, 2022 and was back at home in Woodside, California by February 2, 2022.  (Indeed, he took domestic flights later in February 2022, including between San Francisco and Salt Lake City.)  On February 20, 2022, he flew to South Africa via United flights UA2218 (SFO to EWR) and UA1122 (EWR to CPT).  Although we believe there are other factual errors and mischaracterizations in the government's brief, this misrepresentation is demonstrably false and made worse by the inflammatory way in which it is used in the brief.  We expect that the government will correct this immediately.

Katie

**Katie Trefz**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024 **(please note our new address)**
(P) 202-434-5038 | (C) ▓▓▓▓▓▓▓
ktrefz@wc.com | www.wc.com/ktrefz