# EXHIBIT 1



**American Express Gold Card**

CARD MEMBER
WILLIAM EVANS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Jan 30, 2022 | **CBX OTAY TIJUANA** <br> CARR AL APTO SN <br> NUEVA TIJUANA <br> TIJUANA BCN <br> 22435 | **CBX OTAY TIJUANA TIJUANA BCN MX** <br> Will appear on your Feb 24, 2022 statement as CBX OTAY TIJUANA TIJUANA BCN MX <br><br> **CARD** <br> WILLIAM EVANS <br><br> **FOREIGN TRANSACTION DETAILS** <br> Original Amount     540.00 Mexican Peso <br><br> **ADDITIONAL INFORMATION** <br> 52021400766 TOLL & BRIDGE FEE | $26.03 |