# EXHIBIT 3

From: **Delta Air Lines** <DeltaAirLines@t.delta.com>
Date: Mon, Feb 7, 2022, 11:13 PM
Subject: Your Flight Receipt - WILLIAM B EVANS 13FEB22
To: <██████████@gmail.com>



You're all set. If your plans change, be sure to make changes or cancel via MyTrips on delta.com before your flight departs.

YOUR PRE-TRIP CHECKLIST FOR EASIER TRAVEL:

1. **DOWNLOAD THE FLY DELTA APP** – With real-time push notifications sent to your mobile device, you'll



1

never miss an update. With the Fly Delta app, you can easily track your checked bags, check your flight status under the "My Trips" tab, access your digital boarding pass, message Delta and more. Download Now ›

**2** **VISIT OUR HELP CENTER PAGE** – Get all your travel questions answered with information on self-service tools, baggage, SkyMiles, and more. Find Help ›

**3** **KEEP YOUR CONTACT INFORMATION UP TO DATE** – Make sure your phone number(s) and other personal information on your SkyMiles profile are up to date to ensure we can provide a more personalized experience and service. View my profile ›

Have a great trip, and thank you for choosing Delta.

| Sun, 13FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 1311<br>Main Cabin (L) | SAN FRANCISCO, CA<br>10:19am | SALT LAKE CITY<br>1:10pm |

| Wed, 16FEB | DEPART | ARRIVE |
|---|---|---|
| DELTA 1352<br>Main Cabin (U) | SALT LAKE CITY<br>3:11pm | SAN FRANCISCO, CA<br>4:19pm |

**MANAGE MY TRIP>**

**CHECK DELTA DISCOVER MAP FOR YOUR DESTINATION'S ENTRY REQUIREMENTS**

Many destinations have issued travel requirements that may affect your trip. We strongly encourage you to review the Delta Discover Map for the latest on your

2

destination's test, vaccine and quarantine requirements. You may check your eligibility to change or cancel your flight here.

**MASKS REQUIRED IN THE AIRPORT & ON BOARD**

It's Delta's policy and federal law that all employees and customers wear masks during boarding and deplaning, while in the airport and during public transit. Customers requiring exemptions for not wearing face masks due to a disability should be prepared to complete a clearance to fly process prior to departure at the airport. Thank you for your compliance. Learn More ›

## Passenger Info

Name: WILLIAM B EVANS
SkyMiles

| FLIGHT | SEAT |
|---|---|
| DELTA 1311 | 27C |
| DELTA 1352 | 25B |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062497969185
Place of Issue:
Issue Date: 07FEB22
Expiration Date: 31DEC23

| METHOD OF PAYMENT | |
|---|---|
| AX***********4004 | $345.20 USD |

| CHARGES |
|---|

3

| Air Transportation Charges | |
|---|---|
| Base Fare | $293.95 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $22.05 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $9.00 USD |
| **TICKET AMOUNT** | **$345.20 USD** |

NONREF/CHANGES PERMITTED

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare, and cancellation of your itinerary may require payment of a cancellation charge. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: SFO DL SLC160.00LA3NA0MC DL SFO133.95UA7NA0MC USD293.95END ZP SFOSLC XF SFO4.5SLC4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Sun 13 Feb 2022 | | SFO-SLC |
|---|---|---|
| CARRY ON | FIRST | SECOND |

4

| | | |
|---|---|---|
| FREE | FREE (50LBS/23KG) WAS: $30.00[USD] | $40.00[USD] (50LBS/23KG) |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Sun 13 Feb 2022**  SFO-SLC

| DL0DF | DL0GO | CARRY ON |
|---|---|---|
| $0.0[USD] (50LBS/23KG) | $40.00[USD] (50LBS/23KG) | FREE |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Wed 16 Feb 2022**  SLC-SFO

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | FREE (50LBS/23KG) WAS: $30.00[USD] | $40.00[USD] (50LBS/23KG) |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

**Wed 16 Feb 2022**  SLC-SFO

| DL0DF | DL0GO | CARRY ON |
|---|---|---|
| $0.0[USD] (50LBS/23KG) | $40.00[USD] (50LBS/23KG) | FREE |

Visit delta.com for details on baggage embargoes that may apply to your itinerary.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**MANAGE MY TRIP>**

BOOK A FLIGHT >

BOOK A VACATION PACKAGE >

RESERVE A CAR + HOTEL >

EARN AND USE MILES >

STAY CONNECTED WITH US

COMMENT OR COMPLAINT   |   PRIVACY POLICY