# EXHIBIT 4

From: **United Airlines, Inc.** <Receipts@united.com>
Date: Wed, Jan 26, 2022, 11:16 AM
Subject: eTicket Itinerary and Receipt for Confirmation PGM5TJ
To: <████████████@gmail.com>



Wed, Jan 26, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our **Important notices page** for the latest updates

**Get ready for your trip: Visit the Travel-Ready Center**, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PGM5TJ

| Flight 1 of 4 UA2218 | Class: United Economy (T) |
|---|---|
| Sun, Feb 20, 2022 | Sun, Feb 20, 2022 |
| **10:35 AM** | **06:54 PM** |
| San Francisco, CA, US (SFO) | New York/Newark, NJ, US (EWR) |

| Flight 2 of 4 UA1122 | Class: United Economy (T) |
|---|---|
| Sun, Feb 20, 2022 | Mon, Feb 21, 2022 |
| **08:30 PM** | **06:00 PM** |

New York/Newark, NJ, US (EWR)     Cape Town, ZA (CPT)

## Flight 3 of 4 UA1123 — Class: United Economy (T)

Thu, Mar 03, 2022     Fri, Mar 04, 2022
**08:50 PM**     **05:50 AM**
Cape Town, ZA (CPT)     New York/Newark, NJ, US (EWR)

## Flight 4 of 4 UA310 — Class: United Economy (T)

Fri, Mar 04, 2022     Fri, Mar 04, 2022
**08:30 AM**     **11:55 AM**
New York/Newark, NJ, US (EWR)     San Francisco, CA, US (SFO)

## Traveler Details

EVANS/WILLIAMB█████

| | |
|---|---|
| eTicket number: **0162390748436** | Seats: **SFO-EWR 35L** |
| Frequent Flyer: **UA-XXXXX003 Member** | **EWR-CPT 32F** |
| | **CPT-EWR 34F** |
| | **EWR-SFO 30L** |
| Economy Plus Seat (0169967983247) | **EWR-SFO** |
| Preferred Zone Assignment (0169967983246) | **CPT-EWR** |
| Preferred Zone Assignment (0169967983245) | **EWR-CPT** |
| Economy Plus Seat (0169967983244) | **SFO-EWR** |

## Purchase Summary

Method of payment: ██████
Date of purchase:     **Wed, Jan 26, 2022**

| | |
|---|---|
| Airfare: | **340.00 USD** |
| U.S. Transportation Tax: | **39.40 USD** |
| International Surcharge: | **420.00 USD** |
| September 11th Security Fee: | **11.20 USD** |
| South Africa Passenger Service Charge: | **16.20 USD** |
| U.S. APHIS User Fee: | **3.96 USD** |
| South Africa Passenger Safety Charge: | **1.80 USD** |
| U.S. Customs User Fee: | **6.11 USD** |
| South Africa Air Passenger Tax: | **12.50 USD** |
| U.S. Immigration User Fee: | **7.00 USD** |
| South Africa Passenger Security Charge: | **1.60 USD** |

| | |
|---|---|
| U.S. Passenger Facility Charge: | 13.50 USD |
| Total Per Passenger: | 873.27 USD |
| **Total:** | **873.27 USD** |

### Additional Purchase Summary

| | |
|---|---|
| Method of payment: | |
| Date of purchase: | Wed, Jan 26, 2022 |
| Economy Plus Seat (Reference Number: 0169967983247): | 119.00 USD |
| **Total:** | **119.00 USD** |

### Additional Purchase Summary

| | |
|---|---|
| Method of payment: | |
| Date of purchase: | Wed, Jan 26, 2022 |
| Preferred Zone Assignment (Reference Number: 0169967983246): | 40.00 USD |
| **Total:** | **40.00 USD** |

### Additional Purchase Summary

| | |
|---|---|
| Method of payment: | |
| Date of purchase: | Wed, Jan 26, 2022 |
| Preferred Zone Assignment (Reference Number: 0169967983245): | 40.00 USD |
| **Total:** | **40.00 USD** |

### Additional Purchase Summary

| | |
|---|---|
| Method of payment: | |
| Date of purchase: | Wed, Jan 26, 2022 |
| Economy Plus Seat (Reference Number: 0169967983244): | 89.00 USD |
| **Total:** | **89.00 USD** |

## Carbon Footprint

Your estimated carbon footprint for this trip is **2.09741 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Williamb█████ Evans | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Sun, Feb 20, 2022 | 2218 | San Francisco, CA, US (SFO) to New York/Newark, NJ, US (EWR) | 470 | 94 | 1 |
| Sun, Feb 20, 2022 | 1122 | New York/Newark, NJ, US (EWR) to Cape Town, ZA (CPT) | 1435 | 287 | 1 |
| Thu, Mar 03, 2022 | 1123 | Cape Town, ZA (CPT) to New York/Newark, NJ, US (EWR) | 1435 | 287 | 1 |
| Fri, Mar 04, 2022 | 310 | New York/Newark, NJ, US (EWR) to San Francisco, CA, US (SFO) | 470 | 94 | 1 |
| MileagePlus accrual totals: | | | 3810 | 762 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Feb 20, 2022 San Francisco, CA, US (SFO) to Cape Town, ZA (CPT) | 0 USD | 0 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Thu, Mar 03, 2022 Cape Town, ZA (CPT) to San Francisco, CA, US (SFO) | 0 USD | 0 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

• Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

• Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

• Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## International eTicket Reminders

4

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- International taxes and fees may be collected at your departure airport.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right

to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage
Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy    View our Legal Notices