JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO STRIKE FACTUAL MISREPRESENTATIONS AND STRIKE OR SEAL CONFIDENTIAL INFORMATION** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER
CR-18-00258-EJD

This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Strike Factual Misrepresentations and Strike or Seal Confidential Information. After due consideration of the filings, the governing law, and the argument of the parties:

IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

IT IS FURTHER ORDERED that the following portions of Docket Number 1721, the Government's Opposition to Ms. Holmes' Motion for Release Pending Appeal shall be stricken from the record: page 5, line 22 through page 6, line 5; page 6, line 14 through page 6, line 20; Exhibit 1 to the Declaration of Kelly I. Volkar ("Volkar Declaration"); and Paragraph 3 of Volkar Declaration.

IT IS FURTHER ORDERED that page 6, lines 15 through 20 of Docket Number 1721 shall be [stricken from the record] [filed under seal].

IT IS SO ORDERED.

Dated: _____

                                                                                             _____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER
CR-18-00258-EJD