JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**REPLY IN SUPPORT OF MS. HOLMES' MOTION TO STRIKE FACTUAL MISREPRESENTATIONS AND STRIKE OR SEAL CONFIDENTIAL INFORMATION**<br><br>Date:      March 17, 2023<br>Time:      10:00 AM<br>CTRM:   4, 5th Floor<br><br>Hon. Edward J. Davila |

REPLY IN SUPPORT OF MS. HOLMES' MOTION TO STRIKE
CR-18-00258 EJD

The Court should be troubled by the government's response to Ms. Holmes' Motion to Strike. In particular:

1. In its Opposition to Ms. Holmes' Motion for Release Pending Appeal, the government supported its representation to the Court that Ms. Holmes made an "attempt to flee" by presenting an incomplete picture of the events. There is no question the government failed to disclose to the Court the full email exchange between the parties discussing the relevant events. The statements it left out seriously undermine its current position. The government's response neither disputes nor provides any explanation for its failure to include the full exchange.

2. The government appears to acknowledge that it presented inaccurate facts to the Court when it described Mr. Evans' travel. The defense informed the government of those inaccuracies on Friday, January 20, at 9:42am Pacific. The government failed to file a correction. It has no basis to oppose the Motion to Strike those inaccurate factual statements.

3. The government does not dispute that it misstated Ms. Holmes' release conditions, the reasons for the change to her conditions, or her living situation, as identified in Ms. Holmes' Motion.

4. The government's claim that it did not breach confidentiality rules is obviously wrong. First, there is no question that the government quoted from a sealed document that was sealed by the office of pretrial services pursuant to statute. Second, the PSR and related documents are presumptively sealed in this district pursuant to local rule. There are good reasons for such confidentiality, given the sensitive personal, financial, and health information and the interest in obtaining complete and accurate information involved in both processes. To the extent the government believes such information should not be sealed, the proper approach is to request unsealing.

5. The government offers *new misstatements* in seeking to defend its conduct. For example, the government's statement that defense counsel provided materials related to the PSR "to the government without any reference to confidentiality," Opp'n at 2, is false. The transmission message for those materials stated: "Please note the confidential nature of this [*sic*] materials provided, which include health, financial, and other protected information." Supplemental Declaration of Katherine Trefz, Ex. 3.

REPLY IN SUPPORT OF MS. HOLMES' MOTION TO STRIKE
CR-18-00258 EJD

1

**CONCLUSION**

Regardless of whether the government stands by its legal arguments, it cannot use inaccurate factual representations to support them and should not be filing confidential information publicly. Accordingly, the Court should grant Ms. Holmes' Motion to Strike.

DATED: January 26, 2023

                                        /s/ Amy Mason Saharia
                                        KEVIN DOWNEY
                                        LANCE WADE
                                        AMY MASON SAHARIA
                                        KATHERINE TREFZ
                                        Attorneys for Elizabeth Holmes

REPLY IN SUPPORT OF MS. HOLMES' MOTION TO STRIKE
CR-18-00258 EJD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2023 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

REPLY IN SUPPORT OF MS. HOLMES' MOTION TO STRIKE
CR-18-00258 EJD