# EXHIBIT 3

# US v. Holmes - Material Provided to Probation



**ktrefz@wc.com**
Sep 5, 2022, 9:12 PM
To: robert.leach@usdoj.gov kelly.volkar@usdoj.gov john.bostic@usdoj.gov jeffrey.b.schenk@usdoj.gov
4 attachments - Expire: 1663649999000

Counsel,

As noted in my prior email, we have uploaded material provided to probation. The password to the .zip files was provided in that prior email separate cover.

Please note the confidential nature of this materials provided, which include health, financial, and other protected information.

File attachments expire: Sep 20, 2022

| Name | Size | Digital Fingerprint |
|---|---|---|
| 2022.09.05. Letter to Probation re Offense Conduct.pdf | 290.5 KB | 8662d6003f24881cbe51882c94d9bfa6 md5 |
| 2022.09.05. Material for Probation.zip | 204.7 MB | 105b7029542b09d4b182e30c8e303afb md5 |
| Material Supporting Financial Statement.zip | 131.5 MB | 67d917d03c24414a350a2c2a1c2b38a3 md5 |
| ELIZABETH HOLMES_2021_1040_Signed Document (1).zip | 151.8 KB | 0afb454a8388e0c2c663aa3e01251809 md5 |