STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS S. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Email:  robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | UNITED STATES' SUPPLEMENTAL BRIEF REGARDING RESTITUTION |
| v. | Date:  March 17, 2023<br>Time:  10:00 a.m.<br>Court: Hon. Edward J. Davila |
| ELIZABETH HOLMES, | |
| Defendant. | |

U.S.' BRIEF RE RESTITUTION,
CASE NO. 18-CR-258 EJD                         1

The Court has scheduled a restitution hearing in this matter for March 17, 2023, at 10 a.m. ECF No. 1709. On January 30, 2023, the government filed a Supplemental Brief Regarding Restitution in the *Balwani* matter. ECF No. 1726. The arguments in that brief apply equally to Defendant Elizabeth Holmes. The government incorporates them by reference and respectfully requests that the Court order restitution against Defendant Holmes as set forth in ECF No. 1726 and the government's prior sentencing memoranda.

DATED: February 3, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

  */s/ Robert S. Leach*
JEFFREY B. SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys