# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## DOCUMENT LOCATOR

Case Number: __18-cr-00258-EJD-1__   USA v Elizabeth Holmes _____

Date Filed: __December 6, 2021__ _____

Document: _____

( ) Reporter's Transcript: _____

( ) Trial Exhibits: _____

( ) Lodged Documents: _____

(X) Sealed Documents: __Privileged Materials Related to Dkt. 1182 SEALED Order__ ↙

( ) Declaration(s): _____ 2 Thumb drives _____

( ) Other: _____

Location:

( ) Expando File (Next to Case File)

( ) Overflow Shelf: _____

( ) Vault

(X) Other: __SEALED ROOM__ _____

Document Number: _____ **1739** _____

Received 2/21/23