UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** March 17, 2023  **Time:** 10:08-11:33 AM  **Judge:** Edward J. Davila
**Total Time:** 1 hr, 25 min

**Case No.:** 5:18-CR-00258-1 EJD  **Case Name:** *United States v. Elizabeth Holmes* (P) (NC)

**Attorney for Plaintiff:** Patrick Looby, Amy Sahaira, Kevin Downey, Lance Wade, Katie Trefz

**Attorney for Defendant:** Robert Leach, Kelly Volkar, Jeffrey Schenk, John Bostic

**Deputy Clerk:** Cheré Robinson    **Court Reporter:** Irene Rodriguez

**Probation:** Kyle Pollak (*via telephone*)

## PROCEEDINGS
(Restitution and Motion Hearing)

Defendant present and in custody.

**Restitution Hearing** (10:08-10:54 AM)

   Restitution hearing held.  Argument of Counsel heard.

**Motion Hearing** (10:54-11:33 AM)

   Hearing held on Defendant's Motion for Release Pending Appeal (ECF No. 1676).  Argument of Counsel heard.

   Court addresses Defendant's Motion to Strike (ECF No. 1722).  Court finds no need to strike portions of the Government's Opposition (ECF No. 1721) and DENIES Defendant's Motion to Strike.

The Court takes restitution and Defendant's Motion for Release Pending Appeal under submission.  Orders to issue.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: