JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT ELIZABETH A. HOLMES'<br>NOTICE OF AUTOMATIC STAY OF BUREAU<br>OF PRISONS REPORTING DATE**<br><br>Hon. Edward J. Davila |

NOTICE OF AUTOMATIC STAY
CR-18-00258-EJD

**NOTICE OF AUTOMATIC STAY OF BUREAU OF PRISONS REPORTING DATE**

PLEASE TAKE NOTICE that Defendant Elizabeth A. Holmes' Bureau of Prisons reporting date of April 27, 2023 has been automatically stayed by the United States Court of Appeals for the Ninth Circuit by operation of the Ninth Circuit Rules.

Ninth Circuit Rule 9-1.2(e) states that "[i]f the appellant is on bail at the time the motion is filed in this Court, that bail will remain in effect until the Court rules on the motion." "The operation of the rule … is automatic and provides an appellant, who is still released, whether on bond or on his or her own recognizance, with an automatic stay of surrender upon the filing in this court of a motion for bail pending appeal." *United States v. Fuentes*, 946 F.2d 621, 622 (9th Cir. 1991); *accord United States v. Kakkar*, No. 5:13-cr-00736-EJD, 2017 WL 4163291, at *1 (N.D. Cal. Sept. 20, 2017).

Ms. Holmes filed her motion for release pending appeal in the Ninth Circuit on April 25, 2023. The motion and the electronic filing confirmation are attached. Ex. 1. Ms. Holmes was on bail at the time the motion was filed. Therefore, that bail automatically remains in effect until the Ninth Circuit has ruled on her motion. Counsel for Ms. Holmes has informed her Pretrial Services Officers of the effect of Ninth Circuit Rule 9-1.2(e) and her appellate motion. Ex. 2. This notice is to ensure that all interested governmental personnel are also informed through the ECF system.

Dated: April 26, 2023

    /s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

NOTICE OF AUTOMATIC STAY
CR-18-00258-EJD