# EXHIBIT 2

| | |
|---|---|
| **From:** | Trefz, Katherine |
| **To:** | Eric_Kosmo@caspt.uscourts.gov; Anthony_Granados@canpt.uscourts.gov |
| **Subject:** | US v. Holmes - Automatic Stay of Reporting to BOP |
| **Date:** | Wednesday, April 26, 2023 8:49:58 AM |
| **Attachments:** | Holmes CA9 Motion for Release Pending Appeal.pdf<br>22-10312 USA v. Elizabeth Holmes Motion for any Type of Relief (Other than Reconsideration or to Seal).msg.msg |

Mr. Granados and Mr. Kosmo,

I am writing to inform you that my client, Elizabeth Holmes, filed her motion for release pending appeal yesterday evening. The motion and confirmation of filing are attached. Under Ninth Circuit Rule 9-1.2(e), Ms. Holmes' reporting date is automatically stayed and her bail "will remain in effect until the Court rules on the motion." *See United States v. Fuentes*, 946 F.2d 621, 622 (9th Cir. 1991) ("The operation of the rule" is "automatic."); *accord United States v. Kakkar*, No. 5:13-cr-00736-EJD, 2017 WL 4163291, at *1 (N.D. Cal. Sept. 20, 2017). Consequently, Ms. Holmes is not required to report to the Bureau of Prisons this Thursday.

Please let me know if you have any questions.

**Katie Trefz**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5038

ktrefz@wc.com | www.wc.com/ktrefz