JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　Defendants. | Case No. CR-18-00258-EJD<br><br>**MS. HOLMES' UNOPPOSED ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE**<br><br>Hon. Edward J. Davila |

MS. HOLMES' UNOPPOSED ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE
CR-18-00258 EJD

**NOTICE OF MOTION AND UNOPPOSED ADMINISTRATIVE MOTION**

**TO SET NEW REPORTING DATE**

PLEASE TAKE NOTICE that in the above-captioned case, before the Honorable Edward J. Davila, Defendant Elizabeth Holmes hereby respectfully moves the Court to set a new date for Ms. Holmes to report to the Bureau of Prisons. The Motion is based on the below Memorandum of Points and Authorities, the record in this case, and any other matters that the Court deems appropriate.

DATED: May 17, 2023

/s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

MS. HOLMES' UNOPPOSED ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE
CR-18-00258 EJD

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Elizabeth Holmes, by undersigned counsel, respectfully moves the Court to set a new date for Ms. Holmes to report to the Bureau of Prisons.

On November 18, 2022, this Court sentenced Ms. Holmes to 135 months' incarceration, and ordered that she self-surrender on or before 2:00 p.m. on April 27, 2023.  11/18/22 Sent. Tr. at 133-134; *see also* Dkt. 1716 (judgment).  Ms. Holmes' April 27 reporting date was automatically stayed when she filed a motion for release pending appeal in the Ninth Circuit.  Dkt. 1759; *see also* Ninth Circuit Rule 9-1.2(e) ("If the appellant is on bail at the time the motion is filed in this Court, that bail will remain in effect until the Court rules on the motion.").  On May 16, 2023, the Ninth Circuit denied Ms. Holmes' motion.  *United States v. Holmes*, No. 22-10312 (May 16, 2023), Dkt. 52.

Given that Ms. Holmes' April 27 reporting date has now passed, Ms. Holmes respectfully requests an order from this Court setting a new reporting date.  Ms. Holmes is preparing to report to the Bureau of Prisons.  These preparations include out-of-state travel to her Bureau of Prisons facility and medical and child-care arrangements in anticipation of beginning her 135-month sentence.  In order for Ms. Holmes to get all of these affairs in order, she respectfully requests that the Court set a new reporting date two weeks from the order, May 30, 2023.  *See United States v. Balwani*, No. 5:18-cr-258, Dkt. 1756 (setting two-week self-surrender date following Ninth Circuit denial order).  The government has no objection to this request.  *See* Declaration of Amy Mason Saharia in Support of Unopposed Administrative Motion to Set New Reporting Date.

DATED: May 17, 2023

/s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

MS. HOLMES' UNOPPOSED ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE
CR-18-00258 EJD

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes