JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' UNOPPOSED ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE** |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | Hon. Edward J. Davila |

DECLARATION OF AMY MASON SAHARIA
CR-18-00258 EJD

1

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter and have been admitted to practice *pro hac vice* in this matter. Pursuant to Criminal Local Rule 47-2(b) and Civil Local Rule 7-5, I submit this declaration in support of Ms. Holmes' Unopposed Administrative Motion to Set New Reporting Date ("Motion").

2. On May 17, 2023, pursuant to Local Civil Rule 7-11(a), soon after the Ninth Circuit issued its order denying Ms. Holmes' motion for release pending appeal, defense counsel contacted counsel for the government by email and asked for the government's position on the relief sought for a May 30, 2023 reporting date.

3. Counsel for the government responded stating it has no objection to the requested relief.

Executed this 17th day of May, 2023 in Washington, DC.

*/s/ Amy M. Saharia*
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA
CR-18-00258 EJD