1  JOHN D. CLINE (CA State Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
7  Washington, DC 20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-18-00258-EJD |
| Plaintiff, | ) ) | **[PROPOSED] ORDER GRANTING MS. HOLMES' UNOPPOSED ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE** |
| v. | ) ) ) | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) ) | Hon. Edward J. Davila |
| Defendants. | ) ) ) ) ) | |

[PROPOSED] ORDER
CR-18-00258-EJD

1  Having considered Ms. Holmes' Unopposed Administrative Motion to Set New Reporting Date,
2  the Court **ORDERS** that Defendant Holmes will be required to report to the Bureau of Prisons to begin
3  serving her sentence on May 30, 2023, no later than 2:00 p.m.

5  **IT IS SO ORDERED.**
6  Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

28  [PROPOSED] ORDER
CR-18-00258-EJD