JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MS. HOLMES' UNOPPOSED ADMINISTRATIVE MOTION TO SET NEW REPORTING DATE |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

[~~PROPOSED~~] ORDER
CR-18-00258-EJD

Having considered Ms. Holmes' Unopposed Administrative Motion to Set New Reporting Date, the Court **ORDERS** that Defendant Holmes will be required to report to the Bureau of Prisons to begin serving her sentence on May 30, 2023, no later than 2:00 p.m.

**IT IS SO ORDERED.**

Dated:   May 17, 2023

Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER
CR-18-00258-EJD