| | |
|---|---|
| 1 | JOHN D. CLINE (CA State Bar No. 237759) |
|  | 600 Stewart Street, Suite 400 |
| 2 | Seattle, WA 98101 |
|  | Telephone: (360) 320-6435 |
| 3 | Email: cline@johndclinelaw.com |
| 4 | KEVIN M. DOWNEY (Admitted Pro Hac Vice) |
|  | LANCE A. WADE (Admitted Pro Hac Vice) |
| 5 | AMY MASON SAHARIA (Admitted Pro Hac Vice) |
|  | KATHERINE TREFZ (CA State Bar No. 262770) |
| 6 | WILLIAMS & CONNOLLY LLP |
|  | 680 Maine Avenue, S.W. |
| 7 | Washington, DC 20024 |
|  | Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029 |
| 8 | Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com |
| 9 | Attorneys for Defendant ELIZABETH A. HOLMES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART UNITED STATES' ADMINISTRATIVE MOTION TO CORRECT JUDGMENT** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER
CR-18-00258-EJD

This Cause having come before the Court upon the United States Administrative Motion to Correct Judgments. After due consideration of the filings, the governing law and the argument of the parties:

**IT IS HEREBY ORDERED** that the government's motion is **DENIED IN PART** and **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that the following corrections be made to the Holmes Amended Judgment (Dkt. 1764) to conform the amended judgment to the record in this case:

1. On page 1 of Holmes Amended Judgment, in the last row of the grid stating the offenses of which the defendant is adjudicated guilty, in the column "Count," the number 7 shall be changed to the number 8.

2. On page 7 of Holmes Amended Judgment, the box "Joint and Several" shall be checked and the first row of the following grid shall provide "Ramesh Balwani, CR 18-0258-002 EJD" in the column "Case Number / Defendant and Co-Defendant Names (including defendant number)" and "452,047,268" in the column "Joint and Several Amount".

The Probation Office shall submit a proposed amended judgment with these corrections, after which the Court shall issue the amended judgment with the corrections.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER
CR-18-00258-EJD