|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JUN 23 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ELIZABETH A. HOLMES,

    Defendant - Appellant.

No. 23-1040

D.C. No.
5:18-cr-00258-EJD-1
Northern District of California, San Jose

ORDER

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ELIZABETH A. HOLMES,

    Defendant - Appellant.

No. 23-1167

D.C. No.
5:18-cr-00258-EJD-1
Northern District of California, San Jose

ORDER

---

The court sua sponte consolidates Appeal Nos. 23-1040 and 23-1167.

The parties must include all case numbers on future filings.

The existing briefing schedule in Appeal No. 23-1167 will govern these consolidated appeals.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT