

1  JOHN D. CLINE (CA State Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email: cline@johndclinelaw.com
4
   KEVIN M. DOWNEY (Admitted Pro Hac Vice)
5  LANCE A. WADE (Admitted Pro Hac Vice)
   AMY MASON SAHARIA (Admitted Pro Hac Vice)
6  KATHERINE TREFZ (CA State Bar No. 262770)
   WILLIAMS & CONNOLLY LLP
7  680 Maine Avenue, S.W.
   Washington, D.C. 20024
8  Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
9  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

10 Attorneys for Defendant ELIZABETH A. HOLMES

11

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16

17 UNITED STATES OF AMERICA,       )  Case No. CR-18-00258-EJD
                                   )
18         Plaintiff,               )  **STIPULATION AND [**PROPOSED**] ORDER**
                                   )
19     v.                           )
                                   )
20 ELIZABETH HOLMES and             )  Hon. Edward J. Davila
   RAMESH "SUNNY" BALWANI,          )
21                                  )
           Defendants.               )
22                                  )
                                   )
23                                  )
                                   )
24                                  )
                                   )
25

26

27

28
   STIPULATION AND [PROPOSED] ORDER
   CR-18-00258 EJD

**STIPULATION**

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

    WHEREAS, on June 11, 2025, Ms. Holmes filed a Motion for Modification of Sentence seeking application of Sentencing Guidelines Amendment 821, the retroactive zero-point offender adjustment, to her sentence;

    WHEREAS, the parties have met and conferred and agree, and hereby stipulate and jointly request that the Court set the following schedule in connection with that Motion:

| Date | Event |
| --- | --- |
| 7/2/2025 | Government's Response |
| 7/23/2025 | Ms. Holmes' Reply, if the government opposes |

    THEREFORE, the parties stipulate and agree that the Court should enter the order below.

IT IS SO STIPULATED.

DATED: June 11, 2025                                          Respectfully Submitted,

                                                                /s/ Katherine Trefz
                                                                KATHERINE TREFZ
                                                                Attorney for Elizabeth Holmes

DATED: June 11, 2025

                                                                CRAIG H. MISSAKIAN
                                                                United States Attorney

                                                                /s/ Kelly Volkar

                                                                KELLY I. VOLKAR
                                                                Assistant United States Attorney

STIPULATION AND [~~PROPOSED~~] ORDER
CR-18-00258 EJD

**[~~PROPOSED~~] ORDER**

For the reasons set forth above, and good cause shown, IT IS ORDERED that the briefing schedule identified shall apply to Ms. Holmes' Motion for Modification of Sentence.

**IT IS SO ORDERED.**

DATED: June 12, 2025

_____
HON. EDWARD J. DAVILA
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR-18-00258 EJD