UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ELIZABETH A. HOLMES,<br><br>Defendant - Appellant. | No. 23-1040<br><br>D.C. No.<br>5:18-cr-00258-EJD-1<br>Northern District of California,<br>San Jose<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ELIZABETH A. HOLMES,<br><br>Defendant - Appellant. | No. 23-1167<br><br>D.C. No.<br>5:18-cr-00258-EJD-1<br><br>Northern District of California,<br>San Jose |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>Defendant - Appellant. | No. 23-1166<br><br>D.C. No.<br>5:18-cr-00258-EJD-2<br><br>Northern District of California,<br>San Jose |

The mandate issued on 10/14/2025 is recalled to allow Court to issue

amended Opinion.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT