UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

  v.

ELIZABETH A. HOLMES,

                Defendant - Appellant.

No. 22-10312

D.C. No. 5:18-cr-00258-EJD-1
U.S. District Court for Northern
California, San Jose

**ORDER**

     The mandate issued on May 16, 2025 is recalled to allow Court to issue amended opinion.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT