UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ELIZABETH A. HOLMES,<br><br>    Defendant - Appellant. | No. 23-1040<br><br>D.C. No.<br>5:18-cr-00258-EJD-1<br><br>Northern District of California,<br>San Jose<br><br>MANDATE |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ELIZABETH A. HOLMES,<br><br>    Defendant - Appellant. | No. 23-1167<br><br>D.C. No.<br>5:18-cr-00258-EJD-1<br><br>Northern District of California,<br>San Jose |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>RAMESH "SUNNY" BALWANI,<br><br>    Defendant - Appellant. | No. 23-1166<br><br>D.C. No.<br>5:18-cr-00258-EJD-2<br><br>Northern District of California,<br>San Jose |

The judgment of this Court, entered February 24, 2025 and amended December 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT